IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID FAGEN                           :

                                      :

v.                                    :   Civil Action No. DKC 22-2844

                                      :

ENVIVA INC., et al.                   :

                                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of January, 2023, by the United States District Court for the District of Maryland ORDERED that:

1.   The motion for appointment as lead plaintiff and approval as lead counsel filed by movant Dustin Fanucchi (ECF No. 10) BE, and the same hereby IS, GRANTED;

2.   Dustin Fanucchi is hereby appointed as Lead Plaintiff in the above-captioned action (the "Action").  Mr. Fanucchi satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

3.   The selection of Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, of Pomerantz LLP as Lead Counsel, and Cohen Milstein Sellers & Toll PLLC as Liaison (Local) Counsel, to represent the Class in the Action is hereby APPROVED;

4.   Lead Plaintiff will inform Defendants within ten (10) days as to whether an amended complaint will be filed;

5.   The parties will confer on a briefing scheduling within five (5) days and submit a proposed schedule to the court; and

6.   The Clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel of record.


                                    _____/s/_____
                                    DEBORAH K. CHASANOW
                                    United States District Judge