**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAVID FAGEN**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**ENVIVA INC.,** et al.<br><br>Defendants. | **Case No. 8:22-cv-02844-DKC** |

**[PROPOSED] ORDER GRANTING THE ENVIVA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

This matter came before the Court on a Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion") filed by Defendants Enviva Inc., John K. Keppler, Shai S. Even, Jennifer Jenkins, Jason E. Paral, Michael A. Johnson, and Don Calloway pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), as well as the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq.  Upon consideration of the record before the Court and the arguments of the parties, it is hereby:.

**ADJUDGED and ORDERED** that the Motion (ECF No. 62) is **GRANTED**, and that the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 34) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED:**

_____
HONORABLE DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE

1