**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAVID FAGEN**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **ENVIVA INC.,** et al. <br><br> Defendants. | **Case No. 8:22-cv-02844-DKC** |

**DECLARATION OF ROBERT RITCHIE IN SUPPORT OF**
**THE ENVIVA DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION**
**TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR VIOLATION OF THE**
**FEDERAL SECURITIES LAWS**

I, ROBERT RITCHIE hereby declare as follows:

1. My name is Robert Ritchie. I am over the age of 18 years old, of sound mind, capable of making this Declaration, and personally acquainted with the facts stated in this Declaration. The facts herein are true and correct to the best of my knowledge.

2. I am an attorney at Vinson & Elkins LLP, counsel for Defendants in the above-referenced litigation, and a member of the Bar of the State of Texas admitted pro hac vice to this Court for this action.

3. I respectfully submit this declaration in support of the Enviva Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Violation of the Federal Securities Laws and Memorandum in Support, dated June 2, 2023, for the purpose of making part of the record the documentary evidence referred to in the Motion.

i

4.    A true and correct copy of Enviva Partners, LP ("EPLP") Form 10-K (March 8, 2016) is attached hereto as Exhibit 1 (A0001-151).[1, 2]

5.    A true and correct copy of Enviva Inc. ("Enviva") Form 10-K (March 4, 2022) is attached hereto as Exhibit 2 (A0152-287).[3]

6.    A true and correct copy Enviva Form 10-K (March 4, 2019) is attached hereto as Exhibit 3 (A0288-433).[4]

7.    A true and correct copy of Exhibit 99.1 to EPLP Form 8-K (February 20, 2019) is attached hereto as Exhibit 4 (A0434-56).[5]

8.    A true and correct copy of an Enviva Press Release (published October 12, 2022) is attached hereto as Exhibit 5 (A0457-61).[6]

9.    A true and correct copy of BOUNDLESS IMPACT INVESTING, MEASURING THE ENVIRONMENTAL IMPACT OF WOOD PELLET ELECTRICITY: A CASE STUDY OF ENVIVA (July 2020) is attached hereto as Exhibit 6 (A0462-88).[7]

10.    A true and correct copy of Seeing the Forest: Sustainable Wood Bioenergy in the Southeast United States (May 2020) is attached hereto as Exhibit 7 (A0489-521).[8]

11.    A true and correct copy of Enviva 2021 Corporate Sustainability Report is attached hereto as Exhibit 8 (A0522-88).[9]

---

[1] This document is also publicly available at: https://tinyurl.com/55zs76av.

[2] For ease of reference, the exhibits to this declaration have been consecutively page numbered in the form "(A____)" in the bottom right of each page of these exhibits.

[3] This document is also publicly available at: https://tinyurl.com/yercaazt.

[4] This document is also publicly available at: https://tinyurl.com/2cv8cp4v.

[5] This document is also publicly available at: https://tinyurl.com/35r8cnu6.

[6] This document is also publicly available at: https://tinyurl.com/5n7rdh4y.

[7] This document is also publicly available at: https://tinyurl.com/3smsb74h.

[8] This document is also publicly available at https://tinyurl.com/28ut6h8r.

[9] This document is also publicly available at https://tinyurl.com/4bw4fsdy.

12.     A true and correct copy of Science Fundamentals of Forest Biomass Carbon Accounting is attached hereto as Exhibit 9 (A0589-601).[10]

13.     A true and correct copy of Charlie McGee, *Wood Pellets Draw Fire as Alternative to Coal*, WALL ST. J., Aug. 7, 2019 is attached hereto as Exhibit 10 (A0602-06).[11]

14.     A true and correct copy of Andrew C. Revkin, *Flawed Carbon Accounting Drives Boom in Burning U.S. Forests in E.U. Power Plants*, N.Y. TIMES, Oct. 22, 2015 is attached hereto as Exhibit 11 (A0607-14).[12]

15.     A true and correct copy of John Upton, *Pulp Fiction: The European Accounting Error That's Warming the Planet*, CLIMATE CENTRAL, Oct. 20, 2015 is attached hereto as Exhibit 12 (A0615-42).[13]

16.     A true and correct copy of EPLP Form 10-K (February 25, 2021) is attached hereto as Exhibit 13 (A0643-909).[14]

17.     A true and correct copy of Jonathan Vigliotti, *Wood pellet industry may be falsely marketing itself as a green renewable energy source, critics say*, CBS News, April 22, 2022 is attached hereto as Exhibit 14 (A0910-13).[15]

18.     A true and correct copy of Enviva Form 8-K (May 4, 2022) is attached hereto as Exhibit 15 (A0914-39).[16]

---

[10] This document is also publicly available at https://tinyurl.com/bdz2ny9k.
[11] This document is also publicly available at https://tinyurl.com/2p8w23h8.
[12] This document is also publicly available at https://tinyurl.com/bde6py52.
[13] This document is also publicly available at https://tinyurl.com/58w7krz2.
[14] This document is also publicly available at https://tinyurl.com/ykd2ds7a.
[15] This document is also publicly available at https://tinyurl.com/3xtptfdz.
[16] This document is also publicly available at https://tinyurl.com/muecf389.

19.    A true and correct copy of Enviva Form 424B4 (April 29, 2015) is attached hereto as Exhibit 16 (A0940-1301).[17]

20.    A true and correct copy of EPLP Form 10-K (February 28, 2017) is attached hereto as Exhibit 17 (A1302-1526).[18]

21.    A true and correct copy of EPLP Form 10-K (February 22, 2018) is attached hereto as Exhibit 18 (A1527-1734).[19]

22.    A true and correct copy of EPLP Form 10-K (February 27, 2020) is attached hereto as Exhibit 19 (A1735-2001).[20]

23.    A true and correct copy of Enviva Form 10-K (March 1, 2023) is attached hereto as Exhibit 20 (A2002-164).[21]

24.    A true and correct copy of EPLP Form 10-Q (Apr. 29, 2020) is attached hereto as Exhibit 21 (A2165-208).[22]

25.    A true and correct copy of EPLP Form 10-Q (Aug. 6, 2020) is attached hereto as Exhibit 22 (A2209-73).[23]

26.    A true and correct copy of EPLP Form 10-Q (Nov. 5, 2020) is attached hereto as Exhibit 23 (A2274-331).[24]

27.    A true and correct copy of EPLP Form 10-Q (Apr. 29, 2021) is attached hereto as Exhibit 24 (A2332-72).[25]

---

[17] This document is also publicly available at https://tinyurl.com/3pnh7zhh.
[18] This document is also publicly available at https://tinyurl.com/27kc4rpx.
[19] This document is also publicly available at https://tinyurl.com/2wsm7y2w.
[20] This document is also publicly available at https://tinyurl.com/36pcfbvj.
[21] This document is also publicly available at https://tinyurl.com/59jeu9dk.
[22] This document is also publicly available at https://tinyurl.com/mr2kk348.
[23] This document is also publicly available at https://tinyurl.com/27fw7b4p.
[24] This document is also publicly available at https://tinyurl.com/3cha5n6f.
[25] This document is also publicly available at https://tinyurl.com/4ud9hj96.

28.     A true and correct copy of EPLP Form 10-Q (July 29, 2021) is attached hereto as Exhibit 25 (A2373-417).[26]

29.     A true and correct copy of EPLP Form 10-Q (Nov. 4, 2021) is attached hereto as Exhibit 26 (A2418-68).[27]

30.     A true and correct copy of Enviva Form 10-Q (May 5, 2022) is attached hereto as Exhibit 27 (A2469-505).[28]

31.     A true and correct copy of Enviva Form 10-Q (Aug. 4, 2022) is attached hereto as Exhibit 28 (A2506-86).[29]

32.     A true and correct copy of Enviva Form 10-Q (Nov. 3, 2022) is attached hereto as Exhibit 29 (A2587-631).[30]

33.     A true and correct copy of Enviva Form 8-K (Oct. 24, 2022) is attached hereto as Exhibit 30 (A2632-43).[31]

34.     A true and correct copy of Jen Jenkins, *Sustainably sourced biomass is a key player in the global energy transition*, ENVIVABIOMASS.COM, June 28, 2019 is attached hereto as Exhibit 31 (A2644-49).[32]

35.     A true and correct copy of Enviva 2020 Corporate Sustainability Report is attached hereto as Exhibit 32 (A2650-2703).[33]

---

[26] This document is also publicly available at https://tinyurl.com/4hz94xnz.
[27] This document is also publicly available at https://tinyurl.com/yvmcuazs.
[28] This document is also publicly available at https://tinyurl.com/45k2dxtn.
[29] This document is also publicly available at https://tinyurl.com/2jzw45t2.
[30] This document is also publicly available at https://tinyurl.com/4pszrc4x.
[31] This document is also publicly available at https://tinyurl.com/3vvn4xzd.
[32] This document is also publicly available at https://tinyurl.com/3s77dbdy.
[33] This document is also publicly available at https://tinyurl.com/mwtwc6pj.

36.     A true and correct copy of Enviva's Global Responsible Sourcing Policy and Pledges in Conservation Leadership is attached hereto as Exhibit 33 (A2704-07).[34]

37.     A true and correct copy of an EPLP Press Release (published April 28, 2021) is attached hereto as Exhibit 34 (2708-32).[35]

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on June 2, 2023.


*/s/ Robert Ritchie*
Robert Ritchie, Declarant

---

[34] This document is also publicly available at https://tinyurl.com/yubpmyj2.
[35] This document is also publicly available at https://tinyurl.com/5dxx754p.