# EXHIBIT 8



# 2021 Corporate Sustainability Report

A0523

# Enviva's mission is to:



Displace coal

Grow more trees

Fight climate change

As a leader and an innovator we seek to act with respect, humility, and integrity to ensure the best outcomes for forests, people, and the environment. By being open to continuously evaluating and improving our impacts around the world, we strive to deliver superior returns on all of our stakeholders' investment of time, attention, capital, and trust in Enviva.

A0524

# INTRODUCTION

**01**



Last year, we published our first-ever sustainability report outlining the steps we have taken, as well as lessons we have learned, to ensure that good biomass protects forest health and enables a smooth energy transition that will help put our planet on the path to a net-zero carbon future by 2050.

A0525



A0526

# Welcome



This year's report is intended as an update on the progress of the goals we set in our inaugural report. The world cannot afford to delay taking decisive climate action, and we need to apply practical solutions available today to this global challenge. Along with our local communities, conservation allies, scientific partners, and a broad range of stakeholders, we will continue to work to ensure our operations help us to displace coal, grow more trees, and fight climate change.

The data and company results presented in this Sustainability Report reflect our efforts and achievements for the 2020 calendar year (January 1, 2020 – December 31, 2020). As of October 14, 2021, Enviva Partners, LP acquired Enviva Holdings, LP. Enviva Partners, LP then converted to a Delaware corporation named Enviva Inc. effective December 31, 2021 that continues to be publicly traded on the New York Stock Exchange [NYSE: EVA]. All references in this Sustainability Report to Enviva are to Enviva Inc., Enviva Partners, LP, and Enviva Holdings, LP, collectively.

### Cautionary Note Concerning Forward-Looking Statements

The information included herein and in any oral statements made in connection herewith may include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements may present expectations regarding future regulatory developments and the evolution of the renewable energy industry and bioenergy's role within it. Forward-looking statements involve significant risks and uncertainties that could cause such expectations to be materially inaccurate. Readers are cautioned not to place undue reliance on the forward-looking statements contained herein.

A0527

# Table of Contents

1.  **INTRODUCTION** .................................................................................................................1
    Welcome ...................................................................................................................3
    A Letter from Our CEO, John Keppler ................................................................5
    What is Material to Our Business? ......................................................................6

2.  **WOOD BIOMASS** ...............................................................................................................7
    Overview of Our Manufacturing Process .........................................................8
    Enviva's Operating Portfolio ...............................................................................10
    Enviva by the Numbers .........................................................................................11

3.  **CLIMATE** ...........................................................................................................................13
    Enviva's 2030 Net-Zero Goal ..............................................................................14
    Minimizing Our Environmental Impact — Air Emissions ............................16
    Wood Bioenergy as a Climate Solution ............................................................18

4.  **FORESTS** ...........................................................................................................................19
    Enviva's Role in the Forest ..................................................................................20
    Our Roots in Responsible Sourcing ..................................................................22
    Restoration Sourcing and Conservation .........................................................23
    Our Flagship Track & Trace® Program ..............................................................24

5.  **PEOPLE** .............................................................................................................................25
    A Letter from Our VP of Equity, Inclusion & Impact, Don Calloway ..........26
    Diversity and Social Impact .................................................................................27
    Keeping Employees Safe During COVID-19 ......................................................28
    Empowering Our Communities ...........................................................................29
    Nurturing Youth and Education ..........................................................................30
    Enhancing Community Services .........................................................................31
    Supporting Our Most Vulnerable Neighbors ...................................................32
    Spotlight: Serving Our Communities .................................................................33

6.  **GOVERNANCE** ..................................................................................................................35
    About Us ...................................................................................................................36
    Governance .............................................................................................................38

7.  **DATA** ..................................................................................................................................39
    Scope 1, 2, and 3 GHG Emissions .......................................................................40
    SASB Index ..............................................................................................................41
    Appendices ..............................................................................................................63
    Independent Limited Assurance Statement ....................................................64



A0528

4

# A Letter from Our CEO, John Keppler

Last year, Enviva proudly published its inaugural Corporate Sustainability Report. Today, I am pleased to share with you an update on how we evolved and advanced our core commitments to people, forests, and climate change in 2020.

There is no question that the future of our planet depends on industry operating sustainably and responsibly. That's true in particular for businesses like ours whose core product is designed to improve the environment. That's why we've set an ambitious goal of achieving net-zero greenhouse gas emissions from our operations by 2030. Alongside this pledge, we are producing a renewable resource that can help decarbonize not only the global power sector but also hard-to-abate industrial sectors and the bioliquid sector for sustainable aviation fuels, bio-methanol, and biodiesel. Our sustainable wood pellets keep coal, gas, and oil in the ground while supplying power and heat to millions of households across Europe, the UK, and Asia. Similarly, our renewable wood pellets are going to be used by major industrials like jet fuel refiners and steel, lime, and cement manufacturers as a drop-in substitute for oil and coal in their production processes. Simply put, modern bioenergy and biocarbons are cornerstones for the world's drive to mitigate the effects of climate change and limit the temperature increase to less than 1.5°C.

With our climate action commitment, Enviva's sustainability journey accelerates. And, while the challenge of phasing out fossil fuels is significant and requires urgent industry action, we also believe in similar investments and processes to minimize our footprint in our own neighborhoods, communities, and the forests and biodiversity that inhabits them.

I am happy to report that we improved our comprehensive sustainability efforts in 2020. We continue to be guided by our Responsible Sourcing Policy (RSP), prioritizing transparency and accountability across our supply chain. Our unique and industry-leading Track & Trace® (T&T®) program has grown more robust and the process (is now audited) by independent third parties to help provide even greater assurance to global stakeholders who rightfully expect detailed data about the sustainability of our forestry activities and verifiable data about the journey our feedstocks take from the forest tract to the production facility and to our customers. Similarly, we continue to grow our conservation programs and are actively protecting ecosystems and restoring critical, threatened, and declining forest types, notably

longleaf pine landscapes which we are restoring through our five-year partnership with The Longleaf Alliance (TLA).

I am also very proud of the way Enviva helped mitigate the potentially devastating impact of COVID-19. We are critical infrastructure. We operate twenty-four hours per day, 365 days per year, manufacturing a renewable fuel that is essential to our customers' ability to keep the lights and heat on in countries around the world. The onset of the coronavirus pandemic made our job even more important since in many cases, there aren't immediately available substitutes for the energy that depend on our renewable fuels. Thanks to the hard work of the Enviva team, despite the tremendous supply chain challenges many industries experienced, we didn't miss a single delivery. Most importantly, we did it while keeping our people safe and healthy. Thanks to the way we adjusted our work practices, our operations were unaffected. This gave us the ability to take care of people who got sick and provide much needed resources to our communities in such a challenging time.

But the progress we made on the sustainability of Enviva and our impacts on people, climate and forests goes well beyond our focus on who and how we make our product, it also goes to how we govern and finance our business. For instance, as part of our capital markets activities we were privileged to launch our first ever Green Term Loan, and S&P Global Ratings recently certified that our financing framework is aligned with Green Bond Principles and Green Loan Principles, and that the biomass producing assets and activities we are investing in at Enviva have the potential to provide durable, meaningful positive impacts mitigating climate change. I am also proud that based on our recent simplification transaction and conversion from a master limited partnership to a "regular way" corporation, we have expanded our board, adding three new directors, such that all of Enviva's directors, except me in my role as Chairman and CEO, are fully independent, exercising best-in-class good governance. We also made significant strides in enhancing our diversity and inclusion initiatives, both internally and externally.

At Enviva, we pride ourselves on keeping promises and making a difference. We are proud of the promises we kept and the difference we made in 2020. We are grateful to our stakeholders for putting their trust in us and challenging us to continuously do better. Most importantly, we are excited about what we can do next and the new horizons we expect to reach.



**John Keppler**
Chairman and CEO

A0529

# What is Material to Our Business?

Enviva's mission and operations sit at the intersection of forests, people, and climate. We source low-value wood from the thriving wood basket of the U.S. Southeast, manufacture a product that brings positive social and economic impact to the rural communities where we work and live, and deliver that product to customers throughout Europe, the UK, and Asia to enable them to generate stable electricity and heat while minimizing their carbon emissions.

Therefore, our approach to materiality and the success of our business are organized around three pillars we care about most: **Forests, people, and climate.** These pillars are fundamentally linked – we can't fight climate change without considering how energy will be responsibly sourced and dispatched to countries, companies, and people in the growing global economy or without practicing excellent forest stewardship.

And we can't truly achieve our mission without also prioritizing **transparency and accountability**. The below graphic illustrates how we think about the issues that are most important to the sustainability of Enviva's business and that have the highest impact on our stakeholders. Most material issues are identified and weighted accordingly, under the four key concepts outlined below.



| Forests | |
|---|---|
| 1 | Responsible Sourcing of Raw Materials |
| 2 | Sustainable Forest Management |
| 3 | Environmental Compliance & Air Quality |
| 4 | Water Use & Management |

| People and Communities | |
|---|---|
| 5 | Occupational Health & Safety |
| 6 | Community Engagement & Social License to Operate |
| 7 | Human Rights & Labor Rights |
| 8 | Human Rights |
| 9 | Diversity and Inclusion |
| 10 | Talent Attraction & Retention |

| Climate | |
|---|---|
| 11 | Climate Change & GHG Emissions |
| 12 | Product Use Impacts |
| 13 | Energy and Waste Management |

| Transparency, Resilience, and Impact | |
|---|---|
| 14 | Business Ethics, Transparency & Accountability |
| 15 | Supply Chain Continuity |
| 16 | Responsible Procurement |
| 17 | Public Policy Engagement & Responsible Lobbying |
| 18 | Innovation |
| 19 | Corporate & Financial Governance |
| 20 | Cyber Security |

A0530

# WOOD BIOMASS 02



Enviva is the world's largest producer of sustainably sourced wood biomass, a reliable, renewable alternative to coal and other fossil fuels. Sustainable wood biomass from Enviva is being deployed on a global scale to provide electricity and heat and offers a low-emission energy alternative for industrial applications such as the production of steel, cement, lime, and sustainable aviation fuel.

A0531

# Overview of Our Manufacturing Process



### Forest Residues

It all begins with low-value wood sourced as a by-product from traditional sawtimber harvests in the U.S. Southeast, one of the world's most robust areas of forest growth and sustainable management. These working forests provide one-fifth of the wood used worldwide each year.



### Receiving

The low-value wood we buy comes primarily from family forest owners who manage their land in a manner that adheres to our strict sustainability standards. We track and trace this wood (tops, limbs, and thinnings), and transport it to our facilities for processing.



### Sizing

The low-value wood is milled into uniform chips for the dryer as well as to provide bark as a fuel source for the drying process.



### Drying

The chips enter a biomass-fueled dryer that reduces the natural moisture content of the wood. The dry fiber is then sent to hammermills to further reduce its size and refine the fiber for pelletizing.

8

A0532



## Pelletizing

The dried wood fiber is extruded through a pellet press at high pressure. Naturally occurring lignin in the wood acts like an adhesive forming a crisp sheath of a pellet. No chemicals are used in the pellet manufacturing process.



## Port Facilities

Our strategically located deep-water port terminals receive pellets from multiple facilities to minimize transportation and to accumulate necessary volumes for bulk shipments.



## Shipping

Our pellets are shipped in large dry bulk cargo vessels to enhance transportation efficiencies and minimize our carbon footprint to distribute pellets worldwide. At every production point, pellets are inspected for quality to meet customer specifications and to ensure that our renewable wood pellets serve as a reliable source of energy that directly replaces fossil fuel.

A0533

# Enviva's Operating Portfolio

Operations located in the U.S. Southeast, where robust natural resource growth drives sustainable, stable low-cost supply.



| CHESAPEAKE CLUSTER | |
| --- | --- |
| Southampton VA (SOU) | 760,000 MTPY |
| Ahoskie, NC (AHO) | 410,000 MTPY |
| Northampton, NC (NOR) | 750,000 MTPY |
| Port of Chesapeake, VA (CHE)* | 2,500,000 MTPY |

| WILMINGTON CLUSTER | |
| --- | --- |
| Hamlet, NC (HAM) | 600,000 MTPY |
| Sampson, NC (SAM) | 600,000 MTPY |
| Greenwood, SC (GRE) | 600,000 MTPY |
| Port of Wilmington, NC (WIL)* | 3,000,000 MTPY |

| SAVANNAH CLUSTER | |
| --- | --- |
| Waycross, GA (WAY) | 800,000 MTPY |
| Port of Savannah, GA (SAV)* | 1,500,000 MTPY |
| Cottondale, FL (COT) | 780,000 MTPY |
| Port of Panama City, FL (PAN)* | 780,000 MTPY |
| Amory, MS (AMO) | 115,000 MTPY |
| Port of Mobile, AL (MOB)* | 115,000 MTPY |

| PASCAGOULA CLUSTER | |
| --- | --- |
| Lucedale, MS (LUC) | 750,000 MTPY |
| Port of Pascagoula, MS (PAS)* | 3,000,000 MTPY |

▲ TERMINALS OWNED OR LEASED

● PLANTS OWNED AND OPERATED

⬚ PLANT SITES UNDER CONTROL / ASSESSMENT

△ TERMINALS UNDER CONSTRUCTION

○ PLANTS UNDER DEVELOPMENT / CONSTRUCTION

*throughput capacity

A0534

# Enviva by the Numbers

 **~1200** people employed by Enviva

 **10** sustainable wood pellet processing plants spread across the U.S. Southeast

 **6** terminals owned or leased at strategic ports across the U.S. Southeast

 **5** corporate offices located in key markets around the world

**39.1M** Cumulative Metric Tons of CO2e displaced since inception

(which is equal to the offset of)

**4,408,842,016** gallons of gasoline

**43,306,531,451** pounds of coal

**90,713,175** barrels of oil

**7,117,010** homes powered by electricity

## Financial

**4.33M** Metric Tons of Wood Pellets Sold in 2020

**$21B** As of October 2021, contracted backlog by Enviva — with term of over 14.5 years

**6.2M** Metric Tons of Wood Pellets Production Capacity in 2021

## Environmental

**19,900,000** Metric Tons of coal displaced (since inception)

**415,496,551** Metric Tons of cumulative forest inventory increase in our sourcing regions (2011 - 2020)

**129,593** Acres of forest land certified by Enviva

**26,008** Acres of forest land area conserved through the Enviva Forest Conservation Fund as of 2020 year-end

A0535



A0536

# 03 CLIMATE



In February 2021, we announced our goal of achieving net-zero greenhouse gas (GHG) emissions from our operations by 2030. This commitment to climate action sets forth an ambitious plan that is aligned with international climate goals, including the Paris Agreement's goal to limit global temperature rise to 1.5°C.

# Enviva's 2030 Net-Zero Goal



**Enviva has committed to:**



### Reduce, eliminate, or offset all of our direct emissions.

Enviva will immediately work to minimize the emissions from fossil fuels used directly in our operations – our Scope 1 emissions. We will accomplish this by improving energy efficiency and adopting innovative and improved lower-emission processes.



### Source 100% renewable energy by 2030.

To address the emissions arising from electricity purchases in our operations – our Scope 2 emissions – we plan to source 100 percent renewable energy for our operations by no later than 2030, with an interim target of at least 50 percent by 2025.



### Drive innovative improvements in our supply chain.

To address emissions generated as part of our upstream and downstream supply chain – our Scope 3 emissions – we plan to proactively engage with partners and other key stakeholders to adopt clean-energy solutions.



### Transparently report progress.

We will track and publish our progress in reducing our emissions annually and intend to disclose climate-relevant data and risks through CDP (formerly the Carbon Disclosure Project) by the end of 2022.

14

A0538



## Scope 1, 2, and 3 GHG Emissions

### SCOPE 1
# 6%
### EMISSIONS

**WE WILL REDUCE, ELIMINATE, OR OFFSET ALL OF OUR DIRECT EMISSIONS**
Enviva entered into a 10-year agreement with GreenGasUSA, an integrated renewable natural gas (RNG) solutions provider, to decarbonize natural gas-related emissions from the Enviva's operation of environmental controls technology. The agreement is expected to eliminate more than 64,000 metric tons of carbon dioxide (CO2) equivalent from the atmosphere every year and offset approximately 75% of all Enviva's direct emissions from its manufacturing operations on an annual basis.

### SCOPE 2
# 35%
### EMISSIONS

**WE WILL SOURCE 50% RENEWABLE ENERGY BY 2025, AND 100% BY 2030**
Enviva joined the Renewable Energy Buyers Alliance, a business consortium committed to large-scale purchases of clean renewable energy. We are also evaluating solar installations at multiple plants.

### SCOPE 3
# 59%
### EMISSIONS

**WE WILL SEEK TO DRIVE INNOVATIVE GHG REDUCTIONS IN OUR SUPPLY CHAIN**
Enviva signed an agreement with Mitsui O.S.K Lines to develop and deploy an environmentally friendly bulk carrier to reduce GHG emissions in the transport of our sustainable wood pellets.

A0539

# Minimizing Our Environmental Impact — Air Emissions



Enviva is leading the biomass industry by investing in, installing, and operating state-of-the-art, industry-proven air emissions control technology – making our plants the most controlled in the world. Enviva's facilities control all emissions with more than 95% destruction efficiency.

Enviva is required to periodically test all emissions points and its stacks, which principally emit water vapor in the form of steam released by the wood going through the drying process. This testing is conducted by third-party experts with regulatory oversight. Enviva's pellets are 100% plant matter – we do not use any chemicals in the production of our sustainable wood pellets.

Enviva's emission data is publicly available on each state regulator's website. The chart below provides a summary of our emissions profiles across the entire Enviva operating fleet by key compounds: Fine Particulate Matter (PM2.5), Sulfur Dioxide (SO2), Nitrogen Oxide (NOx), Volatile Organic Compounds (VOC):

## 2020 Emissions Profile

| Compound | Total *(short tons/year)* |
|---|---|
| Fine Particulate Matter (PM2.5) | 506 |
| Sulfur Dioxide (SO2) | 154 |
| Nitrogen Oxide (NOx) | 722 |
| Volatile Organic Compounds (VOC) | 2,145 |

Our environmental strategy is defined by our commitment to minimize environmental impact from our operations by controlling air emissions to the highest standards and above what is required under the law, operating in compliance with the prescribed permit limits, and testing our facilities to ensure continued compliance, presenting no risk to public health or the environment.



A0540



Our commitment to minimizing our operating footprint and environmental impact is not limited to our installation of the best available and industry leading environmental control technologies. We strive to do more and to continuously improve. For instance, to ensure that our facilities operate within their permitted level of emissions, most of which are characterized as Minor Sources under the Clean Air Act, we have installed and operate regenerative thermal or catalytic oxidizers as part our emission control strategy to efficiently destroy volatile organic compounds and hazardous air pollutants. The thermal oxidizing equipment deployed at our sites are designed to achieve 95% or greater destruction efficiency. Operation of these control devices, however, do require the use of natural gas. As part of our goals to achieve net-zero in our own operations by 2030, we have committed to use less of it.

Through careful design and analysis, we determined that an innovative engineering solution could be deployed to recirculate process air through our biomass-fueled dryer (which already had the excess heat and energy required to achieve the same criterion destruction capacity as an RTO), eliminating about 25% of the natural gas requirement that would have otherwise been required to achieve the same effective emissions control outcome. Natural gas, which is primarily methane, is one of the most detrimental greenhouse gases to the environment, so our ability to minimize its use in our operations while still remaining well beneath our permitted limits is a real win for the environment. We are in the process of investing in this process change across a number of our plants and as a next step, we are also seeking to substitute renewable natural gas for conventional gas through partnerships like the one we recently announced with GreenGas USA (see page 15 of the report). Our partnership with GreenGas USA will allow our emission control equipment to operate with renewable natural gas. Renewable natural gas is the capture and utilization of methane that would otherwise be released to the atmosphere and does not require extraction and utilization of fossil fuels.

A0541

# Wood Bioenergy as a Climate Solution



"There is a growing role for alternative, low emissions fuels such as modern bioenergy and hydrogen-based fuels in all scenarios ... These play a key role in the achievement of net zero targets ...

**IEA World Energy Outlook Report**

According to the United Nations (UN) Intergovernmental Panel on Climate Change (IPCC), the world's leading authority on climate science, bioenergy will play an increasingly significant role in achieving net-zero targets.

The International Energy Agency (IEA) in its World Energy Outlook report, which served as a guidepost for the United Nations Climate Change Conference (COP26) held in Glasgow, Scotland in November 2021, projected that sustainable bioenergy will need to increase threefold in the global energy supply by 2050 for the world to accomplish global Net Zero. The IEA report echoes the sentiment of the UN IPCC that time is running out to put in place the measures needed to prevent further irreversible damage from climate change to our planet. Net-zer targets can be reached by:

- **Phasing out coal from the global power sector** at a more rapid pace and replacing coal with low emissions energy sources that can contribute to the achievement of net-zero targets.
- **Increasing levels of investment in new clean energy projects** and infrastructure, including deployment of technologies such as bioenergy with carbon capture and sequestration (BECCS). BECCS has promise in the near-term to achieve carbonnegative energy at scale.
- **Deploying biomass as an alternative for industrial applications** such as the production of sustainable aviation fuels, steel, lime, and cement, as major manufacturers look to replace fossil-fuel based carbon as a direct material input for the production of core commodity products.

Bioenergy provides a reliable, dispatchable baseload energy and heat source that can be used in energy systems today, and the role of sustainable wood biomass in the energy system will continue to evolve and expand.

A0542



# 04 FORESTS

The U.S. Southeast is one of the world's most important timber baskets, producing about 1/5 of the wood that is used worldwide every year. Increased demand for forest products in the region has resulted in more forest inventory, which have more than doubled since 1953.

# Enviva's Role in the Forest

## Forest Landscape



**56%** of the total land area of the U.S. Southeast covered by forest

**100%+** increase in forest inventory in the U.S. Southeast since the 1950s

**3%** of forest area in the U.S. Southeast is harvested each year

*of that* **<3%** is used to produce wood pellets

**2.0** Growth-to-Drain Ratio — For every ton of wood that is harvested each year, 2.0 tons grow back

**97%** of the remaining forest is in various stages of regrowth

Enviva is a small but important part of the U.S. Southeast's thriving forestry industry where 86% of forests are owned and managed by private landowners who make decisions largely driven by economic factors and demand for their forest products. Enviva creates an additional market for private forest landowners to sell their low-value wood, and provides incentives to replant and keep their land as forests.

A0544

## Forest Economics

**86%**

of forests in the U.S. Southeast are privately owned



**29 Acres**

average size of a family forest in the U.S. Southeast





**$49.5B**

in annual GDP generated by forests in the U.S. Southeast



**Approximately 2.9M**

jobs supported by the forest industry across the U.S.

A0545

# Our Roots in Responsible Sourcing

Restoration sourcing is a critical component of our Responsible Sourcing Policy (RSP). Our sourcing from mapped longleaf pine forests enables ecosystem growth and restoration and improves the surrounding biodiversity habitat.

Longleaf pine forests are a critical forest ecosystem in the U.S. Southeast. They are considered high conservation value forests because of their rarity and biodiversity value. Well-managed longleaf pine forests provide critical habitat for 29 threatened and endangered species. However, by 2005, only 2.2% of the original landscape of longleaf pine forests remain. Almost all the longleaf forests had been converted to farmland, planted to other pine species, or lost to development. Furthermore, many longleaf stands are in degraded conditions because their canopies are too dense, shading out ground-story ecosystems and inhibiting low-intensity prescribed fire, which is key for the wild fire prevention. Appropriate biomass sourcing and removal, like practices employed by Enviva, are a critical step in the longleaf restoration process as many existing longleaf forests need thinning.

## Protecting and Restoring Longleaf

In March 2020, Enviva and The Longleaf Alliance (TLA) announced a five-year partnership to protect and restore longleaf pine forests. Through the partnership, Enviva and TLA are collaboratively implementing Enviva's longleaf forest restoration plan to improve the quantity and quality of longleaf forest ecosystems across our wood sourcing regions in seven states across the U.S. Southeast. Using TLA's innovative method, we have assessed the following improvements:

- Our sourcing was found to help improve or restore more than 3,400 acres of longleaf forests.
- We helped to certify over 6,600 acres of privately owned, predominantly longleaf forests.



A0546

# Restoration Sourcing and Conservation

## Enviva Forest Conservation Fund

In 2015, we launched the Enviva Forest Conservation Fund (EFCF) in partnership with the U.S. Endowment for Forestry and Communities. EFCF is a $5 million, 10-year program to identify and protect sensitive areas and financially assist private landowners in conserving and protecting forested land. In 2020, the program awarded grants that **will conserve more than 2,600 acres of forest.**

## Enviva Forest Conservation Fund Annual Grant Activity

*(through calendar year 2020)*



### $2,535,000
Funds awarded



### 17,506
Bottomland Hardwood Acres Conserved



### 26,875
Total Acres Conserved

A0547

# Our Flagship Track & Trace® Program

Providing transparent information about our wood sourcing is fundamental to our sustainability values and our RSP. To ensure that our suppliers provide us with wood that meets our requirements, we developed Track & Trace® (T&T®), a one-of-a-kind monitoring technology program that tracks every truckload of wood we procure from the forest to our production facilities.

Before selling wood to Enviva, a supplier must provide detailed data on the specific forest tracts being considered for harvest, including each individual tract's precise geographic location, acreage, forest type, specific mix, and age. Our sourcing contracts require that landowners replant or regenerate the forests. We do not accept any wood from a harvest without this information and commitment, which we use for recordkeeping and to verify the accuracy of our procedures.

T&T complements our third-party sustainability certifications and enables us to provide an unprecedented level of transparency into our supply chain, going above and beyond any other pellet producer or forest products company in the U.S. Southeast. This proprietary system equips our stakeholders with detailed insights into the origin of our feedstocks, which we make available to the public on our website.

### Enviva's 2020 Track & Trace Data

Our most recent T&T data summarizes our wood purchases in 2020. Enviva sourced our wood from over 2,900 tracts in more than 140 counties across seven Southern states.



**What is the source of Enviva's wood?**

| | |
|---|---|
| 35% | Pine forests with hardwood understory |
| 26% | Mix pine & hardwood forests |
| 17% | Pine forests |
| 17% | Mill & industry residues |
| 3% | Other hardwood forests |
| 2% | Bottomland hardwood forests |
| <1% | Arboricultural sources |

A0548

24



# 05

# PEOPLE

At Enviva, we recognize that our greatest resource is our people. That's why we are committed to providing a safe and healthy environment for our associates and neighboring communities alike bringing positive economic impact and support.

A0549

# A Letter from Our VP of Equity, Inclusion & Impact, Don Calloway

By displacing coal, encouraging tree growth and forest sustainability, and helping reduce greenhouse gas emissions, Enviva's contribution to the defining challenge of our time – the fight against global climate change – is impressive. Yet, our impact is most apparent in the U.S. Southeast, where we operate. Enviva has created career opportunities in areas that many corporations abandoned generations ago. We have supported community initiatives through our philanthropic efforts. We have created a long-term market for forest materials that were previously unmarketable, which in turn creates wealth and opportunity for families.

But there's so much more we can do.

I joined Enviva as Vice President of Equity, Inclusion, and Impact, because if we are committed and intentional, we can build real equity and opportunity for everyone. As we embrace our role as a leading renewable energy producer, it's time to bake much of the good we do everyday into our every day operations, amplify it, and create a sustainable community impact that will live on for generations.

Consider the potential impact of finding lifelong foresters in the American south and helping them acquire the equipment, training, and workforce to help supply our fiber needs, setting them up to do business with major agricultural players at scale. Consider the expansion of equity we can help create with our first systematized supplier diversity program. And consider what progress we can make toward our long-term goal of becoming a national employer of choice when we implement leadership training programs and employee development initiatives at every level of our company. We are becoming intentional about meaningful participation in the communities where we operate in our commercial success, and I look forward to introducing dynamic ways to do that.

Our culture is centered around an ongoing pursuit of continuous improvement in our processes. We are proud of our industry-leading efforts to lower emissions and external impacts at our plants and ports. We continue to ensure that we are improving the quality of life for our neighbors; doing so enhances our lives as well. Because these are the communities where we live, too.

One last thing: I come from an activist and organizing background. I learned very quickly that if I want to do something *for* a group, without doing it *with* them, then I've done it *to* them, and that is unacceptable. Improving our communities and pursuing a better world takes collaboration, time, and trust. All of us have to commit ourselves to building lasting relationships with the communities we work in and serve.

These goals are not new. We have always centered our core values on caring about people and forests as we pursue our mission to fight climate change. We have always been a solid community steward. But if the last few years have taught us anything, it's that we can all do more if we want to pursue a more just and equitable world and a better South. John and our whole leadership team have committed to this pursuit, and I could not be more excited to help lead these efforts with all of our teammates.



**Don Calloway**
VP of Equity, Inclusion & Impact

A0550

# Diversity and Social Impact



Building on a legacy of community engagement and empowerment, we embarked on a journey in 2020 to further develop, strengthen, and execute on environmental and social equity across our footprint, growing stakeholder base, and organizational value chains. We created a new, critical leadership role — Vice President of Equity, Inclusion, and Impact — to ensure our business goals are in pursuit of our mission and our commitment to our communities.

## Diversity (% BIPOC)

| | |
|---|---|
| Company-Wide Associates | **27%** |

**Corporate**

| | |
|---|---|
| Senior Leaders (VP and Above) | **16%** |
| Mid-Level Leaders (Managers and Directors) | **28%** |

**Operations and Construction**

| | |
|---|---|
| Senior Leaders (VP and Above) | **17%** |
| Mid-Level Leaders (Managers and Directors) | **13%** |

## Gender (% female)

| | |
|---|---|
| Company-Wide Associates | **17%** |

**Corporate**

| | |
|---|---|
| Senior Leaders (VP and Above) | **21%** |
| Mid-Level Leaders (Managers and Directors) | **50%** |

We believe in a workplace that promotes equality, transparency, and accountability. We seek to foster these values through our policies and procedures, regular trainings, and employee engagement.

A0551

27

# Keeping Employees Safe During COVID-19



People make Enviva, and safety of our People has been our top priority since the first days of our business and is part of the company's DNA. Maintaining safety in our daily 24/7 operations amongst the challenges of the COVID-19 pandemic brought Enviva's best minds, systems and processes, and team back-up culture together — **we are proud to report that 2020 was our safest year ever**.

And while the pandemic has caused broad economic impact and major disruptions across the globe, at Enviva, thanks to the hard work of our teams and the good, safe, professional and personal decisions we made, we again demonstrated the durability of our business - our people have remained healthy and safe and that has enabled us to keep our plants and ports running 24/7, our supply chain humming, and report strong results in 2020. Most importantly, we produced and delivered a renewable energy source, essential to keeping the lights on in the hospitals and heat on in the households during the height of COVID-19 lockdown in the UK and Europe.

Although the pandemic environment remains fluid and uncertain, we did not experience disruptions in our operations or supply chain, and we implemented contingency and business continuity plans we believe would mitigate the impact of potential business disruptions.

The coronavirus pandemic isn't yet behind us, and our progress wouldn't be possible without the great people at Enviva and the support of the communities in which we operate.

As the spread of COVID-19 continued to increase and vary, we have adapted to new ways of working. All Enviva plants, terminals and offices implemented the following:

- Enhanced cleaning and safety protocols
- Followed CDC guidance and enforced social distancing both on and off the job
- Adjusted shift schedules, increased distribution of PPE
- Formed a cross-functional COVID-19 steering council to provide guidance to help mitigate risk in their communities
- Partnered with third-party medical experts to perform case management and contact tracing
- Increased communication to keep employees and stakeholders updated on evolving protocols
- Took employees temperatures daily
- Launched an internal "Get Vaccinated" campaign
- Recommitted to helping local businesses, communities, and first responders
- Partnered with food banks and organizations in the U.S. Southeast to assist families in need and at risk As a result there were no confirmed cases of employee-to-employee spread, and no interruptions to our operations, production, or shipping in 2020.

A0552

28

# Empowering Our Communities



From Franklin, VA to Lucedale, MS and across the U.S. Southeast, we seek to empower the communities where we live and work by partnering with local leaders, clergy, nonprofit groups, forestry associations, and elected officials. Through outreach, volunteer activities, and direct sponsorship, Enviva provides a hand up in times of need as well as empowerment opportunities such as educational and workforce development program partnerships.

Enviva has a dedicated community relations team whose core responsibility is to build meaningful relationships in each community and engage with local leaders to identify opportunities to give back and provide support. Each community is unique and has its own distinct set of needs; however, in concert with local partners Enviva has identified three common themes:

- **Nurturing Youth and Education**
- **Enhancing Community Services**
- **Supporting Our Most Vulnerable Neighbors**

These three themes are the focus of our work and empowerment opportunities in the communities we serve.

> **Our economic impact across our operating footprint is estimated to be nearly $3 billion, which supports more than 4,200 direct and indirect jobs.**

A0553

29

# Nurturing Youth and Education

## Support for literacy programs, youth centers, and scholarships

Young people need safe, inclusive, public spaces where they can congregate, study, engage in extracurricular activities, and express themselves, especially in communities that could be prone to violence, at-risk behavior, or declining vocational opportunities. To help communities create and maintain safe spaces, Enviva partners with several organizations to support the development of youth centers where young people can play sports, complete their homework, and interact safely. In 2020, we worked with the Boys and Girls Clubs of the Lakelands Region in Greenwood, SC, to renovate the local community center. In Franklin, VA, we are working with Pastor Anthony Rawlings of Celebration Church to build a teen center to provide educational and enriching afterschool and weekend activities.





A0554

30

# Enhancing Community Services



## Support for first responders, senior citizens, churches and community events

In large parts of the rural U.S. Southeast, first responders, hospitals, senior centers, and churches are the ties that bind a community together. However, during challenging economic times, these community pillars can suffer a lack of funding or resources. Enviva works across our footprint to ensure these community icons remain strong and appropriately resourced. In 2020, we helped the century-old New Mt. Nebo Primitive Baptist Church in Epes, AL replace its roof after a severe weather event. In Ahoskie, NC, the community identified that three local seniors centers were in need of additional automatic external defibrillators (AEDs) to safely protect its residents, so we funded the acquisition of additional AEDs.



A0555

# Supporting Our Most Vulnerable Neighbors

## Support for food drives, hurricane assistance, and school supplies

According to Feeding America, an estimated one in nine Americans were food insecure in 2018, a complex problem that has been exacerbated by the COVID-19 pandemic. Enviva partners with local community and church leaders to deliver prepared meals and boxed groceries to those most in need. In Sumter County, AL, we helped Children of the Village keep its mobile food pantry fully stocked for more than 100 families who needed the support. In Hamlet, NC, our associates joined Pastors Mordecai and Linda Ross of Celebration Church and Dobbins Heights, NC Mayor Antonio Blue to provide food boxes for over 150 families. From Maryland to Mississippi, Enviva has been privileged to provide thousands of meals, groceries, and supplies to families, senior citizens, and first responders, ensuring their basic needs are met.







A0556

32

# Spotlight: Serving Our Communities



## COVID-19 Support

As the communities Enviva calls home continue to cope with the health, safety, and financial impacts of COVID-19, we continue to work to support local schools, senior citizens, families, and community programs. For example, in response to statewide school closures, Enviva provided meals and school supplies to underserved students and donated Wi-Fi hotspots to help facilitate telework and online school activities for families in need. We were privileged to help stock local food banks, deliver groceries to families and senior citizens experiencing food insecurity, and send meals and boxed food in appreciation for and support of hospital personnel on the front lines.

In 2021, Enviva partnered with local hospitals and clinics to administer vaccinations on-site to Enviva associates, contractors, sub-contractors, vendors, spouses, and families. At our forthcoming Lucedale, MS plant, we partnered with George Regional Hospital to provide 36 associates with their first round of the COVID-19 vaccination.

A0557

33

# Spotlight: Serving Our Communities



## Heirs Property

Across the U.S. Southeast, involuntary loss of generational family-land is a longstanding problem, particularly among low income communities and African-Americans. Land passed from generation to generation — heirs' property — has been subject to discriminatory laws and predatory practices often causing landowners to lose land. Enviva partners with organizations across the U.S. Southeast dedicated to addressing the issue of heirs' property by assisting landowners with obtaining clean title and educating them on sustainable forestry and techniques that allow them to capture value from their land assets.

Enviva has been a strong supporter of The Sustainable Forestry and African American Land Retention Network (SFLR) Program since 2015, providing financial support and professional expertise to SFLR affiliates in North Carolina, South Carolina, and Virginia. The SFLR is an organization dedicated to helping African-American landowners and underserved communities secure clear title on their land so that they may benefit from the natural resources as well as become eligible for a variety of incentives available to landowners with provable ownership. Enviva provides programmatic funding and subject matter experts to support landowners as they work to protect and manage their forestry lands. We expect to amplify this work in 2022, with increased direct professional services support to landowner families, and policy advocacy in state and federal arenas to advance the cause of eliminating involuntary land loss.

34

A0558

# GOVERNANCE

## 06



We have recently taken profound steps to reshape the governance and management of Enviva, evolving our business into an even better corporate structure. Enviva Inc. [NYSE: EVA], a Delaware corporation, is managed and operated by its executive officers and an independent board of directors and has adopted a Code of Business Conduct and Ethics and Corporate Governance Guidelines that guide key governance policies and practices.

A-0559

# About Us

Enviva Inc. [NYSE: EVA], a Delaware corporation, was preceded by Enviva Partners, LP, a Delaware limited partnership, which converted to Enviva Inc. effective December 31, 2021.

Until December 31, 2021, our company was structured as a publicly traded master limited partnership, Enviva Partners, LP (the "Partnership"), managed by its general partner, a subsidiary of Enviva Holdings, LP (the "General Partner"), which had sole responsibility for conducting the business and managing the operations of the Partnership.  The Partnership's equity holders had limited voting rights and were not entitled to elect the General Partner or its directors. Additionally, the General Partner was entitled to receive increasing percentages of cash distributions made by the Partnership pursuant to its incentive distribution rights ("IDRs").

On October 14, 2021, the Partnership acquired its General Partner, eliminating the IDRs, and on December 31, 2021, the Partnership completed its conversion from a master limited partnership to a corporation in a 1-for-1 exchange of common units of the Partnership for common stock of Enviva Inc. ("Enviva").

As a result of these transactions, Enviva has a simpler, more readily understandable capital structure that is not burdened by IDRs, does not require equity holders to file a tax return based on their receipt of a Schedule K-1, and comprises a single class of shares.  Further, Enviva's organizational structure has been meaningfully streamlined in connection with the transition to "regular way" governance as a Delaware C-Corporation, with all of the directors excepting our Chairman & CEO meeting the standards for independence.  This independent board of directors and our officers are subject to stringent corporate fiduciary duties, and our stockholders benefit from valuable governance protections and enhanced voting rights, including the right to elect the members of Enviva's board of directors. These changes further strengthen Enviva's ESG credentials and help put us on the path to leading in critical metrics important to a broad range of domestic and international stakeholders.



A0560



A0561

# Governance

## Board and Committee Composition

Enviva is managed by its executive officers and board of directors. The Board consists of 13 directors, all of whom are independent, except Mr. John Keppler, Chairman and CEO. All other directors meet the independence standards established by the New York Stock Exchange and the Securities Exchange Act of 1934, as amended.

| Board | Audit | HSSE | Comp | Nom/Gov |
|---|---|---|---|---|
| John K. Keppler | | | | |
| Ralph Alexander* | | | | C |
| John C. Bumgarner, Jr.* | M | | C | |
| Martin N. Davidson* | | M | | |
| Jim H. Derryberry* | | | | |
| Fauzul Lakhani* | | | | M |
| Gerrit ("Gerrity") L. Lansing, Jr.* | | M | | |
| Pierre F. Lapeyre, Jr.* | | | M | |
| David M. Leuschen* | | | | |
| Jeffrey W. Ubben* | | | M | |
| Gary L. Whitlock* | M | | | |
| Janet S. Wong* | C | | | M |
| Eva T. Zlotnicka* | | C | | |

Committee Chair (C)        Committee Member (M)        Independent (*)

As of December 31, 2021, we increased the Board size to thirteen, adding three new directors to enhance our expertise in ESG, diversity and access to capital markets and finance.



**Martin N. Davidson Ph.D.**- Dr. Davidson is the Johnson & Higgins Professor of Business Administration at the University of Virginia's Darden School of Business where he has been a member of the faculty since 1998. He currently serves as senior associate dean and global chief diversity officer for the school. Previously, he was a member of the faculty of the Amos Tuck School of Business at Dartmouth College.



**Fauzul Lakhani** - Mr. Lakhani is a Principal of Riverstone Holdings LLC. Prior to joining Riverstone in 2012, Mr. Lakhani was with Credit Suisse in the Global Investment Banking Group where he worked on M&A transactions and capital markets financings, with a focus on the energy sector. He currently serves on the BBA Advisory Board of the McCombs School of Business.



**Eva T. Zlotnicka** - Ms. Zlotnicka is a Founder, Managing Partner, President, and member of the Management Committee of Inclusive Capital Partners, an investment firm which partners with companies that enable solutions to address environmental and social problems. Previously, she was a Founder and Managing Director of the ValueAct Spring Fund and Head of Stewardship at ValueAct Capital.

A0562



# DATA

Enviva recognizes the importance of transparently sharing relevant data with our stakeholders. This section includes data outlining our Scope 1, 2, and 3 greenhouse gas (GHG Emissions) and disclosure against the Sustainability Accounting Standards Board (SASB).

A0563

# Scope 1, 2, and 3 GHG Emissions

| | Unit | 2019 | 2020 | % Change |
|---|---|---|---|---|
| Capacity | MT | 3,445,000 | 4,183,333 | 21.4 |
| Production | MT | 2,842,679 | 3,578,465 | 25.9 |
| Scope 1 Emissions | MT CO2e | 31,032 | 45,208 | 45.7 |
| Scope 2 Emissions | MT CO2e | 214,962 | 244,155 | 13.6 |
| Total Scope 1 & scope 2 | MT CO2e | 245,994 | 289,363 | 17.6 |
| Biogenic Emissions | MT CO2e | 438,510 | 606,774 | 38.4 |
| Scope 1 Emission Intensity | kg CO2e/MT | 11 | 13 | 18.2 |
| Scope 2 Emission Intensity | kg CO2e/MT | 76 | 68 | -10.5 |
| Total Scope 1 & Scope 2 Emission Intensity | kg CO2e/MT | 87 | 81 | -6.9 |
| Biogenic Emission Intensity | kg CO2e/MT | 154 | 170 | 10.4 |
| Scope 3 Category 3 Emissions | MT CO2e | - | 7,638 | - |
| Scope 3 Category 4 Emissions | MT CO2e | - | 62,465 | - |
| Scope 3 Category 9 Emissions | MT CO2e | - | 328,082 | - |
| *Scope 3 Emission Intensity for...* | | | | |
| Category 3: Fuel- and energy related activities | kg CO2e/MT | - | 2.00 | - |
| Category 4: Upstream transporation and distribution | kg CO2e/MT | - | 17.00 | - |
| Category 9: Downstream transportation and distribution | kg CO2e/MT | - | 92.00 | - |
| Total Scope 3 aggregate emissions (categories 3, 4, 9) | MT CO2e | | 398,185.00 | - |

A0564

# SASB Index

As a result of our commitment to sharing materially relevant environmental and social information with our stakeholders, we are proud to share our second disclosure against the Sustainability Accounting Standards Board (SASB), an independent, private sector standards-setting organization whose mission is to help companies around the world identify, measure, and manage the subset of ESG topics that most directly impact long-term enterprise value creation. The SASB Standards provide a core tool for comparable, consistent, and reliable data on financially material sustainability factors.

Enviva was an early adopter of this framework, first reporting to SASB for calendar year 2019 under four relevant industry standards: Biofuels, Pulp & Paper Products, Forestry Management, and Industrial Machinery & Goods. The metrics required in these standards align significantly with Enviva's materiality assessment, conducted in 2019 with the support of BSR™ and can be found on page 6 of this report. In our SASB disclosure for calendar year 2020, we are pleased to expand the scope of our verified reporting to recognize the materiality of air quality for our business.

## Biofuels

### Activity Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Biofuel Production Capacity | Enviva's Annual total Production Capacity in metric tons (t) | 3,445,000 | 4,183,333 | RR-BI-000.A |
| | Annual production of renewable fuel in metric tons (t) | 2,842,679 | 3,578,465 | RR-BI-000.B |
| | * Solid wood biomass is not a fuel category under the U.S. EPA Renewable Fuel Standard and therefore referring to this standard in assessment of "renewable fuel" is inaccurate. The number above represents all pellets produced. | | | |
| | Annual production of advanced biofuel in metric tons (t) | Enviva does not produce advanced biofuel | | |
| | Annual production of biomass-based diesel in metric tons (t) | Enviva does not produce biomass-based diesel | | |
| | Annual production of cellulosic biofuel in metric tons (t) | Enviva does not produce cellulosic biofuel | | |
| Amount of feedstock consumed in production | The feedstock purchased adjusted for changes in inventory throughout the reporting period in metric tons (t) | 5,947,935 | 7,479,307 | RR-BI-000.C |
| | *This metric includes all fiber purchased, including fiber purchased for pellet creation and fuel consumption, and is listed in green metric tons | | | |

A0565

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Air Quality | Annual total NOx emissions in metric tons (t) | | 563.76 | RR-BI-000.A |
| | Annual total SOx emissions in metric tons (t) | Enviva recognizes air quality is a material issue for our business, which is validated in our materiality assessment. Enviva reports these values to regulatory agencies for all of our facilities throughout the year. In our first report, we were not able to validate our enterprise data in time for this disclosure. In the future, we will work to ensure these data are included in our disclosure. | 124.21 | |
| | Annual total VOCs emissions in metric tons (t) | | 1,771.95 | |
| | Annual total PM10 emissions in metric tons (t) | | 492.34 | |
| | Annual total HAPs emissions in metric tons (t) | | 114.03 | |
| | Number of incidents of non-compliance associated with air quality permit, standards, and regulations | | 3 | RR-BI-120a.2 |

*Per our Southampton permit, HAPs were not recored during 2020 for Southampton. As such, this number does not include HAPs from Southampton. this will be included in further reports as our permits will require us to record HAPs at Southampton.

A0566

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Water Management in Manufacturing | Total water withdrawen (1,000 m3) | Wood pellet production does not have significant water inputs. The only water used in our operations are small amounts used in air emission controls and for office facilities. At this time, we do not have data for this disclosure, but we can confirm that water is not a high priority material topic for Enviva through our materiality matrix. Enviva's commitment to water in our operations is outlined in our Responsible Sourcing Policy, where we commit to protect water quality through State Best Management Practices | | RR-BI-140a.1 |
| | Total water consumed (1,000 m3) | | | |
| | Percentage of each above in regions with High or Extremely High Baseling Water Stress (%) | | | |
| | Description of water management risks and discussion of strategies and practices to mitigate those risks | | | RR-BI-140a.2 |
| | Number of incidents of non-compliance associated with water quality permit, standards, and regulations | | | RR-BI-140a.3 |
| Lifecycle Emissions Balance | Lifecycle greenhouse gas (GHG) emissions, by biofuel type per grams of CO2-e per megajoule (MJ) | 36.1 | 36.1 | RR-BI-410a.1 |

> \* Solid wood biomass is not a fuel category under the U.S. EPA Renewable Fuel Standard and therefore does not have a lifecycle methodology under that framework. The European Union does, however, have a methodology under their Renewable Energy Directive, which is used to quantify the lifecycle emissions balance of our product for our European customers and their regulators. An analysis by the group Boundless Impact uses this methodology with other considerations from the scientific literature and found the reported figure for our operations, which we choose to report as indicative of our product. A full description of their methodology can be referenced in their paper, titled "Measuring the Environmental Impact of Wood Pellet Electricity: A Case Study of Enviva"

A0567

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Sourcing & Environmental Impacts of Feedstock Production | Discussion of Strategy to manage risks associated with environmental impacts of feedstock production | All of our supply regions undergo risk assessments for our SBP certification. A description of these risks can be referenced in the SBP Supply Base Reports for each of our mills. We describe our policies and programs to mitigate risks in our Responsible Sourcing Policy, which you may also find on our website. | | RR-BI-430a.1 |
| | Percentage of biofuel production third-party certified to an environmental sustainability standard (%) | The biomass produced by Enviva is certified by forestry standards in the supply chain, the percent of procurement certified is reported in 37-41 in the Pulp & Paper Products Standard. | | RR-BI-430a.2 |
| Management of the Legal & Regulatory Environment | Amount of subsidies received through government programs in USD | 0 | 0 | |

*Solid wood biomass does not presently qualify for federal subsidies under the Renewable Portfolio Standard or other relevant U.S. EPA or DOE energy programs.

44

A0568

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | Enviva's SEC form 10-K for year 2019 provides a comprehensive description of our management of legal and regulatory requirements for our businesses. Here is one such disclosure from the section titled "Environmental Matters": Our operations are subject to stringent and comprehensive federal, state and local laws and regulations governing matters including protection of the environment and natural resources, occupational Health & Safety and the release or discharge of materials into the environment, including air emissions and wastewater discharges. These laws and regulations may (1) require acquisition, compliance with and maintenance of certain permits or other approvals to conduct regulated activities, (2) impose technology requirements or standards on our operations, (3) restrict the amounts and types of substances that may be discharged or emitted into the environment, (cont.) | Enviva's SEC form 10-K for year 2020 provides a comprehensive description of our management of legal and regulatory requirements for our businesses. Here is one such disclosure: Our operations are subject to stringent and comprehensive federal, state, and local laws and regulations governing matters including protection of the environment and natural resources, occupational health and safety and the release or discharge of materials into the environment, including air emissions. Such laws and regulations may require us to (1) obtain and strictly comply with stringent air permit emission limits, (2) utilize specific equipment or technologies to control and measure emissions, (3) limit or avoid certain operational practices, (4) incur costs for compliance or remediation, and may (5) impose substantial liabilities, including possible fines and penalties, for unpermitted emissions or discharges from our operations. (cont.) | RR-BI-530a.2 |

A0569

45

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | (4) limit or prohibit construction or timbering activities in sensitive areas such as wetlands or areas inhabited by endangered or threatened species, (5) govern worker Health & Safety aspects of operations, (6) require measures to investigate, mitigate or remediate releases of hazardous or other substances from our operations and (7) impose substantial liabilities, including possible fines and penalties, for unpermitted emissions or discharges from our operations. Failure to comply with these laws and regulations may result in the assessment of administrative, civil and criminal penalties, the imposition of investigatory and remedial obligations, and the issuance of orders enjoining some or all of our operations in affected areas. Moreover, the global trend in environmental regulation is towards increasingly broad and stringent requirements for activities that may affect the environment. (cont.) | Failure to comply with these laws and regulations may result in the assessment of administrative, civil and criminal penalties, the imposition of investigatory and remedial obligations and the issuance of orders enjoining some or all of our operations in affected areas. Moreover, the global trend in environmental regulation is towards increasingly broad and stringent requirements for activities that may affect the environment. Any changes in environmental laws and regulations or re-interpretation of enforcement policies that result in more stringent and costly requirements could have a material adverse effect on our operations and financial position. Although we monitor environmental requirements closely and budget for the expected costs, actual future expenditures may be different from the amounts we currently anticipate spending. (cont.) | RR-BI-530a.2 |

A0570

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | Any changes in environmental laws and regulations or reinterpretation of enforcement policies that result in more stringent and costly requirements could have a material adverse effect on our operations and financial position. Although we monitor environmental requirements closely and budget for the expected costs, actual future expenditures may be different from the amounts we currently anticipate ending. Moreover, certain environmental laws impose strict joint and several liability for costs to clean up and restore sites where pollutants have been disposed or otherwise spilled or released. We cannot assure that we will not incur significant costs and liabilities for remediation or damage to property, natural resources or persons as a result of spills or releases from our operations or those of a third party. Although we believe that our competitors face similar environmental requirements, market factors (cont.) | Moreover, certain environmental laws impose strict joint and several liability for costs to clean up and restore sites where pollutants have been disposed or otherwise spilled or released, potentially resulting in significant costs and liabilities for remediation of resulting damage to property, natural resources or persons. Although we believe that our competitors face similar environmental requirements, market factors may prevent us from passing on any increased costs to our customers. Additionally, although we believe that continued compliance with existing requirements will not materially adversely affect us, there is no assurance that the current levels of regulation will continue in the future.

The federal Occupational Safety and Health Act, as amended ("OSHA"), and comparable state statutes, whose purpose is to protect the health and safety of workers, impose (cont.) | RR-BI-530a.2 |

A0571

47

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | may prevent us from passing on any increased costs to our customers. Additionally, although we believe that continued compliance with existing requirements will not materially adversely affect us, there is no assurance that the current levels of regulation will continue in the future. Moreover, the global trend in environmental regulation is towards increasingly broad and stringent requirements for activities that may affect the environment. Any changes in environmental laws and regulations or reinterpretation of enforcement policies that result in more stringent and costly requirements could have a material adverse effect on our operations and financial position. Although we monitor environmental requirements closely and budget for the expected costs, actual future expenditures may be different from the amounts we currently anticipate spending. (cont.) | various requirements, including with respect to training, policies and procedures and maintenance. In addition, the OSHA hazard communication standards in the Emergency Planning and Community Right-to-Know Act and comparable state statutes require that information be maintained concerning hazardous materials used or produced in our operations and that this information be provided to employees, state and local governmental authorities and citizens. Our deep-water marine terminals must also adhere to Homeland Security/U.S. Coast Guard regulations regarding physical security and emergency response plans.<br><br>Our operations are subject to limited direct regulation with respect to emissions of GHGs. For example, at this time, the U.S. Environmental Protection Agency requires certain large facilities to obtain operating permits for their GHG emissions. (cont.) | RR-BI-530a.2 |

A0572

48

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | Moreover, certain environmental laws impose strict joint and several liability for costs to clean up and restore sites where pollutants have been disposed or otherwise spilled or released. We cannot assure that we will not incur significant costs and liabilities for remediation or damage to property, natural resources or persons as a result of spills or releases from our operations or those of a third party. Although we believe that our competitors face similar environmental requirements, market factors may prevent us from passing on any increased costs to our customers. Additionally, although we believe that continued compliance with existing requirements will not materially adversely affect us, there is no assurance that the current levels of regulation will continue in the future. | Several jurisdictions to which we ship our product have imposed regulations on the characterization of biomass as a carbon-neutral fuel, and any change that imposes more stringent regulations on the characterization of biomass as carbon-neutral could negatively impact demand for our products or require us to incur additional costs to achieve such characterization of our products. Finally, scientists have concluded that increasing concentrations of GHGs in the earth's atmosphere may produce climate changes that have significant physical effects, such as sea-level rise, increased frequency and severity of storms, floods, and other climatic events, including forest fires. If any such effects were to occur, they could have an adverse effect on our operations. | RR-BI-530a.2 |

A0573

49

# SASB Index

## Biofuels Continued

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Operational Safety, Emergency Preparedness & Response | Process Safety Incidents Count (PSIC), Process Safety Total Incident Rate (PSTIR), and Process Safety Incident Severity Rate (PSISR) (Number, %) | These metrics are not relevant to solid biomass production as this is not a process covered under the American Chemistry Council Responsible Care program nor the Center for Chemical Process Safety. | | RR-BI-540a.1 |

A0574

# SASB Index

## Pulp & Paper Products

### Activity Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Pulp production | Total annual pulp production in air-dried metric tons (t) | Enviva does not have pulp and paper production | | RR-PP-000.A |
| Paper production | Total annual paper production in air-dried metric tons (t) | | | RR-PP-000.B |
| Total wood fiber sourced | Total wood fibers exclude those used for energy purpose, in metric tons (t) | 5,501,070 | 6,868,905 | RR-PP-000.C |
| *This metric is provied in green metric tons | | | | |

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Greenhouse Gas Emissions | Gross global Scope 1 emissions in metric tons (t) | 31,032 | 45,208 | RR-PP-110a.1 |
| | Discussion of long-term and short-term strategy or plan to manage Scope 1 emissions, emissions reduction targets, and an analysis of performance against those targets | Scope 1 emissions in our operations are expected to increase with operational expansion and growing interest to curtail air emissions with installation of air control technologies, which rely on fossil fuel combustion. However, we seek to reduce Scope 1 emissions as much as we can within our operations, now and in the future | Enviva has committed to reduce our Scope 1 emissions and offset any residual emissions such that we are net zero carbon emissions in our operations by 2030 | RR-PP-110a.2 |

A0575

51

# SASB Index

## Pulp & Paper Products Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Air Quality | Air emissions of the following pollutants: (1) NOx (excluding N2O), (2) SO2, (3) volatile organic compounds(VOCs), (4) particulate matter (PM), and (5) hazardous air pollutants (HAPs) | Refer to Biofuel Standard, RR-BI-120a.1 above | | RR-PP-120a.1 |
| Energy Management | Annual total energy consumed in GJ | 6,410,800 | 10,025,339 | RR-PP-130a.1 (1) |
| | % of Electricity | 30% | 25% | RR-PP-130a.1 (2) |
| | % of biomass | 63% | 68% | RR-PP-130a.1 (3) |
| | % from other renewable electricity | 0% | 0% | RR-PP-130a.1 (4) |
| | Total self generated energy in GJ | 4,483,090 | 7,482,787 | RR-PP-130a.1 (5) |

This value includes inputs for both biomass and fossil fuel onsite combustion in our operations.

52

A0576

# SASB Index

## Pulp & Paper Products Continued

**Accounting Metrics**

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of the due diligence practices for fiber that is not from certified forestlands or certified to other fiber sourcing standards and the policies to verify the forestry management and harvesting practices of suppliers. | Use of biomass in our operation is the source of air emissions, which are subject to regulatory risks. Biomass sourcing also has associated supply risks. That said, our supply chain has significant reliability for supplying sustainably sourced biomass feedstock. This ensures that biomass we use in our operations qualifies as low-carbon and has security of supply. We've also installed air control technologies at our facilities to ensure our production complies with all Federal and state environmental requirements. The processing of biomass into wood pellets in our operation is the source of air emissions, which are subject to regulatory risks. Biomass sourcing also has associated supply risks. That said, our supply chain has significant reliability for supplying sustainably sourced biomass feedstock. This ensures that biomass we use in our operations qualifies as low-carbon, presents no risks to forest health, and has security of supply. We've also installed air control technologies at our facilities to ensure our production complies or exceed with all Federal and state environmental requirements. | | |
| Water Management | Total water withdrawen (1,000 m3) | Refer to Biofuel Standard, RR-BI-140a.1 above | | RR-PP-140a.1 |
| | Total water consumed (1,000 m3) | | | |
| | Percentage of each above in regions with High or Extremely High Baseling Water Stress (%) | | | |
| | Description of water management risks and discussion of strategies and practices to mitigate those risks | | | RR-PP-140a.2 |

A0577

53

# SASB Index

## Pulp & Paper Products Continued

**Accounting Metrics**

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Supply Chain Management | Enviva is certified to FSC® Chain of Custody (CoC) and Controlled Wood (CW) Standards and 100% of Enviva's feedstock meets both the FSC CoC and CW Standard requirements.[1] Enviva also maintains Programme for the Endorsement of Forest Certification (PEFC) and Sustainable Forestry Initiative® (SFI®) Chain of Custody certification, so 100% of Enviva's feedstocks also meet these two CoC Standards. In addition, Enviva maintains an SFI Fiber Sourcing Standard certification and 100% of its feedstock meets this standard requirement as well. Enviva also maintains mill level certifications to the relevant Sustainable Biomass Program (SBP) Standards, which are 1, 2, 4 and 5. In 2019, 99% of Enviva's feedstock was considered to be SBP Compliant and the remaining 1% was SBP Controlled. | | | |
| | % of fiber certified to FM standards | 16.60% | 20.60% | RR-PP-430a.1 |
| | % of fiber from ATFS | 8.30% | 9.20% | RR-PP-430a.1 |
| | % of fiber from SFI | 7.40% | 10.40% | RR-PP-430a.1 |
| | % of fiber from PEFC+FSC (these two systems are combined for reporting but are not linked to each other) | 0.90% | 1.00% | RR-PP-430a.1 |

1. Enviva's FSC License Code is FSC-C110565

A0578

# SASB Index

## Pulp & Paper Products Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of the due diligence practices for fiber that is not from certified forestlands or certified to other fiber sourcing standards and the policies to verify the forestry management and harvesting practices of suppliers. | Enviva is fully certified to the FSC, PEFC and SFI Chain of Custody standards as well as to SBP standards 1, 2, 4, and 5. These standards require certificate holders to conduct due diligence to ensure that non-certified wood is not sourced from controlled sources (FSC), controversial sources (PEFC and SFI) or areas that contain high biodiversity or are ecologically sensitive (SBP). Envivas practices include contractual requirements for its suppliers to abide by these requirements. | | |
| | Disclosure of the verification process of non-certified fiber | Enviva conducts supply base evaluations on its catchment area in accordance with the requirement of each chain of custody standard. Enviva's proprietary Track & Trace wood suppliers to provide GPS coordinates for all tracts they intend to use as supply tracts for Enviva. Enviva compares those coordinates to its supply base evaluations and the FSC US Controlled Wood National Risk Assessment to ensure the tract is appropriate for supply. Enviva also maintains an SFI Fiber sourcing certificate that requires the certificate holder to conduct field sampling for water quality BMPs. Enviva also uses these field inspections to sample the accuracy of supplier provided tract information. | | |
| | Discussion of the sources of wood fiber, and the potential risks associated with procuring fiber from these sources. | In 2019, 16.6% of Enviva's wood supply came from certified forests either directly from the forest or as certified sawmill residuals. The balance is from small private landowners who do not hold forest management certification or from or non-certified sawmills. (cont.) | In 2020, 20.6% of Enviva's wood supply came from certified forests either directly from the forest or as certified sawmill residuals. The balance is from small private landowners who do not hold forest management certification or from or non-certified sawmills. (cont.) | |

A0579

55

# SASB Index

## Pulp & Paper Products Continued

**Accounting Metrics**

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Discussion of the sources of wood fiber, and the potential risks associated with procuring fiber from these sources. | Enviva identifies at-risk tracts using its Track & Trace® program and supply base evaluations to assess every supply tract. If a tract is at-risk Enviva declines to purchase wood from the tract. Enviva uses a District of Origin process to identify and map non-certified sawmill sourcing areas. Enviva provides information to sawmills about HCVs in the sawmill sourcing area and requires the sawmill to sign a contract with the expectation to avoid controlled wood and controversial sources. | Enviva identifies at-risk tracts using its Track & Trace® program and supply base evaluations to assess every supply tract. If a tract is at-risk, Enviva declines to purchase wood from the tract. If the tract is HCV BLHW, Enviva will work with the landowner through our partnership with Finite Carbon to allow the landowner to access the carbon market rather than harvest. Enviva uses a District of Origin process to identify and map non-certified sawmill sourcing areas. Enviva provides information to sawmills about HCVs in the sawmill sourcing area and requires the sawmill to sign a contract with the expectation to avoid controlled wood and controversial sources. | |
| Amount of recycled and recovered fiber procured | | Enviva does not procure recycled or recovered fiber | | RR-PP-430a.2 |

A0580

# SASB Index

## Forestry Management

### Activity Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Area of forestland owned, leased, ad/or managed by entity | Total acres of forestland under each category (ac) | | | RR-FM-000.A |
| Aggregate standing timber inventory | Total standing timber inventory in cubic meters (m3) | Enviva does not own, lease, and/or manage any forestland | | RR-FM-000.B |
| Timber harvest volume | Total timber harvested in cubic meters (m3) | | | RR-FM-000.C |

### Accounting Metrics

| Topic | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Ecosystem Services & Impacts | Area of forestland certified to a third-party forest management standard, percentage certified to each standard (acres, and %) | | | RR-FM-160a.1 |
| | Area of forestland with protected conservation status in acres | Enviva does not own, lease, and/or manage any forestland | | RR-FM-160a.2 |
| | Area of forestland in endangered species habitat in acres | | | RR-FM-160a.3 |
| | Description of approach to optimizing opportunities from ecosystem services provided by forestlands | | | RR-FM-160a.4 |

A0581

57

# SASB Index

## Forestry Management Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Rights of Indigenous Peoples | Area of forestlands in indigenous land in acres (ac) | Enviva does not own, lease, and/or manage any forestland | | RR-FM-210a.1 |
| | Description of engagement processes and due diligence practices with respect to human rights, indigenous rights, and the local community | Enviva has a strong commitment to ethical business practices and is committed to treating people with dignity, respect, and equal opportunity. We expect the same commitment from our suppliers. All suppliers are required to comply with our expectations regarding human rights and labor, Health & Safety, and business conduct and ethics. Enviva holds our suppliers accountable to the International Labour Organization Declaration on Fundamental Principles and Rights at Work and the United Nations Declaration on the Rights of Indigenous Peoples. Enviva also respects the rights of Indigenous Peoples and communities to the ownership and control of their titled or customary lands, including their right to give or withhold their free, prior and informed consent (FPIC) to proposed developments on their lands. | | RR-FM-210a.2 |

A0582

# SASB Index

## Forestry Management Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Climate Change Adaptation | Description of strategy to manage opportunities for and risks to forest management and timber production presented by climate change | While Enviva does not own forestland, we do have programs that are adaptive to climate change in our sourcing region. Climate change impacts our sourcing area and can pose challenges and opportunities during inclement weather events. Increased wet weather events, exacerbated by climate change, cause sourcing disruptions and can make it difficult to source from low-lying forest tracts. To mitigate these risks, we have developed a stumpage program that allows us to strategically source from tracts with greater certainty during periods of volatile market conditions. This has mitigated risk of market volatility and provides us greater control over harvest outcomes. Furthermore, one opportunity during some climatic events is the significant availability of salvage wood, which may have few other markets. We work diligently to source as much salvage material as we can during hurricane and other severe weather events to ensure this material does not go to waste and that landowners have a market for this material. | | RR-FM-450a.1 |

A0583

# SASB Index

## Industrial Machinery & Goods

### Activity Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Number of units produced by product category | Total production in metric tons (t) | Refer to Biofuel Standard, RR-BI-000.B above | | RT-IG-000.A |
| Number of employees | Total number of employees | 1,039 | 1,200 | RT-IG-000.B |

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Energy Management | (1) Total energy consumed, (2) percentage grid electricity, (3) percentage renewable | Refer to Pulp & Paper Products Standard, RR-PP-130a.1 above | | RT-IG-130a.1 |
| | Annual total recordable incident rate (TRIR) | 1.1 | 0.32 | RT-IG-320a.1 |

*Due to the personnel hours included in this metric, the TRIR is not comparable between 2019 and 2020. The worked hours included in 2020 are the hours worked in our port and plant operations and regional support for operations. Coporate worked hours and international hours are excluded from this metric.

| | Annual fatality rate | 0.1 | 0 | |

A0584

# SASB Index

## Industrial Machinery & Goods Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| | Annual near miss frequency rate (NMFR) | Enviva strongly encourages its employees to report all incidents and near misses. Enviva's OEMS 7.1 Incident Investigation Standard defines a "near miss" as an event that could have resulted in an incident (actual impact) if not for luck or the mitigation of impact due to existing risk management measures. Near Misses that have the potential to result in high severity incidents are entered into Enviva's formal incident investigation management system to track root cause analysis and corrective actions to completion. Enviva goes to great lengths to avoid discouraging the reporting of near misses, which often occurs when near miss rates are tracked and compared between facilities. While this practice can lead to many "near misses" with low potential severity being reported, and therefore result in data that is not useful for identifying trends, Enviva values having an open and transparent culture where employees feel free to report things they view as hazards to their leaders, over any insights that may be gained through analyzing near miss data. Because of the reasons stated above, Enviva will not disclose this information at this time. | | |

A0585

# SASB Index

## Industrial Machinery & Goods Continued

### Accounting Metrics

| Activity Metric | Measurement | 2019 Inputs | 2020 Inputs | SASB Code |
|---|---|---|---|---|
| Fuel Economy & Emissions in Use-phase | Sales-weighted fleet fuel efficiency for medium- and heavy-duty vehicles | | | RT-IG-410a.1 |
| | Sales-weighted fuel efficiency for non-road equipment | | | RT-IG-410a.2 |
| | Sales-weighted fuel efficiency for stationary generators | Enviva does not own, lease, and/or manage any fleet or generator. We do own some non-road equipment in our facilities, but this machinery is not a significant part of our operations. Therefore we felt it was not important to disclose this information | | RT-IG-410a.3 |
| | Sales-weighted emissions of: (1) nitrogen oxides (NOx) and (2) particulate matter (PM) for: (a) marine diesel engines, (b) locomotive diesel engines, (c) on-road medium- and heavy-duty engines, and (d) other nonroad diesel engines | | | RT-IG-410a.4 |
| Materials Sourcing | Description of the management of risks associated with the use of critical materials | Enviva's critical materials are fiber, the management and certification of these materials are detailed in 32 – 44 in Pulp & Paper Products Standard | | RT-IG-440a.1 |
| Remanufacturing Design & Services | Revenue from remanufactured products and remanufacturing services | Enviva does not remanufacture products and/or services | | RT-IG-440b.1 |

A0586

# Appendices

## Climate

**Wood Pellets as a Climate Solution**
1. Fundamental science on carbon and forestry benefits of wood bioenergy: https://academic.oup.com/jof/article/112/6/591/4599652
2. Attestation by leading scientists and academics: https://img1.wsimg.com/blobby/go/9afce926-cdfb-428d-9af3-8ec23009b16a/downloads/Carbon%20Accounting%20Science%20Fundamentals%20(Octobe.pdf?ver=1611786679417
3. Key research 2019: https://iopscience.iop.org/article/10.1088/1748-9326/aaf937/meta
4. Key research 2020: https://www.science.org/doi/pdf/10.1126/sciadv.aay6792
5. Carbon savings with transatlantic trade in pellets: https://iopscience.iop.org/article/10.1088/1748-9326/10/11/114019/meta
6. Forests: Carbon sequestration, biomass energy, or both?: https://www.science.org/doi/10.1126/sciadv.aay6792
7. IPCC Guidance on the role of sustainable bioenergy as a climate mitigation tool: https://www.ipcc.ch/2019/08/08/land-is-a-critical-resource_srccl/
8. RED II proposal: https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A52016PC0767R%2801%29

**Enviva's 2030 Net-Zero Goal**
1. Link to the details of our commitment on the Enviva website: https://www.envivabiomass.com/sustainability/our-2030-net-zero-goal/
2. Press release on Enviva joining Sea Cargo Charter: https://www.envivabiomass.com/enviva-joins-the-sea-cargo-charter-for-responsible-shipping/#:~:text=BETHESDA%2C%20MD%2C%20April%20 26%2C,assessing%20and%20disclosing%20the%20climate
3. Press release on Enviva and MOL exploring GHG emissions reduction technologies for the Biomass supply chain: https://www.envivabiomass.com/enviva-and-mol-explore-ghg-emissions-reduction-technologies-for-biomass-supply-chain/
4. Press release on Enviva and Finite Carbon's partnership to empower small forest owners to protect U.S. SE forests: https://www.envivabiomass.com/enviva-and-finite-carbon-partner-to-empower-small-forest-owners-to-protect-u-s-southeast-forests/

## Forest

**Enviva's 2021 RSP Goals/Implementation Plan and Progress**
1. Enviva's Responsible Sourcing Policy: https://www.envivabiomass.com/sustainability/responsible-sourcing/responsible-sourcing-policy/
2. Enviva's 2021 Implementation Plan: https://www.envivabiomass.com/wp-content/uploads/2021-Implementation-Plans.pdf
3. Enviva's 2021 Mid-Year Progress Report: https://www.envivabiomass.com/wp-content/uploads/2021-Mid-Year-Report.pdf
4. Enviva's 2020 Impact Report: https://www.envivabiomass.com/wp-content/uploads/2020-Impact-Report.pdf

**Protecting and Restoring Longleaf**
1. To learn more about Enviva's support of longleaf restoration visit: https://www.envivabiomass.com/sustainability/forests/conservation/longleaf-restoration/
2. 2020 Longleaf Restoration Progress Annual Report: https://longleafalliance.org/wp-content/uploads/2021/04/2020-Report-Enviva-Longleaf-Alliance.pdf

**Conservation**
1. To learn more about the Enviva Forest Conservation Fund, visit: https://envivaforestfund.org/
2. To learn more about Enviva's HCV Policies, visit: https://www.envivabiomass.com/sustainability/responsible-sourcing/responsible-sourcing-policy/hcv-policies/
3. To view the Longleaf Pine Maintenance Condition classes, visit: https://americaslongleaf.org/media/mjroaokz/final-lpc-maintenance-condition-class-metrics-oct-2014-high-res.pdf

**Track & Trace**
1. To learn more about Enviva's Track and Trace Standard, visit: https://www.envivabiomass.com/sustainability/responsible-sourcing/track-trace/

A0587

# Independent Limited Assurance Statement



**INDEPENDENT LIMITED ASSURANCE STATEMENT**

**To:  The Stakeholders of Enviva Holdings, LP**

**Introduction and objectives of work**

Bureau Veritas UK Limited ('Bureau Veritas') has been engaged by Enviva Holdings, LP ('Enviva') to provide limited assurance of selected sustainability data for inclusion in its "2021 Corporate Sustainability Report" ('the Report'). This Assurance Statement applies to the related information included within the scope of work described below.

**Scope of verification**

The scope of our work was limited to assurance over the accuracy of the sustainability data listed below and included in the Report. Our verification includes the following indicators and disclosures covering nine operating plants and three owned ports in the United States under Enviva's control for the reporting period January 1, 2020 to December 31, 2020 ('Selected Information'):

- Scope 1 and Scope 2 $CO_2e$ emissions
- Selected Scope 3 CO2e emissions coming under –
  - o  Category 3: Fuel- and Energy-Related Activities Not Included in Scope 1 or Scope 2
  - o  Category 4: Upstream Transportation and Distribution
  - o  Category 9: Downstream Transportation and Distribution
- Quantitative and qualitative disclosures reported in Enviva's SASB Index on page 41-69 of the Report.

**Reporting Criteria**

The Selected Information has been prepared by Enviva taking into consideration the following guidelines:

- Sustainability Accounting Standards Board (SASB) standards for Biofuel, Pulp & Paper, and Industrial Machinery & Goods, in so far as they are applicable to Enviva; and
- The Greenhouse Gas (GHG) Protocol Corporate Accounting Standard (revised edition)

**Limitations and Exclusions**

Excluded from the scope of our work is any verification of information relating to:

- percentage of total fibre procured to sourcing standards or requirements that do not come under forestry management standards;
- corporate offices in United States, United Kingdom, Japan, and Germany, the Ports of Mobile, AL, Pascagoula, MS, and Savana, GA and operating plant construction site, Lucedale, MS.
- the appropriateness of the reporting criteria;
- any activities outside the defined reporting period as set out in the Scope of verification; and
- any other information included in the Report other than the Scope of verification defined above.

Data relating to the following are excluded from the Report:

- Operating plants Waycross outside the period 31 July 2020 to 31 December 2020 and Greenwood outside the period 1 July 2020 to 31 December 2020

This limited assurance engagement relies on a risk based selected sample of sustainability data and the associated limitations that this entails. The reliability of the reported data is dependent on the accuracy of metering and other production measurement arrangements employed at site level, not addressed as part of this assurance. This independent statement should not be relied upon to detect all errors, omissions or misstatements that may exist.

**Responsibilities**

The preparation and presentation of the Selected Information in the Report is the sole responsibility of the management of Enviva.

Bureau Veritas was not involved in the drafting of the Report. Our responsibilities were to:

- obtain limited assurance about whether the Selected Information has been appropriately and accurately prepared;
- form an independent conclusion based on the assurance procedures performed and evidence obtained; and
- report our conclusions to the Directors of Enviva.

**Assessment Standard**

We performed our work to a limited level of assurance in accordance with the International Standard on Assurance Engagements (ISAE) 3000 Revised, Assurance Engagements Other than Audits or Reviews of Historical Financial Information (effective for assurance reports dated on or after December 15, 2015), and in accordance with the main requirements of ISO 14064:2006 Part 3 - Specification with Guidance for the Validation and Verification of Greenhouse Gas Assertions.

**Summary of work performed**

As part of the independent verification, Bureau Veritas undertook the following activities remotely:

- interviews with relevant corporate and site personnel of Enviva responsible for reporting on GHG emissions, air emissions, energy, fibre procurement and supply chain due diligence, fibre consumption, health and safety, and employee time ('hours worked');
- two virtual site audits in Cottondale and Hamlet operating plant sites;
- reviewing the data collection and consolidation processes used to compile Selected Information, including assessing assumptions made, and the data scope and reporting boundaries;
- reviewing sampled documentary evidence provided by Enviva;
- agreeing a selection of the Selected Information to the corresponding source documentation;
- reviewing Enviva's systems for quantitative data aggregation and analysis, including where applicable the underlying activity data, conversions, and emission factors applied; and
- assessing the disclosure and presentation of the Selected Information to ensure consistency with assured information.

The scope of a limited assurance engagement is substantially less than for reasonable assurance both in terms of the risk assessment procedures and in performing the procedures to address the identified risks.

**Conclusion**

On the basis of our methodology and the activities described above, nothing has come to our attention to indicate that the Selected Information is not fairly stated in all material respects.

Such opinion is based on work undertaken and the limitations and exclusions defined in this statement.

**Statement of Independence, Integrity and Competence**

Bureau Veritas is an independent professional services company that specialises in quality, environmental, health, safety and social accountability with over 190 years history. Its assurance team has extensive experience in conducting verification over environmental, social, ethical and health and safety information, systems and processes.

Bureau Veritas operates a certified[1] Quality Management System which complies with the requirements of ISO 9001:2015, and accordingly maintains a comprehensive system of quality control including documented policies and procedures regarding compliance with ethical requirements, professional standards and applicable legal and regulatory requirements.

Bureau Veritas has implemented and applies a Code of Ethics, which meets the requirements of the International Federation of Inspections Agencies (IFIA)[2] across the business to ensure that its employees maintain integrity, objectivity, professional competence and due care, confidentiality, professional behaviour and high ethical standards in their day-to-day business activities.

[1] Certificate of Registration available on request

[2] International Federation of Inspection Agencies – Compliance Code – Third Edition

64

A0588