# EXHIBIT 10

A0602

Case 8:22-cv-02844-DKC    Document 62-13    Filed 06/02/23    Page 2 of 5

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/wood-pellets-draw-fire-as-alternative-to-coal-11565175605

BUSINESS

# Wood Pellets Draw Fire as Alternative to Coal

A lawsuit says European policy on using pellets will increase greenhouse-gas emissions; 'burning gas would release far less carbon dioxide,' expert says

*By Charlie McGee*

Updated Aug. 7, 2019 7:46 am ET



Global imports of wood pellets have jumped in recent years as governments push to reduce reliance on fossil fuels.
PHOTO: MATT EICH FOR THE WALL STREET JOURNAL

The wood-pellet business is thriving based on the argument that trees are a clean-energy alternative to coal, but the science behind it is facing challenges from researchers who say cutting and burning trees takes a heavy environmental toll.

Global imports of wood pellets have jumped in recent years as governments push to reduce reliance on fossil fuels to generate electricity. The growth has been focused in Europe, where many utilities receive incentives for using power sources the European Union deems carbon neutral. Those sources currently include solar, wind and wood.

U.S. companies such as Enviva Partners LP have capitalized on the demand. The Maryland-based firm, which manufactures millions of tons of pellets from southeastern U.S. forests for overseas customers, earlier this year surpassed $1 billion in market value.

A0603

Case 8:22-cv-02844-DKC    Document 62-13    Filed 06/02/23    Page 3 of 5

A lawsuit filed with Europe's General Court in March charged that the EU policy will increase greenhouse-gas emissions and damage forests, one of the world's largest natural absorbers of carbon. The lawsuit was filed by a group of scholars, advocacy organizations and European and U.S. landowners who want the EU to make the burning of forest wood ineligible for member states' renewable-energy targets and subsidies.

The defendants, the European Parliament and the European Council, say the plaintiffs don't have standing in the suit because they aren't directly impacted. The plaintiffs have to file a response by Aug. 21.

The EU consumed an estimated 27.4 million metric tons of wood pellets last year, 25% more than in 2016 and around three quarters of global demand, according to the U.S. Department of Agriculture's Foreign Agricultural Service. Global imports of wood pellets, which exclude domestic production, have nearly doubled since 2013, according to FutureMetrics LLC, consulting firm.

The argument against burning forest wood has the backing of some high-profile scientists.

"The irony is, burning gas would release far less carbon-dioxide than burning wood," said Bill Moomaw, co-author of five reports for the United Nations Intergovernmental Panel on Climate Change, one of which helped earn the IPCC a Nobel Peace Prize in 2007.



Enviva is the world's largest pellet supplier, accounting for about 13% of global capacity. PHOTO: CHARLIE MCGEE/THE WALL STREET JOURNAL

"People get trapped in the argument, 'We've got to stop burning fossil fuels,' and they forget the argument is that we've got to reduce carbon emissions," said Mr. Moomaw, who isn't involved in the EU suit.

A0604

At the heart of the debate is how the environmental impact of burning wood pellets is measured. Under its current standards for renewable energy, the EU only measures emissions from producing wood pellets and transferring them to European plants.

The actual burning of the wood is assumed by the EU to be zero-emission. Virginia Dale, corporate fellow emeritus at U.S. Department of Energy-managed Oak Ridge National Laboratory, said her research has found that the growth of new forests absorbs and offsets the carbon emitted during burning when land is sustainably managed.

Wood-pellet producers "want to make money, but they have to preserve land to keep making money," she said, adding that the data she has seen show producers have done so.

Others have taken issue with that reasoning. A study last year by Massachusetts Institute of Technology professor John Sterman and colleagues said burning wood for power releases more carbon dioxide into the atmosphere per unit of electricity than coal. The "payback time" for forests to offset that carbon, the study said, ranges from 44 to 104 years, depending on the type of forest, whether it's harvested sustainably or by clear-cutting, and if it's able to fully regrow.

According to the study, wood is less energy efficient than coal, meaning more of it must be burned to produce an equal amount of power. While the regrowth of forests can eventually repay the "carbon debt" of burning wood pellets, the time leading up to that regrowth will see worsened climate change, "including potentially irreversible impacts that may arise before the long-run benefits are realized," according to the study.

Enviva takes the lowest-grade products of a particular harvest, such as tops, limbs and trees that aren't suitable for lumber or furniture, said Jennifer Jenkins, Enviva's chief sustainability officer. She said wood-pellet production is a sliver of the forest-products industry, accounting for less than 3% of all wood harvested in the southeast U.S.

She said only 2% of forests in the southeast U.S. are harvested each year while the remainder are in various stages of regrowth, and said the notion of payback time is often based on misconceptions. She said aging and overstocked forests are less resilient than actively managed ones, and that forest carbon storage and carbon release are happening simultaneously.

Mr. Sterman said regrowing forests face a greater threat of wildfire and disease as the climate warms, and said burning wood runs counter to the need to cut emissions immediately.

A0605

Case 8:22-cv-02844-DKC    Document 62-13    Filed 06/02/23    Page 5 of 5

Enviva is the world's largest pellet supplier, accounting for about 13% of global capacity. The company said sales of pellets increased 28% in the first quarter, to $156.6 million, and it has long-term contracts starting early in the coming decade to supply Japanese companies, including Mitsubishi Corp.

One of Enviva's top customers is U.K.-based utility Drax Group PLC, which has benefited from government incentives for converting much of its coal-fire operation to wood burning. The company said it received nearly £800 million ($973 million) in 2018 from subsidies for wood-pellet usage.

A Drax spokesman declined to comment on the EU lawsuit. He said wood pellets have been a central part of the company's transition from coal, and that Drax's increased subsidy revenue is a result of increasing its wood pellet power production in a way the government deems sustainable.

A0606