# EXHIBIT 11

A0607

**This is an archived page.**    Report a problem

# The New York Times

The Opinion Pages

Dot Earth
New York Times blog

FORESTS

# Flawed Carbon Accounting Drives Boom in Burning U.S. Forests in E.U. Power Plants

**By Andrew C. Revkin**    October 22, 2015 9:13 am

Updated (see postscript) | Forestry, done in the right place the right way and for the right reasons, can be an important source of materials, jobs and wildlife habitat.

But are forests an appropriate fuel source for power plants? *

After five months of reporting, John Upton and others at Climate Central have put together a compelling and infuriating package on the growing flow of wood pellets from the Southeast, many from hardwood forests, to European power plants, where the result is touted as carbon-neutral energy and helps country's meet emissions targets — at least on paper.

But the atmosphere isn't noticing, according to the analysis. This passage in part three of Climate Central's "Pulp Fiction" series describes the core issue with the European approach:

Through a loophole in its clean energy regulations, all wood energy is treated as if it releases no carbon dioxide. That accounting trick is allowing European national governments and their energy sectors to pump tens of millions of tons of greenhouse gases into the air every year — without

A0608

Case 8:22-cv-02844-DKC    Document 62-14    Filed 06/02/23    Page 3 of 8

accounting for it. That helps them keep that pollution off their books, but not out of the atmosphere.

Part one explains the loophole:

That loophole treats electricity generated by burning wood as a "carbon neutral" or "zero emissions" energy source — the same as solar panels or wind turbines. When power plants in major European countries burn wood, the only carbon dioxide pollution they report is from the burning of fossil fuels needed to manufacture and transport the woody fuel. European law assumes climate pollution released directly by burning fuel made from trees doesn't matter, because it will be re-absorbed by trees that grow to replace them.

The assumption is convenient, but wrong. Climate science has been rejecting it for more than 20 years. It ignores the decades it can take for a replacement forest to grow to be as big as one that was chopped down for energy— or the possibility that it won't regrow at all. The assumption also ignores the loss of a tree's ability to absorb carbon dioxide after it gets cut down, pelletized and vaporized.

And Upton notes that the Europe Union's own science advisers raised concerns but were ignored:

In 2011, the science committee of the EU's environment agency warned that the "bioenergy accounting error" had "immense" potential consequences for the planet's forests and climate. Attempts to introduce sustainability standards that could curtail the use of harmful wood energy across the EU have so far been blocked by Finland and Sweden. Those countries are poor in fossil fuel reserves but home to vast forests, which they harvest and burn for heating and electricity. About 100 wood pellet plantsoperate in those two countries alone.

A0609

Part two shows that, contrary to some industry claims, the brunt of the wood in pellets is from hardwood trees, not scrap and waste.

New analysis by the Natural Resources Defense Council bolsters the Climate Central findings and focuses on the dizzying growth in this wood trade:

Europe's forests are often highly regulated, so European power companies have had to look abroad to source wood fuel, turning to the largely unregulated forests of the American South for fresh supplies. Wood pellet exports from the United States doubled from 1.6 million tons in 2012 to 3.2 million tons in 2013. They increased again, by nearly 40 percent, from 2013 to 2014 and are expected to reach 5.7 million tons in 2015. Wood pellet manufacturing in the region is expected to continue skyrocketing, with production estimates as high as 70 million metric tons by 2020.

On Tuesday, I reached out to the press person at Enviva, the world's largest wood pellet manufacturer the United States.

*Insert*, 9:50 a.m. | Kent Jenkins, a spokesman for Eviva, sent these statistics putting its operations in broader context:

Enviva shares the N.R.D.C.'s commitment to protecting Southern bottomland forests and we employ strong sustainable practices that do so.

Wood pellet production accounts for less than 4 percent of the wood harvested in Southern forests every year. The amount of wood used in paper production declined by 25 percent from 1995 to 2010, dropping 400 million tons annually to 300 million tons. By contrast, the U.S. wood pellet industry will use an estimated 22 million tons of wood in 2017.

The vast majority of wood used by Enviva's production plants in southeastern Virginia and northeastern North Carolina comes from upland forests and mixed stands. Regardless of the source, we use only leftover and low-grade wood that undergoes a rigorous sustainability assessment, certified by independent third parties.

A0610

Case 8:22-cv-02844-DKC    Document 62-14    Filed 06/02/23    Page 5 of 8

We build our facilities in locations where competition from other wood users, including other pellet producers, does not cause undue pressure on forest growth and biodiversity. Enviva's facilities are certified by the leading sustainable forestry organizations, including the Forest Stewardship Council™, (FSC®) Sustainable Forestry Initiative® (SFI)® , and the Programme for the Endorsement of Forest Certifications (PEFC).

Since 2011, when Enviva opened the first of its three pellet production plants in southeastern Virginia and northeastern North Carolina, the region's 6.2 million acres of working forests have grown by 24,000 acres (Source: Forest2Market analysis of U.S. Forest Service data). This reinforces our view that we play an essential role in ensuring healthy, thriving forests.

There's more on the company's website.

As far back as 2011, experts were increasingly "Questioning Europe's Math on Biofuels."

In April, 2013, The Economist published a damning piece, "Wood: The fuel of the future," and subtitled "Environmental lunacy in Europe." Here's an excerpt:

Which source of renewable energy is most important to the European Union? Solar power, perhaps? (Europe has three-quarters of the world's total installed capacity of solar photovoltaic energy.) Or wind? (Germany trebled its wind-power capacity in the past decade.) The answer is neither. By far the largest so-called renewable fuel used in Europe is wood.

In its various forms, from sticks to pellets to sawdust, wood (or to use its fashionable name, biomass) accounts for about half of Europe's renewable-energy consumption. In some countries, such as Poland and Finland, wood meets more than 80% of renewable-energy demand. Even in Germany, home of the Energiewende (energy transformation) which has poured huge subsidies into wind and solar power, 38% of non-fossil fuel consumption comes from the stuff. After years in which European governments have boasted about their high-tech, low-carbon energy

Case 8:22-cv-02844-DKC      Document 62-14      Filed 06/02/23      Page 6 of 8

revolution, the main beneficiary seems to be the favoured fuel of pre-industrial societies.

The expansion of the pellets-to-carbon-credit scheme has the feel of an energy rush akin to what happened in Pennsylvania in the early days of the hydraulic fracturing boom and the destructive palm oil push that affected food prices. I'd like to see climate campaigners seek the same level of accountability and tough standards in this industry — and international carbon accounting — as they called for in gas drilling.

I reached out to John Upton with a few questions. Here they are with his replies.

Q.

What led you to this particular angle? The U.K. pulp power issue is something that hasn't even attracted The Guardian despite its climate push of late?

It was a devilish story to report out, because it took a long time to cut through confusing static that had built up around the science of biomass energy, and because the wood pellet supply chain traverses two continents. Combined with what many would consider to be the obscureness of biomass energy, that has all acted like a reporting barrier, preventing news outlets from digging in as deeply as would be needed in order to draw clear conclusions. That lack of reporting has led to a lot of confusion, even among experts, over what's really going on, which has led to confusion about what it all means for the climate.

I had been pushing since I started at Climate Central a year ago to dive into a deep reporting project, and to do so with the organization's Research and Multimedia divisions, which really hadn't been working with Editorial previously. My editor, Geoff Grant, asked if I would be take on this story. I jumped at the opportunity. The story was just sitting there, really, waiting for somebody to tackle it.

Q.

A0612

Case 8:22-cv-02844-DKC    Document 62-14    Filed 06/02/23    Page 7 of 8

In many areas, estimates of greenhouse impacts of different fuels are so murky that it's impossible to find a bedrock standard for comparisons. Are you confident the data here hold up?

A.

As I was interviewing as many scientists and other experts as I could find, I came to realize that the science around biomass's climate impacts is much less murky than it's made to seem. The murkiness is a symptom of the fuzzy concept that forests regrow to absorb carbon emissions when their wood is burned for energy: once you start modeling that, you can basically pick whichever assumptions you want about time and space considerations, and ensure that you land at the conclusion that you were looking for. But two things became clear to me: Burning the wood pellets immediately releases more $CO_2$ than coal (easy to figure out), and producing wood pellets for Europe's power plants is causing a lot of trees to be chopped down in the U.S. (surprisingly difficult to figure out), which immediately reduces carbon sequestration.

As the third story in our series will discuss, there are certainly times when wood energy can be beneficial — but those scenarios tend to play out at much more local scales, in which true waste wood is used for heat and power. I realized that the story here is that the E.U.'s "carbon neutral" designation of all biomass is flawed, so I honed in on that and its direct effects, rather than dragging readers around in the mud as scientists and talking heads debated a bunch of hypothetical situations.

Q.

Why do you think this persists given the clearcut data showing huge issues?

A.

It's clear that the European Commission and many politicians know that this is wrong, but there's been a lot of pressure from some nations — notably the heavily forested Nordic countries that are normally leaders on environmental issues — to leave the carbon accounting loophole in place, because it's making it so much easier for everybody to hit their climate

A0613

targets. I also think that the protracted E.U. debate over biofuels, which was only recently resolved, just wore the shit out of a lot of European leaders, reducing their appetite for a potential biomass debate.

*Postscript*, 5:45 p.m. | * This piece was filed in haste and showed it, with part of the introduction (removed at the asterisk above) oversimplifying the situation. I've retained that flawed section here for the record:

I can't find many scientists who say yes.

[*Insert*, 2:00 p.m.| Industry officials insist the scientific debate is not close to closed; a recent exchange of letters in Frontiers of Environment and Ecology demonstrates they're correct on this. ]

That hasn't stopped Europe from claiming to cut its carbon footprint, at least on paper, by cutting and burning trees — and increasingly doing so with wood pellets exported from the Southeastern United States.

---

© 2017 The New York Times Company

A0614