# EXHIBIT 32



DISPLACE COAL

GROW MORE TREES

FIGHT CLIMATE CHANGE

Sustainability Report 2020

A2651

# WHAT IS OUR PURPOSE?

Enviva exists to displace coal, grow more trees, and fight climate change

## At Enviva, we value...



**Keeping promises**



**Determination to make a difference**



**Acting with integrity**



**Openness, humility, respect**

## Displace coal:

Bioenergy is part of an all-in strategy to reduce carbon emissions and limit dependence on fossil fuels. Wood pellets enable power and heat generators to directly replace coal, providing customers around the world with a renewable fuel source that improves the environmental profile of energy generation.

## Grow more trees:

Key to keeping forests as forests is strong demand for forest products. We create an essential market for low-value wood that encourages good forest stewardship and creates incentives for forest landowners to replant and keep their land as forest.

## Fight climate change:

The world cannot afford to delay taking decisive climate action, and we need to apply practical solutions available *today* to this global challenge. According to the leading authority on climate change science, the United Nations' Intergovernmental Panel on Climate Change (IPCC), "a sustainable forest management strategy aimed at maintaining or increasing forest carbon stocks – while producing an annual sustained yield of timber, fiber, or energy from the forest – will generate the largest sustained mitigation benefit for climate change." Enviva plays a critical role in promoting sustainable forest management and forest growth while helping the world's energy producers substantially reduce their carbon emissions.

**Follow us on social media @Enviva**

  

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 4 of 54

# OUR 2020 SUSTAINABILITY REPORT

Enviva is the world's largest producer of sustainable wood pellets that provide global power and heat generation companies with a low-carbon alternative to fossil fuels. We export our wood pellets primarily to the United Kingdom, Europe, the Caribbean and Japan, enabling global utilities to reduce carbon emissions by more than 85% on a lifecycle basis. Our product helps countries and consumers around the world as they transition to a renewable, dispatchable, low-carbon fuel in an effort to mitigate climate change, one of the most challenging issues of our time.

As we grow and evolve, we continue to work closely with our local communities and scientific experts, private forest landowners, conservation organizations, and a broad range of stakeholders to ensure our operations and wood sourcing do not negatively impact the local environment and surrounding communities.

We view sustainability as part of our core value proposition, and we've organized this publication – our first Sustainability Report – around our values of Forests, Climate Change, and People to demonstrate how Enviva's corporate strategy and operations align with our approach to sustainability.

This Sustainability Report provides an overview of Enviva's 16-year sustainability journey from our humble beginnings as a start-up (2004) through today's corporate lens of being a publicly traded company with a global footprint (2020).

The data and company results presented in this Sustainability Report reflect our sustainability efforts and achievements for the 2019 calendar year (January 1, 2019 – December 31, 2019). We conduct our activities primarily through two entities: Enviva Partners, LP (referred to as EVA in this report) – which is a publicly traded master limited partnership (NYSE: EVA); and Enviva Holdings, LP (Enviva Holdings) – a private company. All references in this Sustainability Report to Enviva mean EVA and Enviva Holdings, collectively.

**We invite you to read and learn about our sustainability journey and look forward to engaging and partnering with you on our sustainability efforts.**

# Contents

## Summary
| | |
|---|---|
| Welcome | 3 |
| Letter from our Chairman and CEO | 4 |
| Our Sustainability Journey | 5 |
| Letter from our CSO | 6 |
| By the Numbers | 7 |

## Growing and Thriving Forests
| | |
|---|---|
| Overview of Forestry in the U.S. South | 9 |
| Forest Landscape and Forest Economics | 10 |
| Enviva's Role in Forestry | 11 |
| Responsible Sourcing Policy | 12 |
| Track & Trace® | 13 |
| Certification | 14 |
| Conservation and Restoration | 15 |
| Longleaf Partnership | 16 |
| The Evolution of Enviva's Forest Stewardship | 17 |

## Fighting Climate Change
| | |
|---|---|
| Climate Impact | 19 |
| Drax Case Study | 21 |
| Ørsted Climate Action | 22 |
| Other Environmental Impacts | 23 |

## Empowering our People
| | |
|---|---|
| Our Greatest Assets | 25 |
| Health & Safety | 26 |
| Talent | 28 |
| Diversity and Inclusion | 30 |
| Communities | 32 |
| Lucedale Case Study | 34 |
| Land Retention Case Study | 35 |

## Corporate Governance
| | |
|---|---|
| About Us | 37 |
| Governance | 38 |
| Materiality | 40 |

## Data and Indices
| | |
|---|---|
| Data | 42 |
| SASB Index | 43 |
| Summary Assurance Statement | 52 |

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering Our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 5 of 54

Welcome | Letter from our Chairman and CEO | Our Sustainability Journey | Letter from our CSO | By the Numbers

# Letter from our Chairman and CEO

### "We will continue to work to ensure that good biomass protects forest health and enables an energy transition that puts our planet on a path to a net-zero carbon future."



**Learning As We Grow**

It is a privilege to share with you Enviva's first-ever Sustainability Report.

In truth, I wish we had published a foundational report like this one earlier in our company's journey, in order to give our broad and varied stakeholder groups a more robust and transparent review of our efforts and aspirations. This document is a milestone not only because it begins to describe how far we have come, but also how far we have yet to go. It is a reflection of the journey that began when we founded Enviva 16 years ago and a confirmation of the opportunities ahead for us to fundamentally change the complex equation of energy and the environment.

How we do so – particularly as it relates to the way we care for People, Forests, and Climate Change – will ultimately be our legacy. The choices we make every day about how we grow and adapt will have lasting impacts for generations to come.

As a young company with ambitious goals building a new industry, we've made great strides. We've also faced some growing pains. We haven't always gotten things right. But a hallmark of who we are is our willingness to listen, learn, and change the range of outcomes for our business. We have succeeded because of our strong commitment to continuous improvement.

A good example of this is the way we have evaluated and evolved our wood sourcing.

We source our raw materials from a wide range of forest suppliers, and we purchase the lowest value wood byproducts from a traditional sawtimber harvest. Over time, we've learned that how we make specific tract-level decisions can have significant environmental impact – positive or negative – on certain ecosystems such as bottomland hardwoods. With help from the conservation community, we have evolved our systems and processes to favorably impact the broader landscape by working directly with landowners and suppliers to make individual sourcing decisions about each tract we consider.

Over the past decade, we have transformed our sourcing such that every tract we consider gets on the ground, direct attention. Today our processes ensure that harvesting is the right ecological outcome for each tract – or we simply won't be a part of it. We now engage directly with landowners and suppliers to help them understand why particular landscapes may be sensitive and to give them options other than harvest, like conservation easements and carbon offsets, that deliver value to their forest land. Along with this direct engagement, we are changing outcomes and improving the environmental sustainability of our product through emission reductions and increased transparency in our supply chain.

At Enviva, our first value is keeping promises, and I promise this: As we continue to grow, we will continue to welcome the input of all our stakeholders –

our local communities, environmental organizations, the forest products community, and beyond – and work to ensure that good biomass protects forest health and enables an energy transition that puts our planet on the path to a net-zero carbon future.

Sustainability is not a singular achievement but a philosophy of improvement that applies to all aspects of our business. I'm grateful for our associates, our communities, partners, and the conservation community that encourage us to continually raise the bar on sustainability.

We are privileged to have this opportunity – particularly as the worldwide events of 2020 have heightened the urgent need for companies to power positive change. One of my favorite proverbs states: "The best time to plant a tree was 20 years ago. The second best time is today." Against this backdrop, we will have the greatest impact if we can move quickly and decisively to effect better outcomes for People, Forests, and Climate Change.

The task ahead for all of us is large, but our track record reflects how big a difference we believe we can make. Thank you for joining us on this journey.

My very best,

**John Keppler**
Chairman and CEO, Enviva

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering Our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 6 of 54

Welcome | Letter from our Chairman and CEO | Our Sustainability Journey | Letter from our CSO | By the Numbers

# Our Sustainability Journey



Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering Our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 7 of 54

Welcome | Letter from our Chairman and CEO | Our Sustainability Journey | Letter from our CSO | By the Numbers

# Letter from our CSO

**"Our promise to you, our stakeholders, is that we will carry out our work to improve forests, mitigate climate change, and support people with a spirit of openness, humility, and respect."**



Our approach to sustainability is organized around the three things we care most passionately about: Forests, Climate Change, and People. These things are interlinked and interdependent – you can't think about providing energy today without also considering its impact on the atmosphere and the land, and you can't think about protecting the environment without considering how energy will be sourced and dispatched to countries, companies, and people in our growing, global economy. And it's becoming abundantly clear each day that you can't truly fight climate change without also practicing excellent forest stewardship.

## Forests

We seek to improve forest conditions on the ground while sourcing wood for our pellets. We do this, for example, by investing in restoration activities, where our purchases of low-value wood encourage landowners to restore their forests back to longleaf pine. We invest in forest certification partnerships where we assist landowners with writing forest management plans and enroll their land in forest management certification programs. And over time, we've established sourcing requirements and processes – such as our Best Management Practices (BMP) implementation procedures, our Responsible Sourcing Policy (RSP), our Track & Trace® technology, and our High Conservation Value (HCV) protection policies – that raise the bar for the forest products industry in the regions where we operate.

## Climate Change

The climate challenge is enormous, and given the scale of fossil fuel utilization today, there is simply no way we'll be able to replace all fossil fuels with wood biomass, but that is not our aspiration. We see biomass as a critical enabler of other renewable technologies – a source of reliable, dispatchable, baseload power that can be switched on and off to provide power during the days and times of the year when the wind isn't blowing and the sun isn't shining.

As an export-led industry, we contribute positively to the United States' balance of trade with the world, supporting the economy with growth in renewables as we wind down traditional energy industries like coal.

## People

At Enviva, we set high standards for ourselves – and we work passionately to meet and exceed them on behalf of our customers and communities around the globe. We would not be in business today without the support of our communities, which is why we work diligently to support and empower the people who live in the areas where we operate. By providing a low-carbon fuel for customers around the world, we're supporting the world community in the fight against climate change.

Over the years we've heard criticism from some of our stakeholders. We've listened and we're listening. In this report, we seek to explain and to demonstrate with data how we are addressing that feedback. For example, some were concerned about Enviva's early sourcing from bottomland hardwood stands – and we've established strict procedures that enable us to exert much stronger tract-by-tract control over our sourcing. Others were concerned about the greenhouse gas impacts of our industry – we explain here how we believe wood biomass fits into the forest products industry as well as the energy grid, and how good biomass provides a lower-carbon renewable alternative, consistent with guidance provided by international bodies such as the Intergovernmental Panel on Climate Change.

Our promise to you, our stakeholders, is that we will carry out our work to improve forests, mitigate climate change, and support people with a spirit of openness, humility, and respect. We are determined to make a difference, and we will continue to act with integrity.

Yours in forest stewardship,

**Dr. Jennifer Jenkins**
Vice President and Chief Sustainability Officer, Enviva

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 8 of 54

# By the Numbers

**If we do everything right by our communities, our forests, our customers, and society, we can generate long-term, dependable, environmental and financial value for our partners, investors, and communities for decades to come.**

## Financial

**2019 Full-Year End Net Revenue**

# $684.4M

**2019 Full Year Adjusted EBITDA**

# $141.3M

**2019 Full Year-End Aggregate Distribution Per Common Unit**

# $2.650

**Metric Tons of Wood Pellets Sold in 2019**

# 3.56M

**As of July 1, 2020, contracted backlog by Enviva – with term of over 13.6 years**

# $19.7B*

**Metric Tons of Wood Pellets Production Capacity in 2020**

# 4.9M

## Environmental

**Tons of coal displaced (since inception)**

# 16M
METRIC TONS



**Forest land certified by Enviva**

# 91,000
ACRES



**Forest land area conserved through the Enviva Forest Conservation Fund as of 2019 year-end**

# 22,000
ACRES



**Cumulative forest inventory increase in our sourcing regions (2011 – 2019)**

# 400M
METRIC TONS



**Cumulative tons of emissions avoided (since inception)**

# 31M
METRIC TONS CO$_2$E



**Which equate to:**

**3,519,688,984** GALLONS
of gasoline NOT consumed

**34,465,691,298** POUNDS
of coal NOT burned

**72,418,599** BARRELS
of oil NOT consumed

**5,295,801** HOMES
NOT using electricity for one year

## Our Dedicated Team and Strategically Located Facilities (as of the date of this report)

# ~1,100

people employed by Enviva

# 9

sustainable wood pellet processing plants spread across the U.S. Southeast

# 5

terminals leased or owned at strategic ports across the U.S. Southeast

# 5
corporate offices located in key markets around the world

*\* Pro forma for Waycross plant acquisition and includes all volumes under the firm and contingent off-take contracts held by EVA, Enviva Holdings, and Enviva Holdings' joint venture*

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 9 of 54



# GROWING AND THRIVING FORESTS

A2658

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 10 of 54

# Overview of Forestry in the U.S. South

**Working forests in the U.S. South are a thriving ecosystem, providing value for climate and people. The robust market for forest products drives forest growth and economic activity. To understand how our industry relates to the overall forest products market, we need to begin with the forest itself.**



### The Forest

The U.S. South forest is one of the most vigorous areas of forest regrowth in the world and provides approximately 1/5th of the timber that is used globally each year to make long-lived wood products such as telephone poles, houses, furniture, books and more.

Although Enviva does not own any forests, we play an important role in helping U.S. forests thrive and grow. Approximately 86% of forest land in the U.S. South is managed by thousands of private landowners, primarily to produce timber for a variety of wood products. The overwhelming majority of the revenue received by a landowner from a timber harvest is concentrated in high-value sawtimber.

Conservation and restoration are especially important in the U.S. South, because this region sits within The North American Coastal Plain global biodiversity hotspot, one of 36 regions in the world identified by conservation experts as having over 1,500 species of vascular plants found nowhere else and that have lost over 70% of their primary native vegetation.

**Where does Enviva source its wood?**



\* Georgia added 2020

Compared to the Western U.S., the U.S. South has a relatively small percentage of public lands (state and federal) and private protected forest lands, (i.e. lands managed for biodiversity conservation in perpetuity). The high percentage of private ownership in the U.S. South, combined with the region's high concentrations of threatened endemic species, make biodiversity conservation and habitat restoration particularly important on private lands.

Strong markets for forest products make forest land more valuable, and this is one important reason why landowners choose to keep their land in forest.

Summary | **Growing and Thriving Forests** | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 11 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# Forest Landscape and Forest Economics

## Forest Landscape

**Forests cover about**

# 57%

### OF THE TOTAL LAND AREA OF THE U.S. SOUTHEAST

**Overall increase in forest inventory in the U.S. South is more than**

# 100%

### SINCE THE 1950S

**While about**

# 2.5%

**of forest area in the U.S. Southeast is harvested each year, the remaining**

# 97.5%

**of the forest is in various stages of regrowth**

**Of the**

# 2.5%

**forest area harvested each year in the U.S. Southeast,**

# <3%

**of that harvest is used to produce wood pellets**

## Forest Economics

# 86%

### OF FORESTS IN THE U.S. SOUTH ARE PRIVATELY OWNED

**The average size of a family forest in the U.S. South is about**

# 29

### ACRES

**Forests in the U.S. South generate about**

# $50B

### IN GDP EACH YEAR

**The forestry industry supports more than**

# 2.9M

### JOBS ACROSS THE U.S.

# 58%

**of forests are held by family forest owners and**

# 29%

**are held by Timber Investment Management Organizations, Real Estate Investment Trusts, and other private forestry groups in the U.S. South.**

**The woody biomass and bioenergy industries make up**

# 60%

**of the European Union's renewable energy grid which equates to**

# $107B

### IN U.S. GDP



**Wood Pellets Accounted for 2.7% of Wood Removals in the U.S. Southeast in 2017**

In 2017

Million Green Short Tons

2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017

● Sawtimber Removals    ● Non-Pellet Pulpwood Removals    ● Pellet Removals

Summary | **Growing and Thriving Forests** | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 12 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# Enviva's Role in Forestry

**Enviva produces wood pellets using responsible sourcing practices that keep our forests thriving, healthy, and growing.**



## The Role of Pellets in the Forests of the U.S. Southeast

Of all the wood that is harvested in the U.S. Southeast each year, only about 3% is used for wood pellets. Enviva is a small but important part of the forest products industry in the areas where we operate. We provide an essential market for low-value wood that would otherwise be left as waste or burned by the landowner or that landowners have no other means to monetize. In general, biomass is a low-value commodity that does not drive harvest decisions for landowners; however, it does create a profitable forestry market that financially incentivizes forest landowners to continue to grow more trees while deterring landowners from converting their property to non-forest use.

The value of a piece of wood is determined by its quality, not its size, and Enviva only purchases low-value, sustainably sourced wood that can be turned into "Good Biomass".

## HERE IS WHAT GOOD BIOMASS LOOKS LIKE TO US:

Good biomass is made from **low-value wood that is a by-product** of a sawmill operation or a planned traditional timber harvest.

Good biomass is **not made from high-value trees** that instead could be used for longer-lived products.

Good biomass comes from a region where **forest carbon stocks are stable or increasing**.

Good biomass comes from harvest practices that **safeguard biodiversity**.

Good biomass comes from a **forest that is returned to forest after harvest**, and not from land that will be converted to agriculture or development.

At Enviva, we work to produce good biomass every day so that biomass can do good for forests, people, and climate.

 Read more:
The Forest Biomass Promise

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 13 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | **Responsible Sourcing Policy** | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# Responsible Sourcing Policy

## We recognize that our wood purchasing impacts a wide range of sustainability indicators and potential land use.

**RSP Principles**



**LEGALITY**



**RESPECT FOR HUMAN RIGHTS**



**SUSTAINABLE FORESTRY STANDARDS**



**VERIFICATION**



**TRACEABILITY, TRANSPARENCY AND REPORTING**



**PLEDGES IN CONSERVATION LEADERSHIP**

We source our wood pursuant to our Responsible Sourcing Policy (RSP) – strict sourcing guidelines that hold Enviva to the highest standards of sustainability, integrity, forest stewardship, and continuous improvement. Our RSP framework highlights our commitment to forest stewardship at three scales of operation.

- First, at the tract level, we have strict standards for sustainable forest sourcing. These standards refer to the requirements for every tract from which we purchase wood.

- Second, throughout our supply chain, we make commitments to transparency, reporting, and verification.

- Third, through our "Pledges in Conservation Leadership" we work toward improving forest conditions and overcoming landscape-level challenges with help from our partners and stakeholders.


Read more:
Enviva's Responsible Sourcing Policy

**Other elements of responsible sourcing:**

**Master Wood Purchase Agreement**
Our Master Wood Purchase Agreement, which exists between Enviva and all our suppliers, lays out binding commercial and sustainability requirements for all wood purchases that we ensure adherence to via our Track & Trace® program, among other safeguards.

**Pre-Harvest Assessments**
Using remote sensing and on-site evaluations to confirm tract details, Enviva's sustainability and procurement staff inspect tracts prior to harvest to ensure they meet our sustainability standards. If our professional foresters do not believe that harvest is the best outcome for that tract at that time, we will not purchase wood from the site and we work with the landowner to identify other options, such as conservation.

**Gate Inspections**
We inspect wood at our facility gatehouses and screen for large diameter roundwood, tree species, and harvest origin. If the wood on the truck does not meet our specifications, we do not accept the delivery.

**Post-Harvest Inspections and Auditing**
Our sustainability and procurement foresters conduct post-harvest assessments and work to bring all tracts into compliance with our stated policies. In 2019, Enviva set a record for auditing, by visiting almost triple the number of inspections compared to 2018. We also established remote sensing procedures to monitor forest regrowth for all tracts.



Summary | **Growing and Thriving Forests** | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 14 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# Track & Trace®

## We currently identify and publish the source of our primary wood supply through our Track & Trace® platform.

Providing transparent information about our wood supply is fundamental to our values of openness and integrity. Developed in 2016 and deployed in 2017, our industry-leading Track & Trace® (T&T®) technology has been our flagship platform for open communication and has proven mission critical in monitoring, tracking, and reporting exactly where all our wood is sourced.

The Track & Trace program enables us to monitor and report our supply chain as wood travels by the truckload from the forest to the wood pellet production plant. This proprietary system equips our network with detailed insights into the origin of our feedstocks, which we routinely update and make available to the public on our website. For example, before selling wood to Enviva, a supplier is required to provide detailed data on the specific forest tract being considered for harvest (including each individual tract's precise geographic location, acreage, forest type, species mix,

age, and the share of wood from each harvest that goes to Enviva versus other consumers).

Enviva then records the data and uses third-party auditors to validate our processes to assure ourselves and our stakeholders that we are upholding our commitment to honesty and integrity within our sourcing standards. In addition, our T&T technology also tracks every ton of wood that we do not purchase from each tract (i.e., we trace not only the wood we purchase, but also the wood we don't) so we know who purchases it.

In 2019, we began the process of improving our T&T standard by piloting GPS and blockchain technologies into our T&T systems. Over the next year, we expect our sourcing systems to be fully compliant with our new T&T Standard enabling us to improve efficiency, increase transparency, and better validate our data by a third party.

### Track & Trace® At a Glance

**Where does Enviva source its wood?**



**FROM MORE THAN**

# 2,500

**WORKING FOREST HARVESTS**

# 100+

**COUNTIES**

# 7

**SOUTHERN STATES**

**What is the source of Enviva's wood?**



**32%**
Mixed pine and hardwood forests

**26%**
Pine forests with hardwood understory

**18%**
Pine forests

**17%**
Mill & industry residues

**4%**
Other hardwood forests

**3%**
Non-sensitive bottomland hardwood forests

**<1%**
Arboricultural sources

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 15 of 54

# Certification

**Third-party verification enables us to assure our stakeholders that we are upholding our commitment to honesty and integrity in our sourcing.**



Enviva is certified to industry-leading global forest certification systems, and we work together with landowners to encourage them to enroll in forest management certification as well.

### Third Party Certification

Enviva holds several independent forestry certifications to ensure we meet industry-leading sustainability requirements across our sourcing regions.

We maintain independent forestry certifications including the Sustainable Forestry Initiative® (SFI®) Fiber Sourcing Standard as well as the Forest Stewardship Council® (FSC®) Chain of Custody Standard, the Programme for the Endorsement of Forest Certification (PEFC) Chain of Custody Standard, and the SFI Chain of Custody Standard.

### Sustainable Biomass Program (SBP)

Additionally, Enviva's operations are fully certified by the Sustainable Biomass Program (SBP) Standard, which is a risk-based certification process designed to ensure that woody biomass used in industrial energy production is responsibly and sustainably sourced. Enviva's Chairman and CEO, John Keppler, serves on the Board of this non-profit, standard-setting organization, along with other representatives from biomass producers, biomass end users, and civil society.

### Forest Management Groups

Forest management certification provides forest landowners with professional advice about forest management to help their forests thrive. At Enviva, we encourage all landowners to enroll in some type of forest management certification because we believe proper forest management is imperative to healthy and thriving forests. To this point, we provide landowners with access to third-party forest management certification at no cost – and landowners have no obligation to sell their low-value wood to Enviva if they choose to enroll.

Through our Independently Managed Groups (IMGs), we offer the option for certification through either the American Tree Farm System (ATFS) or FSC program. Between 2015 and 2019, we successfully enrolled over 90,000 acres in forest management certification and, in 2019, one out of every seven Tree Farm acres in North Carolina was held in our IMG.

   

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 16 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# Conservation and Restoration

**The forests of the U.S. South are a matrix of interconnected and diverse stands, and these forests provide critical ecosystem services for humanity.**

### Enviva Forest Conservation Fund



**In 2019, the program awarded grants that will conserve over**

## 7,400 ACRES

**OF FORESTS**

### Enviva Forest Conservation Fund Annual Grant Activity

**Dollars awarded**

## $1,925,000

**Bottomland Hardwood Acres Conserved**

## 15,789

**Total Acres Conserved**

## 24,498

To help maintain this critically diverse forest landscape, we invest in conservation programs that make it possible for landowners to set aside their sensitive land rather than harvest. And by sourcing low-value wood, our operations actively enable landowners to maintain – even increase – landscape diversity by assisting with forest restoration.

Our sourcing procedures include provisions for locating and avoiding potentially high conservation value (HCV) areas. We work collaboratively with local conservation partners to ensure that we understand and reflect their preferences – and the latest science – as we develop our sourcing procedures.

#### Enviva Forest Conservation Fund

Launched in 2015, the Enviva Forest Conservation Fund (EFCF) is a $5 million, 10-year program sponsored by Enviva and by the U.S. Endowment for Forestry & Communities. The fund was designed to protect 35,000 acres, which equates to 14,164 hectares of sensitive bottomland forests in Southeast Virginia and North Carolina's coastal plain.

Each year, the Enviva Forest Conservation Fund awards matching-fund grants to non-profit organizations to permanently protect ecologically sensitive areas and preserve working forests.

 Read more:
Salmon Creek Forest Project

 Read more:
Enviva Forest Conservation Fund

#### Blue Ribbon Panel and Bottomland Hardwood Task Force

In May 2016, the U.S. Endowment for Forestry & Communities and Enviva brought together a "blue-ribbon panel" consisting of more than 45 environmental and forestry experts, including members from state forestry and wildlife agencies, universities, and conservation groups. This expert group worked to help Enviva develop specific criteria for defining sensitive forests at the tract level.

Following that session, we continued our work on responsible sourcing in bottomland systems with a smaller group of 18 conservation partners who met several times from October 2016 to March 2018. Our Bottomland Hardwood Task Force provided us with ongoing feedback on our revised sourcing procedures and helped us to hone the processes that we use today.

 Read more:
Blue Ribbon Panel

#### Conservation across Mississippi

As part of our RSP Implementation Planning process, in 2019 we kicked off work with The Earthworm Foundation and NatureServe on a collaborative effort to expand our HCV procedures

to include upland forests by identifying specific HCV indicators and developing sourcing protocols enabling us to avoid HCV areas as we make feedstock purchasing decisions.

#### Regional Conservation Teams

Enviva's expansion into Mississippi provided us with an opportunity to mitigate sustainability risks and seek conservation opportunities in the Pascagoula region. In November 2019, we convened our first Gulf-Region Conservation Group, including representatives from Wildlife Mississippi, Mississippi Wildlife Federation, Mississippi Forestry Association, Mississippi Forestry Commission, Mississippi Department of Wildlife, Fisheries, and Parks, Alabama Wildlife Federation, Alabama Department of Conservation of Natural Resources, and Resources, and Mississippi State University, among others.

We have relied on this group of partners for insight into conservation priorities in this ecologically rich region, and we look forward to their continued collaboration.

Due to the success of this collaboration, we have convened a similar Mid-Atlantic Conservation Team in 2020 which includes our Chesapeake and Wilmington regions.

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 17 of 54

# LONGLEAF PARTNERSHIP

## At Enviva, we know that our long-term success relies on the continued health of forests from which we source.



"If I hadn't had a market for the biomass [on my property] it would have taken several years to do by hand and it may not have been done at all. If there was no market for this biomass, where would it go? We wouldn't have the restoration that we're able to have because of markets for wood pellets."

**– Charlie King, Owner, Stone Mountain Farm, North Carolina**

As landowners seek to earn returns from their ownership of forest land, there are several ways that forest product companies can make an impact. At Enviva, the value we place on forests includes a commitment to keep forests as forests and to help conserve rare and threatened species and ecosystems as is laid out in our Responsible Sourcing Policy (RSP). Because Enviva can make use of low-value wood, we are uniquely positioned to facilitate markets for forest restoration projects that require clearing and thinning. The longleaf pine is a critical pine forest ecosystem in the U.S. Southeast. Longleaf pine forests are considered high conservation value (HCV) because of their rarity and biodiversity value.

Historically, longleaf forests extended from Virginia to Texas, encompassing over 90 million acres, but by 2005, only 2.6 million acres remained, about 2.2% of their original extent[1]. Almost all the longleaf forests had been converted to farmland, planted as other Southern Yellow Pine species, or lost to development. Furthermore, many longleaf stands are in degraded conditions, primarily because their canopies and/or mid-story are too dense, which shades out critical ground story plant communities. This excessive wood biomass build-up also inhibits using frequent, low-intensity prescribed fire, which is key for the maintenance of the fire-adapted/fire-dependent understory plant communities in well maintained longleaf habitats (and other pine savannas).

Coincidentally, many of our wood pellet production plants are located in the historic range of longleaf pine, which allows us to play an important role in the restoration of longleaf stands as part of our sourcing. To date, we've supported longleaf restoration in two ways: 1) By providing markets for thinning restoration of existing longleaf stands on state and federal lands, including in the Croatan National Forest (NC), Fort Jackson (SC), Geneva State Wildlife Management Area (AL), and Eglin Air Force Base (FL); and 2) By supporting the planting of longleaf on suitable sites by providing a market for low-value loblolly or sand pine that needed to be clear-cut, including at Torreya State Park (FL).

In 2019, we began to seek out longleaf restoration opportunities on private lands, planning to help certify and restore 500 acres of longleaf forests around our Hamlet plant in North Carolina through a pilot program. In North Carolina, we identified 775 acres of longleaf stands in need of restoration-oriented biomass harvesting. In Florida, we recruited landowners who have at least 249 acres they want to restore to longleaf around our Cottondale plant.

In 2020, we announced an expansion of our support for longleaf restoration through our new partnership with The Longleaf Alliance, with whom we will collaboratively implement our 5-year longleaf restoration plan.


Read more:
Improving Longleaf Forest Ecosystems

We are excited to work with The Longleaf Alliance and other partners to help improve the quantity and quality of longleaf forest ecosystems across our geographic footprint, which is critical to dozens of threatened and endangered species[2]. And we are also excited to work with landowners who revere their longleaf stands, which have deep cultural and historic significance to their families, on our shared conservation mission.


Read more:
Enviva's 2019 Impact Report

1 Oswalt, Christopher M.; Cooper, Jason A.; Brockway, Dale G.; Brooks, Horace W.; Walker, Joan L.; Connor, Kristina F.; Oswalt, Sonja N.; Conner, Roger C. 2012. History and current condition of longleaf pine in the U.S. Southeast. Gen. Tech. Rep. SRS–166. Asheville, NC: U.S. Department of Agriculture Forest Service, Southern Research Station. 51 p. https://www.srs.fs.usda.gov/pubs/42259

2 https://www.nwf.org/~/media/PDFs/Global-Warming/Reports/LongleafPineReport.ashx

Summary

**Growing and Thriving Forests**

Fighting Climate Change

Empowering our People

Corporate Governance

Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 18 of 54

Overview of Forestry in the U.S. South | Forest Landscape and Forest Economics | Enviva's Role in Forestry | Responsible Sourcing Policy | Track & Trace® | Certification | Conservation and Restoration | Longleaf Partnership Case Study | The Evolution of Enviva's Forest Stewardship

# THE EVOLUTION OF ENVIVA'S FOREST STEWARDSHIP

**We founded Enviva to transform the environmental profile of energy generation by using low-quality wood, one of the world's greatest renewable natural resources.**



We aspire to make positive change in every aspect of our business. But as a forest products company, we didn't go far enough in our early stewardship efforts to improve ecological outcomes from the forest harvests we were involved in.

When we started our operations in the U.S. Southeast back in 2010, we often deferred our decisions about wood sourcing to larger, more established loggers, dealers, and forest products companies. We believed our influence was limited because we purchased the lowest-value wood from stands where the landowners had already made the decision to harvest. At our small scale, we did not appreciate the potential positive impact we could have on the landscape through the intentional decisions we could make around wood fiber sourcing.

We located our first plants in Southeast Virginia and Northeast North Carolina in part because of the closure of a large hardwood paper mill in the region, which had long relied on hardwood pulpwood sourced from the region's many bottomland forests.

Although we maintained meticulous third-party forest sustainability certifications and secured independent, third-party audits of our supply chain, over time, and with help from local environmental partners and the conservation community, we realized we could do more. We recognized that our impact could be much greater if we worked directly with landowners and suppliers to help improve outcomes on the ground, especially for the most sensitive tracts.

With their help, we developed and implemented the new, innovative controls necessary to help us evaluate our own wood sourcing decisions on a tract by tract basis, especially from High Conservation Value (HCV) bottomlands and from poorly drained and flood-prone bottomland sites.

As we grew, our perspective changed. Instead of taking landowners' decisions to harvest as a static outcome, and potentially receiving wood from harvests that should not happen, we evolved and implemented much stricter controls. We restricted our sourcing from bottomland hardwood HCVs by applying clear and consistent tract approval procedures that mean that we are present earlier in a landowner's decision-making process about how, when, and, even if, harvest is appropriate for a site.

Based on our commitment to integrity, forest stewardship, and continuous improvement, we continuously improve our sourcing policies and procedures, informed by honest, ongoing feedback from the conservation community, government officials, our suppliers, and landowners. Only if we and our conservation and sustainability foresters can conclude that harvest is the best, most appropriate outcome for that tract will we accept material from the land – and only if the landowner has agreed to replant it as a forest.

Furthermore, to assist landowners wanting to conserve forestlands like rare bottomland hardwood forests, we established the Enviva Forest Conservation Fund. Founded in 2015 with a goal to help conserve 35,000 acres of bottomland hardwood forests over 10 years, through 2019, the Fund has helped permanently conserve over 15,000 acres of bottomland hardwoods across Southeast Virginia and Northeast North Carolina.

In 2019, we released our new Responsible Sourcing Policy, which included a provision to further support the conservation of bottomland hardwood forests. We will soon announce a new partnership and program in addition to the Enviva Forest Conservation Fund that will help many more landowners with sensitive bottomland hardwood tracts to choose conservation over harvest to achieve their financial objectives.

The shift toward intentional sourcing and transparency on a tract by tract basis is a transformational turning point in Enviva's sustainability journey – driven by a desire to improve, educate and develop close working relationships with our community and conservation partners in every region that we operate in.

 Read more:
Enviva's High Conservation Value Policies

Summary

Growing and
Thriving Forests

Fighting
Climate Change

Empowering
our People

Corporate
Governance

Data and
Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 19 of 54



# FIGHTING CLIMATE CHANGE

AZ-008

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 20 of 54

Climate Impact | Drax Case Study | Ørsted Case Study | Other Environmental Impacts

# Climate Impact

**As recognized by groups like the UN Intergovernmental Panel on Climate Change (IPCC), sustainable biomass energy is part of an all-in solution to address global climate change by providing a low-carbon, renewable, cost-effective, dispatchable alternative to fossil fuel energy generation.**

At Enviva, we are dedicated to supplying our customers with a sustainable solution that enables them to phase out coal, lower their lifecycle carbon footprint, and provide reliable, affordable energy to their communities.

When wood pellets are sourced from forests whose carbon stocks are stable or increasing, emissions at the point of combustion are completely offset by forest growth, qualifying wood pellets as a carbon-neutral energy resource. What remains are supply chain emissions from harvesting, processing, and transportation that characterize the lifecycle carbon footprint.


Read more:
UN IPCC Special Report


Read more:
Boundless Impact Investing Case Study


Read more:
Seeing the Forest: Sustainable Wood Bioenergy in the Southeast United States

Read more:
Enviva's Sustainable Supply Chain

## Coal Displacement

**Enviva has effectively displaced (since inception)**

### 16M
**METRIC TONS OF COAL**



**With our contracted backlog for production, we are on track to displace an additional**

### 87M
**METRIC TONS OF COAL THROUGH 2044**



**On a lifecycle comparison of technologies**

### 31M
**METRIC TONS OF CO₂ EMISSIONS HAVE BEEN AVOIDED**



**An additional**

### 171M
**METRIC TONS OF AVOIDED CO₂ TO BE AVOIDED BETWEEN 2020 AND 2044, GIVEN OUR PRESENT SALES BACKLOG**





**Electricity GHG Intensity**

kgCO$_2$e/kWh

| | |
|---|---|
| Coal | 1.00 |
| Natural Gas – with CHP | 0.31 |
| Natural Gas CC | 0.44 |
| Wind Turbine | 0.03 |
| Solar PV | 0.08 |
| Wood Pellet | 0.13 |
| Wood Pellet – with CHP | 0.06 |



**Carbon Return on Investment**

Tonnes CO$_2$e/$MMUSD

| | |
|---|---|
| Solar PV Large | 64,988 |
| Onshore Wind | 67,110 |
| Wood Pellet New Construction[1] | 80,802 |
| Natural Gas Combined Cycle[2] | 190,603 |
| Natural Gas Combined Cycle with CHP[2] | 275,654 |
| Wood Pellet Coal Conversion[3] | 438,025 |
| Wood Pellet Coal Conversion with CHP[4] | 658,043 |

1 New construction of electricity only wood-pellet biomass power plant with inital capital cost of 2,717 $/kW.
2 See discussion in report text regarding the limitations of natural gas for achieving deep decarbonization objectives.
3 Conversion of existing coal power plant to use wood pellets with initial capital cost of 270 $/kW.
4 Conversion of existing CHP coal power plant to use wood pellets with initial capital cost of 270 $/kW.
See page 14, Boundless Impact Investing, Measuring the Environmental Impact of Wood Pellet Electricity: A Case Study of Enviva, July 2020.

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 21 of 54

Climate Impact    Drax Case Study    Ørsted Case Study    Other Environmental Impacts

# Climate Impact *continued*

### Biomass Carbon Impacts

Our product mitigates climate change in two dimensions: contributing to enhanced forest growth in our sourcing regions through our participation in the forest products market and our corporate sustainability practices, and enabling displacement of coal and fossil fuels for our customers. This two-pronged approach is the foundation of our climate strategy.

### Forest Growth

The 2019 UN IPCC Special Report on Climate Change and Land concludes that "all pathways that limit global warming to 1.5°C require combinations of reforestation, afforestation, and bioenergy."

Our product is carbon neutral at the point of combustion because forests where we source have stable carbon stocks. In fact, we see that forest carbon is not just stable but growing at a steady rate. This phenomenon has been present for decades due to the market drivers for forest products in the U.S. Southeast. Demand for forest products drives economic value for forests and incentivizes private forest landowners, about 86% of the land base, to invest in their land, which we have described in detail in the Forests section of this report.

Enviva is a proud part of the U.S. South forest products industry, which works to ensure that strong economic drivers and sustainable management practices yield positive climate impacts in our forests.

Between 2010, when Enviva opened its first U.S. plant, and 2019, forest inventory in our supply base increased by more than 400 million metric tons, adding an estimated 100 million metric tons of additional carbon storage to our forests.

### Supply Chain Emissions

The fossil emissions along the wood pellet supply chain include feedstock harvest, feedstock transport, pellet processing, and pellet transport. The greenhouse gas emissions from shipping pellets across the ocean comprise only about a third of the supply chain emissions, because bulk shipping greatly enhances the efficiency of the trans-Atlantic journey. The emissions from electricity used in our manufacturing process – in the U.S. Southeast where the electric grid is especially coal-heavy – are the largest portion of our total supply chain emissions, at just over half of the total supply chain emissions. In total, the embodied emissions in wood pellets per unit of energy output are 91% lower than the embodied emissions from coal and 85% lower than from natural gas.

**Supply Chain Emissions**



**From low-value wood to bioenergy:**

**How Enviva's supply chain stacks up**

Enviva's sustainably sourced wood pellets are shipped from the U.S. Southeast to our customers in Europe as a drop-in replacement for coal.

### Carbon Intensity of Enviva's Wood Pellets



- 3%
- 5%
- 9%
- 51%
- 32%

Legend:
- Harvest Activities
- Feedstock transport
- Pelletizing
- Pellet transport
- Product Use

**Total product carbon intensity is calculated as the embodied carbon in pellets, and totals 9.7 gCO$_2$e per MJ energy content of pellets[1]**



Carbon Intensity [gCO$_2$e/MU]

- Coal: 112
- Liquefied Natural Gas: 66
- Enviva Biomass: 9.7

1   Source for calculation: https://www.drax.com/sustainability/biomass-carbon-calculator-consultation/#the-biomass-carbon-calculator

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 22 of 54

# TOWARD CARBON NEGATIVE

**Another aspect of the future of bioenergy is exploring how to get to net zero emissions through bioenergy carbon capture and storage (BECCS).**

One of our largest customers, Drax, has led the way in demonstrating the impact of sustainable biomass energy in achieving ambitious climate targets.

Drax Power Station is the biggest renewable generator in the U.K. and the largest decarbonization project in Europe. Located near Selby, North Yorkshire, it has a capacity of 3,906 megawatts (MW) and produces around 14 terawatt-hours (TWh) of power a year, 96% of which uses compressed wood pellets – a form of sustainably sourced biomass. The remainder is produced using coal.

Drax Power Station supplies 12% of the U.K.'s renewable power. Four of its six power generation units have been upgraded from burning coal to use biomass. Drax's biomass delivers carbon savings of more than 80% compared to coal – this includes emissions from its supply chain. Drax has committed to end commercial coal generation in March 2021 – a major milestone in the company's transformation to becoming carbon negative by 2030.

Drax has had immense success transitioning from coal energy through the use of sustainable biomass and has already helped to achieve ambitious climate goals in the U.K. Now the company has an even more ambitious goal to reach carbon negative by 2030. To do this, Drax will use a negative emissions technology known as BECCS, already being tried at the power station in Yorkshire.

BECCS power generation uses biomass grown in sustainably managed forests as fuel to generate electricity. As these forests absorb $CO_2$ from the atmosphere while growing, they offset the amount of $CO_2$ released by the fuel when used, balancing carbon flows in the process of power production. Adding carbon capture and storage to this process results in removing more $CO_2$ from the atmosphere than is emitted, making it carbon negative.

The implications for this technology are exciting – providing opportunities

to decarbonize other industries, scale hydrogen fuel, reduce the cost of flexible electricity, and more. Working with university and industry partners, Drax is piloting this technology and working to scale carbon storage at its facilities. While this project is still in its early stages, its potential is huge for our customers and for the energy industry overall.

*"At Drax, our world leading BECCS project will enable us to produce millions of tonnes of negative emissions each year, helping the U.K. achieve its 2050 net zero target. By working with partners in and around the Humber region in the North of England, we also have the opportunity to protect tens of thousands of existing jobs and to create many more through the establishment of the world's first CCS cluster. This is a tremendous opportunity for Drax and for the North of England."*

*"From what was the biggest source of fossil carbon emissions in the U.K., Drax has transformed to become Europe's largest decarbonization project. The sustainable biomass we source from the U.S. has been instrumental in that success. By sourcing from established working forests in the U.S., we are able to ensure the sustainable biomass we source delivers for the environment, the climate and for the communities in which we operate."*

**– Dr. Rebecca Heaton, Group Head of Climate Change, Drax Group**



## DRAX ON BECCS

For countries like the U.K., the role of biomass has allowed for unprecedented progress on climate. 2019 and 2020 saw record streaks for coal-free electricity generation and consumption continues to drop. The U.S. supply of biomass has been instrumental to their success, just as their demand has increased U.S. markets for biomass production.

Photo courtesy Drax

Climate Impact          Drax Case Study          Ørsted Case Study          Other Environmental Impacts

# ØRSTED CLIMATE ACTION

**Climate action is at the forefront of today's agenda for corporate sustainability. Leading companies are taking bold action to tackle one of the greatest challenges of our time by reducing the carbon impact of their business.**

Throughout the world, biomass energy is playing a prominent role in achieving climate reduction targets as a renewable, low-carbon alternative to coal-based energy and heat generation.

One of our customers, Ørsted, is a renewable energy company that takes tangible action to create a world that runs entirely on green energy, and is being recognized as a global leader in corporate sustainability. Headquartered in Denmark, the company has taken bold action to completely transform its energy portfolio in the last two decades, setting leading goals on utility sector decarbonization through a strategic renewable energy transition. As a global leader in the offshore wind energy business, Ørsted has set several ambitious climate targets over the years, including the complete phaseout of coal energy generation by the year 2023, a pledge to be carbon neutral in its direct operations by 2025, and a pledge to achieve carbon neutrality in its total carbon footprint by 2040.

In addition to leading in the offshore wind energy space, the company also has a portfolio of combined heat and power plants that have been converted to use sustainable biomass. This change has enabled Ørsted to make significant progress toward its goal of phasing out coal energy by 2023. Between 2006 and 2019, the company reduced

coal consumption by 91% through a combination of facility closures and conversion to biomass firing. As a longtime supplier to Ørsted, Enviva is proud to partner with a company that is raising the bar on corporate climate action and helping to achieve tangible carbon reductions.

Ørsted also has demonstrated an ambitious commitment to responsible forest management. As biomass sustainability relies on responsible sourcing, Enviva applauds Ørsted's 2016 commitment to source 100% certified biomass by 2020. As a producer certified by the Sustainable Biomass Program (SBP) – an industry certification for biomass sustainability – Enviva works diligently to meet the commercial demand of our ambitious customers, to expand certified forestland in our sourcing regions, and to drive impact in the forests where we operate.

We are proud to work with Ørsted to produce sustainable biomass energy through our mutual commitments to climate, forests, and people. We look forward to Ørsted's continued progress on its global sustainability goals and our continued partnership to drive a positive impact in the global biomass supply chain.



Photo courtesy Ørsted

**Ørsted's ambitious climate targets**



**THE COMPLETE PHASEOUT OF COAL ENERGY GENERATION BY THE YEAR 2023**



**A PLEDGE TO BE CARBON NEUTRAL IN ITS DIRECT OPERATIONS BY 2025**

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Climate Impact          Drax Case Study          Ørsted Case Study          Other Environmental Impacts

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 24 of 54

# Other Environmental Impacts

**At Enviva, environmental stewardship isn't just an add-on, it's fundamental to our business. Within Enviva's operational boundaries, our facilities comply with numerous strict environmental standards under federal, state, and local laws and regulations.**



## Local Environmental Impacts of Pellet Production

### Air

Enviva seeks to improve the health and wellbeing of our communities by minimizing and controlling air emissions from our operations. We are leaders in the wood products industry through comprehensively controlling emissions generated by our operations. We use state-of-the-art industry-proven air emission controls to reduce emissions from our manufacturing process, and in many cases, we are installing more robust air emission controls than are required by law to lead the industry and show our commitment to environmental stewardship in the communities where we operate.

With regard to air emissions, our facilities must meet strict requirements under the federal Clean Air Act and state laws and regulations, and are issued permits that require comprehensive emissions testing and documentation of compliance with all requirements.

Each permit contains comprehensive and detailed monitoring, recordkeeping and reporting requirements for process operations and emissions. Furthermore, all of our facilities are subject to rigorous and frequent emissions testing requirements.

This compliance testing is conducted by a third-party expert, and the results of our compliance stack testing are reviewed and approved by state environmental agencies, and are publicly available.

Most of our facilities are permitted as "minor" or "synthetic minor" facilities under the federal prevention of significant deterioration program. This means that emissions of each criteria pollutant may not exceed 250 tons per year. Criteria pollutants include Volatile Organic Compounds (VOC), Total Particulate Matter (PM), Particulate Matter 10 (PM10), Particulate Matter 2.5 (PM2.5), Sulfur Dioxide ($SO_2$), Carbon Monoxide (CO) and Nitrogen Oxides (NOx).

Because our wood-pellet manufacturing process uses only unadulterated wood with no chemical additives, Hazardous Air Pollutants (HAPs) emissions are lower when compared to the emissions generated by other wood products facilities. Additionally, our emissions are controlled using state-of-the-art air emission control technology in accordance with federal and state HAP regulations.

### Water

Unlike other participants in the forest products industry, water is not used as a part of our production process.

The manufacturing process for pellet production involves driving water off of the wood rather than introducing water to the process. As a result, the only water we consume is a small amount used for certain air control technologies, and in our plants, corporate, and regional offices. We do, however, have strong commitments to water quality, including compliance with Clean Water Act regulations at our port facilities as well as adherence to state forestry Best Management Practices (BMPs) for forest harvesting, (which is outlined in the Forests section of this report).

### Waste

Because our wood pellets make efficient use of low-value wood products, our facilities generate very little waste. Shavings and sawdust from other wood manufacturing facilities can be reclaimed and made into pellets while bark is used in our furnace as fuel to dry our feedstock prior to pelletizing. For waste that we do generate in our offices, we continually seek opportunities to reduce waste streams and cost of waste management, including recycling and composting. We are also working to ensure that our facilities have access to recycling collection, as some facilities are in areas that do not have significant recycling infrastructure.



Summary

Growing and
Thriving Forests

Fighting
Climate Change

Empowering
Our People

Corporate
Governance

Data and
Indices

Case 8:22-cv-02844-DKC   Document 62-35   Filed 08/02/23   Page 25 of 54

# EMPOWERING OUR PEOPLE

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Our Greatest Assets   Health & Safety   Talent   Diversity and Inclusion   Communities   Lucedale Case Study   Land Retention Case Study

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 26 of 54

# Our Greatest Assets

**At Enviva, we believe our greatest asset is our people – our associates and partners working at our plants, ports, and corporate offices as well as the surrounding communities where we live and work.**



Enviva is a values-driven company. We hold ourselves accountable to keeping promises, determination to make a difference, acting with integrity, and the qualities of openness, humility and respect. As a values-driven company, we care about people first, from our associates and partners to communities we live and operate in.

Since our founding, Enviva has been unrelenting in our commitment to the health and safety of our teams; recruiting and nurturing top talent; working to build diversity and inclusion among our associates, partners, and stakeholders; and making a long-lasting, positive impact in the communities we call home.

**At Enviva, we value...**



**Keeping promises**



**Determination to make a difference**



**Acting with integrity**



**Openness, humility, respect**

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 27 of 54

Our Greatest Assets          Health & Safety          Talent          Diversity and Inclusion          Communities          Lucedale Case Study          Land Retention Case Study

# Health & Safety

**At Enviva, we are driven by our vision for a renewable energy future. We are mission-driven problem solvers, excited to grow the company and have a positive impact on our communities, our forests, and the climate.**



"Enviva's Operational Excellence Management System (OEMS) is a proven system for achieving excellence in safety, sustainability, compliance, quality, reliability and productivity. OEMS establishes expectations for how we manage our operations, translates those expectations into standards, and integrates the processes and structures necessary to ensure we meet those expectations."

– John Keppler,
  Chairman and CEO

At the forefront of empowering people is ensuring their safety. Enviva's dedication to safety is a fundamental part of our culture and operations and is rooted in our Operational Excellence Management System (OEMS). Enviva's OEMS is the set of management processes, standards, procedures, and behaviors integrated into our daily work that enables us to achieve Operational Excellence. At Enviva, we define Operational Excellence as the ability to execute our business strategy safely, sustainably, and in full compliance with the law, while delivering world class quality, reliability, productivity, and profitability.

### TRIR = Total Recordable Incident Rate

**Total Recordable Incident Rate is the number of work-related injuries per 100 workers.**

| Year | TIR |
|---|---|
| 2014 | 3.39 |
| 2015 | 1.39 |
| 2016 | 1.26 |
| 2017 | 1.87 |
| 2018 | 1.27 |
| 2019 | 1.10 |

Through OEMS, leaders collaborate with teams of associates representing plants, ports, and construction projects, as well as functional subject matter experts across the enterprise to identify the best and safest way to carry out critical activities. These best practices are documented as standards and become the expectation for how work will be performed. Audits are then conducted monthly to identify gaps in execution of the standards, and metrics are monitored continuously to measure effectiveness. An annual management review of OEMS ensures Operational Excellence objectives are reviewed, evaluated, and achieved for continuous improvement.

Enviva's OEMS was designed to meet the requirements of OSHA Process Safety Management, NFPA 652 Standard for the Prevention of Fires and Dust Explosions, ISO 9001 Quality Management System, and other key industry standards. Through OEMS, Enviva has implemented the following processes and best practices at its plants, ports, and constructions projects.

- **Process Hazard Analysis (PHA):** All operating facilities have completed a rigorous PHA to proactively identify and rank risks correlated to safety, environmental compliance, quality, and reliability. The PHAs play a significant role in identifying and prioritizing continuous improvement efforts that pose the biggest risks.

- **Pre-Job Risk Assessments (PJRAs):** OEMS requires that workers perform PJRAs prior to conducting any non-routine work that does not have a documented procedure. The PJRA process encourages workers to maintain a "Questioning Attitude" and to practice "Team Backup" prior to each job.

- **Safe Work Practices (SWPs):** Through OEMS, Enviva has developed 19 SWPs, such as Lock-out Tag-out, Confined Space Entry, Elevated Work, and Fatigue Management, to name a few. These SWPs are standardized across all Enviva assets enabling efficient training and monitoring for compliance and effectiveness.

- **Training and Certification:** OEMS requires that all workers demonstrate to a certified worker that they have the knowledge and capability to perform essential tasks prior to being allowed to work unsupervised. Once a worker is certified, they are awarded a sticker that they wear on their hard hat to make it easily recognizable to other workers that they are authorized to perform essential tasks.

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 28 of 54

Our Greatest Assets    Health & Safety    Talent    Diversity and Inclusion    Communities    Lucedale Case Study    Land Retention Case Study

# Health & Safety *continued*

The health and safety of every Enviva associate is the number one priority at our company, both on and off the job. Through a relentless focus on engineering safe workplaces, employee training in industry-leading health and safety protocols, and a peer-to-peer based behavioral safety program, we have continued to improve our safety incident rates, which are a fraction of those in similar industries. Unfortunately, despite our progress, in October 2019, Enviva experienced our first and only employee fatality at one of our wood pellet processing plants. Although the resulting multi-stakeholder and comprehensive investigation into the incident concluded that there was no overt commission of an unsafe act, nor a gap in a safe work practice, we also believe every accident is preventable. Any incident is one too many.

Immediately following the incident, Enviva asked each of our associates to renew their commitment to safety by undertaking company-wide recertifications to our safe work practices and further enhancing our operating standards and procedures to continue to achieve Operational Excellence at all Enviva facilities. Enviva works closely with internal and external safety consultants on process hazard analyses and innovative job risk assessments to ensure our employees can do their jobs safely and out of harm's way. We continue to invest heavily in safety, training, and professional manufacturing practices at our facilities. Enviva leaves no stone unturned when it comes to identifying, assessing, and mitigating hazards to keep everyone safe, every day, every time.

"Achieving Operational Excellence requires more than a system of processes and standards. It also requires a culture where people follow those processes and procedures in the right way. At Enviva, we refer to this culture as Operational Discipline – or doing the right thing, the right way, every time."

**– Royal Smith,**
**Executive Vice President of Operations**

## The 7 Enviva OEMS elements



**LEADERSHIP**

**CONTINUOUS IMPROVEMENT**

**EMPLOYEE ACCOUNTABILITY**

**MANAGEMENT OF CHANGE**

**RISK IDENTIFICATION**

**KNOWLEDGE SHARING**



**RISK MITIGATION**

## The Four Pillars of Operational Discipline

The Four Pillars of Operational Discipline are the basis of this culture. To be successful, we must each strive to live out these Pillars in every task we perform.

### 1 FORMALITY

Treat your workplace and your role with respect, recognizing the seriousness of what you do and your role as a part of something bigger. Follow authorized procedures and expect the same from others. If you think of a better way, follow authorized processes to review and improve the procedures.

### 2 QUESTIONING ATTITUDE

Constantly ask yourself what could go wrong. Check for out-of-the-ordinary and learn to anticipate potential problems. Don't assume things are okay – verify.

### 3 TEAM BACKUP

Back up your co-workers by looking out for what they may have missed, and expect the same in return. Have the courage to care, intervening even when it makes you uncomfortable. If you see an issue, own it.

### 4 CONTINUOUS LEARNING

Understand not just what you do, but why you do it. Continually seek greater knowledge about the systems, processes, and hazards in and around your workplace.

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 29 of 54

Our Greatest Assets        Health & Safety        Talent        Diversity and Inclusion        Communities        Lucedale Case Study        Land Retention Case Study

# Talent

**Enviva's strength is in its people. We aim to find and nurture great talent, do good for our associates, and fuel Enviva's growth.**



Our focus on people at Enviva is driven by our guiding principles: find and nurture great talent, do good for our associates, and fuel Enviva's growth. Our Human Capital team strives to integrate these principles into the work we do every day. With health and safety front of mind, we continue to create opportunities for associates to engage with one another and further enhance and develop their careers.

### Find and Nurture Great Talent

Our people around the world are dedicated to improving lives by providing a low-carbon, sustainable energy future for generations to come. In an effort to find and secure passionate and talented associates, Enviva seeks to nurture, promote, and develop our employees within our current workforce.

## ENVIVA MANAGEMENT TRAINING

Developed at the end of 2019, our management training reinforces developmental experience with a focus on self-awareness, leadership, and the essentials necessary to manage people. It is a cohort-based learning journey coupled with ongoing training that caters specifically to the needs of Enviva's managers. Over 70 associates have completed or currently are participating in the program.

Enviva is committed to investing in our associates' career growth and development and we have deployed various in-person and online courses and presentations to equip our associates with the opportunity to learn new skills, hone existing ones, deepen their understanding of the business, and expose them to new ideas that challenge our way of thinking. Some of our programs include job-specific technical training and leadership development; function-specific training for safety and performance; as well as management training for all associates with direct reports.

When specific capabilities aren't available in-house, we look to find talent from the local communities where we operate. For example, Enviva partners with local high schools, universities, and community colleges to recruit top talent for full-time employment and summer internship programs. Hiring locally is one surefire way to find talent who is not only qualified but also passionate about the communities we call home.

### Do Good for Our Associates

We offer our associates competitive pay and a generous benefits package that includes paid time off, multiple health insurance coverage options (including a premium free option), dental insurance, vision insurance, and life insurance as well as 401K and stock options.

Additionally, Enviva looks to support our employees both on and off the job site by offering perks such as paid parental leave, wellness program reimbursements, FSA plans, transportation assistance, and much more. Our pay scales are market competitive for the areas in which we operate and all of our positions are bonus eligible.

### Continue to Fuel Enviva's Growth

With approximately 1,100 Enviva associates around the globe, Enviva works diligently to find, develop and grow passionate and engaged associates who are dedicated to meaningful and purpose-driven work that will continue to grow our business.

Enviva's long-term business success relies on the development, engagement, and retention of our talented associates. Since its founding, Enviva has remained committed to building a strong team, providing opportunities for our associates to make a difference, strengthening our corporate culture both internally and externally, while developing the foundation for future growth and success at large.

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 30 of 54

# Talent *continued*





## Examples

### Enviva Management Training:

In 2019, Enviva introduced management training for all associates who manage people as part of their role. The cohort-based learning program focuses on topics such as self-awareness, management styles, and leadership, coupled with training on how to exemplify and promote "The Enviva Way" as a manager within the company. To date, more than 70 associates have participated or are currently enrolled in the program.

### Enviva Days:

Enviva Days is a program developed in 2019 that sets aside an entire week each year for targeted individual development sessions, team development sessions, and networking opportunities for all Enviva associates. Courses offered as part of the program have included: technical training sessions, site-specific production training, presentations from Enviva leadership in addition to external speakers. Enviva Days has become an annual event and is now considered a cornerstone of Enviva's corporate culture.

### Summer Internships:

The summer internship program seeks qualified college undergraduates in various fields – including but not limited to Forestry, Operations, Sustainability, and Engineering – looking to gain hands-on, real-world experience in their respective field of study. Each student selected for the program is mentored by an Enviva leader over the course of the summer. At the end of the program, presentations are made to senior leadership where learnings are shared and discussed. The summer internship program project has helped shape the career trajectory of participants and has left a lasting impact on our business. Each student enrolled in the program becomes a candidate for a full-time position in the Enviva family upon graduation.

"Managing, and doing it well, is not something that comes easy to many people. Enviva's investment in the development of associates through this program has helped to create cohorts of well-trained, empathetic and effective managers. The lessons on leading change have been most impactful to my work, particularly during our aggressive growth phase and the global COVID-19 pandemic."

**– Brianna Stockley,
Data Analytics Manager**

"Management training provided me a good opportunity to reflect on my approach to managing people and teams and to get to know and learn from my peers across the company. I came away with a better understanding of my strengths and weaknesses as a leader as well as tangible tips and tools that have helped me become a more effective manager of cross-functional teams. This is a very important skill for building sustainability programs that are integrated into all of Enviva's day-to-day operations across the enterprise."

**– Kim Cesafsky,
Director of Sustainability Policy**

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 31 of 54

# Diversity and Inclusion

**We believe in a workplace that promotes equality, transparency, and accountability. We seek to foster these values through our policies and procedures, regular trainings, and employee engagement.**

> "We are a values-driven company that cares about people — all people. One of the things that makes Enviva so great is the diversity of our associates, and the wide range of backgrounds, opinions, and beliefs that we all bring to work every day. It is something to be valued, respected, celebrated, and like all critical aspects of our business, focused on and continuously improved."
>
> **– John Keppler,**
> **Chairman and CEO**

**Enviva compared to local market demographics (June 2020)**



● Enviva Minority Population    ● Local Market Populations

Compiling, evaluating, and reporting on diversity and inclusion statistics is a critical component of a company's corporate culture and identity. In the past, the manufacturing and timber industries in the U.S. Southeast have not been very diversified. Our own data guides us to the need to do more and to do better at inclusion and diversity within our company.

With knowledge and understanding of the opportunities around diversity, Enviva has made a renewed commitment to enhancing equal opportunity and representation within the industry. We are listening, we are learning, and we are committed to continuous improvement. In the coming year, we will continue to develop plans that both increase the diversity of our workforce and leverage those differences to make Enviva a better company.

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 32 of 54

Our Greatest Assets     Health & Safety     Talent     Diversity and Inclusion     Communities     Lucedale Case Study     Land Retention Case Study

# Diversity and Inclusion *continued*

## Gender

**Company-wide, associates are[1,2]**

## 18%
FEMALE

## 82%
MALE

**In corporate roles, women make up[2]**

## 21%
OF SENIOR LEADERS
(VP and above)

## 54%
OF MID-LEVEL LEADERS
(Manager and Director)

## Racial and Ethnic Diversity

**Company-wide, associates are[1]**

## 29%
ARE BLACK, INDIGENOUS, PEOPLE OF COLOR
(BIPOC)

**In corporate roles, people of color make up[2]**

## 16%
OF SENIOR LEADERS
(VP and above)

## 29%
OF MID-LEVEL LEADERS
(Manager and Director)

**In operations and construction roles, people of color make up[2]**

## 29%
OF SENIOR LEADERS
(VP and above)

## 11%
OF MID-LEVEL LEADERS
(Manager and Director)



### Making Progress

As we work to make our employee workforce more broadly representative of the communities in which we operate, we are building strategies to help increase diversity and foster greater inclusion at Enviva. In 2020, we seek to:

- Develop a comprehensive framework for diversity and inclusion that focuses on our associates, our company, the customers we serve, and the communities in which we operate. Create and foster an associate-led group to focus on diversity and inclusion (including site-specific goals).

- Improve our pool of Enviva candidates by attending additional – more diverse – recruiting events as well as partner with local employment offices and local colleges – particularly Historically Black Colleges and Universities – to find and nurture top talent at our local plants, ports, and offices.

- Increase representation of women, people of color, and other ethnicities within our corporate and plant leadership roles.

- Work with all of our associates – via training programs and ongoing education – to promote participation and foster a more inclusive mindset.

- Create and foster associate-led groups.

1. As of 12/31/2019
2. All statistics exclude international associates

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 33 of 54

Our Greatest Assets     Health & Safety     Talent     Diversity and Inclusion     Communities     Lucedale Case Study     Land Retention Case Study

# Communities

**Guided by our mission and values, Enviva seeks to empower the communities where we live and work by partnering with community leaders to identify and meet specific local needs.**

Caring for people doesn't stop with our Enviva associates, because we understand that being a successful business means being an integral part of the communities where we live and work. Our company provides jobs, investment, and a positive economic impact in the communities we call home.

As we evolve, we will continue to work closely with our local communities and scientific experts, private forest landowners, conservation organizations, and a broad set of stakeholders to ensure our operations and wood sourcing have a positive impact on the local environment and surrounding communities. If we do everything right by our communities, our forests, our customers, and society, we believe we can generate long-term and dependable financial value for our communities and partners.

### Rural Economic Development

As manufacturing jobs in some industries have shifted overseas, Enviva brings high-paying, renewable energy jobs into rural markets that may not have seen positive economic development in decades. The forest products industry today is one of the largest economic engines in the rural U.S. South and is currently the primary source of economic development and job creation for the region. An impact analysis from the National Alliance of Forest Owners (NAFO) found that, including direct and indirect employment, forestry-related businesses support over 1.3 million jobs, $55 billion in payroll, and about $50 billion in GDP in the U.S. South.

At Enviva, we are proud to be part of an industry that brings jobs to areas of the U.S. that have limited economic mobility. A study by the firm Chmura Economics found that for every job created by Enviva, more than two additional jobs are created within the community – from loggers and truck services, to local restaurants, retail shops, hotels, and more.

Enviva sees itself as an extension of the local community where we operate, which is why we are committed to hiring locally at our facilities.

**After our currently planned projects are completed, the total economic impact of Enviva's operations is estimated to be at least $2.7 billion, which can support more than 4,200 jobs in our operational footprint, according to the Chmura study.**



Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Our Greatest Assets | Health & Safety | Talent | Diversity and Inclusion | Communities | Lucedale Case Study | Land Retention Case Study

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 34 of 54

# Communities *continued*



### Engaging the Community

For every plant, port, and office Enviva owns and operates, we seek to improve and empower communities by partnering with local leaders at all levels to identify and execute on the specific needs of that community.

For example, Enviva has helped stock food pantries and hosted luncheons and dinners for frontline medical workers and local police. Additionally, Enviva has sent meals to senior citizen homes, sent laptops and WiFi hotspots to school systems in need of connectivity for online learning, sponsored events for the local Boys & Girls clubs, and donated to various local youth programs and sports leagues in the various communities in which we live.

### Empowering the Community

We work to empower communities not just with good jobs at our facilities but with long-term and broader opportunities. We partner with local high schools and community colleges to provide higher education training for students to learn new skills focused on forestry process, engineering, and other professional skills that can be applied across the energy and forestry industries.

#### RAMP East Program at Halifax Community College in Weldon, NC

In 2019, Enviva announced a new educational program partnership with Halifax Community College. As part of their RAMP East Program, Enviva sponsors and participates in a 96-hour curriculum that prepares undergraduate students for a job in the manufacturing industry. Students enrolled in the course spend nine weeks taking virtual or face-to-face classes and receive industry-recognized certifications upon completion.

At the conclusion of the program, Enviva conducts on-campus interviews with all the program graduates for future employment. Enviva also donates annually to the Halifax Community College Foundation which supports student scholarships.

### The STARZ24 Teen Center in Greenwood, SC

In June of 2020, Enviva donated $25,000 to the Boys & Girls Clubs of the Lakelands Region's STARZ24 Teen Center. Enviva's donation directly supported the renovation of the new 12,000 square foot, state-of-the-art STARZ24 Teen Center for local families and youth. Projected to open to the public in fall 2020, the STARZ24 Teen Center will serve as The Boys & Girls Clubs of the Lakelands Region's premiere out-of-school time programming destination for teens. The new Teen Center will serve over 1,000 teens annually with dedicated space for creative arts, STEM programs, academic support, and health and wellness. From sports to the arts, volunteerism to academic pursuits, the STARZ24 Teen Center will offer teens resources and programs to create meaningful experiences today as they prepare a plan for their future.

 Read more:
Enviva Donates to STARZ24 Teen Center

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 35 of 54

Our Greatest Assets    Health & Safety    Talent    Diversity and Inclusion    Communities    Lucedale Case Study    Land Retention Case Study

# ENVIVA JOINS THE LUCEDALE, MISSISSIPPI COMMUNITY

**In additional to supporting the local economy, Enviva goes to great lengths to ensure it is supporting effective and sustainable forest management practices in accordance with our Responsible Sourcing Policy.**



Figure represents jobs for Lucedale plant and the Pascagoula terminal

**Pascagoula**
**Mississippi**

**Lucedale**
**Mississippi**

Population: 2,923
Area: 6.39 sq miles



Enviva's planned investment in Mississippi is approximately

# $250M



**New full-time jobs created**

# 120



**Estimated indirect jobs created**

# 300

Enviva works collaboratively with local leaders, landowners, and businesses to bring new jobs, economic development, and benefits to the communities we call home.

For our newest plant in Mississippi, in October 2019, Enviva broke ground on a new state-of-the-art wood pellet production plant located in The George County Industrial Park – a 1,200-acre industrial area that was specifically designated by the county for economic development. Enviva's new Lucedale wood pellet plant represents the largest private investment in the Industrial Park in more than 20 years.

Enviva's planned investment in Mississippi is approximately $250 million. In addition to building Enviva's new wood pellet production plant in Lucedale, Enviva is simultaneously building a deep-water terminal in the Port of Pascagoula's Bayou Casotte Harbor. The new port will export wood pellets, produced in George County, to Enviva's power and utility customers across Europe and Asia. Combined, Enviva projects the Lucedale plant and the Pascagoula terminal will create approximately 120 new full-time jobs and an estimated 300 indirect jobs within the timber and transportation industries.

As part of the Lucedale community, Enviva continues to build long-lasting relationships with area landowners, loggers, sawmills, and various forest

product facilities to source and purchase fiber in a sustainable manner.

In fact, Enviva formed a conservation team to further facilitate ongoing communication and collaboration with NGOs, as well as various state and federal agencies. To date, Enviva has worked closely with The Mississippi Wildlife Federation, Mississippi Forestry Association, Pascagoula River Audubon Center, The Longleaf Alliance, and other local associations to implement sustainable Mississippi biomass harvesting guidelines that support longleaf restoration on public and private lands as well as identify and protect high conservation value lands throughout the state.

Committed to strengthening the communities where we live and work, Enviva assists local programs and initiatives across Mississippi. For example, over the last year, we have worked with the George County Sherriff's Department, Ward Volunteer Fire Department and George County Regional Health System on special community projects. We have donated to the Explosion of Excellence Scholarship Program, Distinguished Young Women Scholarship Fund, and United Way for both Jackson and George Counties. Additionally, we have volunteered at George County's 4H Youth Development Club, at several local churches, and with various youth sports leagues.

References to Enviva on this page are to Enviva Holdings, LP

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 36 of 54

Our Greatest Assets     Health & Safety     Talent     Diversity and Inclusion     Communities     Lucedale Case Study     Land Retention Case Study

# SUSTAINABLE FORESTRY AND LAND RETENTION PROJECT

Forests in the South are overwhelmingly privately owned – a legacy that has shaped the culture and economy of Southern forests and created one of the most productive forest markets in the world. As in other economic systems, the behavior of private landowners drives forest productivity. Sometimes, however, landowners – especially landowners from historically disadvantaged geographies or groups – may not have the resources or information they need to understand how to manage their forests effectively.

To assist landowners with these challenges, the U.S. Endowment for Forestry & Communities, in partnership with the USDA Natural Resources Conservation Service and the U.S. Forest Service, launched the Sustainable Forestry and African American Land Retention (SFLR) Program in 2013. In 2019, the American Forest Foundation joined this partnership. The focus of the project is to address the issue of

African American land loss by practicing sustainable forestry and implementing estate planning strategies. The program supports eight projects across eight states, offering technical advice from state and federal agencies, access to forestry associations, connections to industry and nonprofit partners, as well as legal assistance and other valuable tools.

Enviva is a proud partner for one of the projects located in North Carolina, led by Alton Perry, a retired ranger with the NC Forest Service who joined the program in 2013, together with the Roanoke Electric Cooperative. The project provides resources to empower all landowners with a focus on engaging and encouraging African American forest landowners to keep and use forestland that has been passed down to them for generations, helping families turn their land from a liability into an asset – providing both an income and a legacy for future generations.

We are committed to supporting this work because we believe in the power of forest management to yield positive outcomes for forests and communities.

Enviva's sustainability foresters have supported the project for years by providing landowner trainings and management planning. Enviva participates in educational workshops for the project throughout the year and occasionally hosts tours for project members so they can get an up-close look at Enviva's operations both in the field and at the local wood pellet manufacturing plant in Northampton County, North Carolina. Lauren Killian, an Enviva Sustainability Forester who manages our American Tree Farm Independently Managed Group, has witnessed the program's benefits first-hand.

"Through this partnership, we are now able to reach a segment of landowners who may not have had the opportunity to learn how to make their family lands more valuable and more productive," Killian shares. "It really is special to see how families come together to set a new direction for their lands for this generation and generations to come."

In 2019 the Roanoke Electric Cooperative's SFLRP held more than 50 outreach events, reaching more than 2,000 landowners. As a result, 200 landowners have signed up to participate in the SFLRP to date.

Combined, that amounts to over 13,000 acres of additional forestland under sustainable forest management. In addition, 132 landowners have developed forest management plans, while more than a dozen have established estate and succession plans for their heirs. Such accomplishments can only be brought to fruition by leveraging partnership, sharing information freely, advising landowners through all parts of the forest management process, and meeting landowners where they are.

Since partnering with the SFLRP in 2015, Enviva has provided about $150,000 in financial assistance for forestry and legal services.



"Enviva has been an important partner for our project since its inception through the support from its foresters and facility staff. In addition to the field and workshop assistance, Enviva has seen first-hand the benefits of our project and has decided to become a financial partner as well. No question, Enviva has been crucial to the growth and development of our program. They are great partners."

– Alton Perry,
Sustainable Forestry and Land Retention Project,
North Carolina



Case 8:22-cv-02944-DKC   Document 67-35   Filed 08/02/23   Page 37 of 54

# CORPORATE GOVERNANCE

A-2686

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | **Corporate Governance** | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 38 of 54

About Us          Governance          Materiality

# About Us

**Enviva Partners, LP is a leading global energy company specializing in sustainable wood bioenergy. We are the world's largest producer of sustainable wood pellets, which provide a low-carbon alternative to fossil fuels.**

Enviva Partners, LP (NYSE: EVA) is a publicly traded master limited partnership that aggregates a natural resource, wood fiber, and processes it into a transportable form, wood pellets. The Partnership sells a significant majority of its wood pellets through long-term, take-or-pay off-take contracts with creditworthy customers in the United Kingdom, Europe, and Asia. The Partnership owns and operates nine plants with a combined production capacity of approximately 4.9 million metric tons per year in Virginia, North Carolina, South Carolina, Georgia, Mississippi, and Florida. In addition, the Partnership exports wood pellets through its marine terminals at the Port of Chesapeake, Virginia and the Port of Wilmington, North Carolina and from third party marine terminals in Savannah, Georgia, Mobile, Alabama, and Panama City, Florida.

All of our facilities are located in geographic regions with low input costs and favorable transportation logistics. Owning these cost-advantaged assets, the output from which is fully contracted, in a rapidly expanding industry provides us with a platform to generate stable and growing cash flows. Our plants are sited in robust fiber baskets providing stable pricing for the low-grade fiber used to produce wood pellets.



**Our Locations**

1. Amory, MS
2. Port of Mobile, AL
3. Cottondale, FL
4. Port of Panama, FL
5. Hamlet, NC
6. Sampson, NC
7. Port of Wilmington, NC
8. Northampton, NC
9. Ahoskie, NC
10. Southampton, VA
11. Port of Chesapeake, VA
12. Waycross, GA
13. Port of Savannah, GA
14. Greenwood, SC

● Plant
▲ Ports

**EVA 2019 Off-Take Contract Mix**



● Drax
● Engie
● Lynemouth
● Ørsted
● Other

**EVA 2024 Off-Take Contract Mix**



● Drax
● Lynemouth
● MGT
● Ørsted
● Engie
● Marubeni
● Mitsubishi
● Ichihara
● Sumitomo Forestry
● Sumitomo Suzukawa
● Toyota Tsusho
● RWEST
● Other

**2024 Customer Base and Contract Mix**

## 34%
### FROM JAPANESE CUSTOMERS

## 12.7 YEARS[1]
### WEIGHT AVERAGE REMAINING TERM (AS OF JULY 1, 2020)

## $15.3B[1]
### CONTRACTED REVENUE BACKLOG (AS OF JULY 1, 2020)

1   As of July 1, 2020, *pro forma* for the Waycross plant acquisition

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

About Us          Governance          Materiality

Case 8:22-cv-02844-DKC     Document 62-35     Filed 06/02/23     Page 39 of 54

# Governance

## Enviva Partners, LP (EVA) is managed and operated by the board of directors and executive officers of Enviva Partners GP, LLC, its general partner.



EVA is managed and operated by the board of directors (the Board) and executive officers of its general partner. The Board has 11 directors, including five directors ("independent directors") meeting the independence standards established by the New York Stock Exchange and the Securities Exchange Act of 1934, as amended: John C. Bumgarner, Jr., William K. Reilly, Jeffrey W. Ubben, Gary L. Whitlock, and Janet S. Wong.

As a result of owning its general partner, EVA's sponsor has the right to appoint all members of the Board. In evaluating director candidates, EVA's sponsor will assess whether a candidate possesses the integrity, judgment, knowledge, experience, skill, and expertise that are likely to enhance the Board's ability to manage and direct EVA's affairs and business, including, when applicable, to enhance the ability of committees of the Board to fulfill their duties.

The Board has three standing committees: an audit committee, a compensation committee, and a health, safety, sustainability and environmental committee ("HSSE committee"), each of which is chaired by an independent director. Mr. Reilly, chair of the HSSE committee, brings years of experience as Administrator of the U.S. Environmental Protection Agency to the committee's efforts to assist the Board in fulfilling its oversight responsibilities with respect to the Board's and EVA's continuing commitment to (1) ensuring the safety of our employees and the public and assuring that our businesses and facilities are operated and maintained in a safe and environmentally sound manner, (2) sustainability, including sustainable forestry practices, (3) delivering environmental benefits to our customers, the forests from which we source our wood fiber, and the communities in which we operate, and (4) minimizing the impact of our operations on the environment. The HSSE committee reviews and oversees our health, safety, sustainability, and environmental policies, programs, issues, and initiatives, reviews associated risks that affect or could affect EVA, its employees, and the public, and ensures proper management of those risks and reports to the Board on health, safety, sustainability, and environmental matters affecting EVA, its employees, and the public.

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

About Us          Governance          Materiality

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 40 of 54

# Governance *continued*

EVA's general partner has adopted a Code of Business Conduct and Ethics that applies to its general partner's directors, officers, and employees, as well as to employees of our subsidiaries or affiliates that perform work for us. The Code of Business Conduct and Ethics also serves as the financial code of ethics for our Chief Executive Officer, Chief Financial Officer, Controller, and other senior financial officers. EVA's general partner has also adopted Corporate Governance Guidelines that outline the important policies and practices regarding our governance.

For more information regarding EVA's Board members, executives, committees, and Code of Business Conduct and Ethics, and for other governance resources, we invite you to visit our website and review our SEC filings.


Read more:
Investor Relations and
Corporate Governance

## Management Team

**John Keppler**
Chairman and
Chief Executive Officer

**Shai Even**
Executive Vice President and
Chief Financial Officer

**William Schmidt**
Executive Vice President,
Corporate Development and
General Counsel

**Thomas Meth**
Executive Vice President,
Sales and Marketing

**Royal Smith**
Executive Vice President,
Operations

**Joseph "Nic" Lane**
Executive Vice President,
Human Capital

**Yana Kravtsova**
Executive Vice President,
Communications, Public &
Environmental Affairs

**Dr. Jennifer Jenkins**
Vice President and Chief
Sustainability Officer

**Christopher P. Seifert**
Vice President,
Environmental Health and
Safety & Operations

## Board of Directors

**John Keppler**
Chairman and Chief
Executive Officer

**Ralph C. Alexander**
Director

**John C. Bumgarner, Jr.**
Chairperson of
Compensation Committee
(Independent Director)

**Jim H. Derryberry**
Director

**Christopher B. Hunt**
Director

**Gerrity L. Lansing, Jr.**
Director

**William K. Reilly**
Chairperson of Health,
Safety, Sustainability and
Environmental Committee
(Independent Director)

**Jeffrey W. Ubben**
Independent Director

**Gary L. Whitlock**
Independent Director

**Carl L. Williams**
Director

**Janet S. Wong**
Chairperson
of Audit Committee
(Independent Director)

## MS. JANET S. WONG

Chairperson of Audit committee and Independent Board member. In addition to Ms. Wong's strategic business leadership experience and financial industry expertise, she has served as an Executive Advisor to Ascend, the largest Pan-Asian business organization in North America and leads the largest network of Asian corporate directors.

## MR. JEFFREY W. UBBEN

Mr. Jeff Ubben, a member of the HSSE committee and Independent Board member, who had served for years as Chairman of ValueAct, and now leads Inclusive Capital Partners, an investment fund with the passion for positively leveraging capitalism and governance in pursuit of a healthy planet and the health of its inhabitants. Mr. Ubben also serves on the boards of The Nature Conservancy's NatureVest and the E.O. Wilson Biodiversity Foundation.

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 41 of 54

About Us        Governance        Materiality

# Materiality

## In 2019, Enviva worked with BSR™ – a global nonprofit that develops sustainable business strategies and solutions through consulting, research, and cross-sector collaboration.

A materiality assessment is a helpful tool to identify the issues that are most important to the sustainability of a business, and that have the highest impact on stakeholders. For us, this process was important for upholding our commitment to stakeholder engagement, and it enabled us to learn from our colleagues how to best report and take action on sustainability topics.

To conduct our materiality assessment, we first identified potentially material issues using internationally recognized sustainability frameworks and standards, including GRI, SASB, and the UN SDGs, as well as ESG ratings and ranking assessments. We then mapped and identified key stakeholders whose input we felt was important to assessing the sustainability priorities of the company.

These included:

- Investors
- Customers
- Suppliers
- Forest Industry Peers
- Academics
- NGOs
- Enviva Associates

We conducted structured interviews for each stakeholder group to gather perspectives on these issues. BSR synthesized these findings with additional media scanning to determine issue prioritization.

While the various topics are given more or less weight in the materiality assessment, Enviva firmly believes that all of these items are critical to business success.



**Materiality results**

**FOREST**
1. Responsible Sourcing of Raw Materials[1]
2. Sustainable Forest Management
3. Environmental Compliance & Air Quality
4. Water Use & Management

**PEOPLE & COMMUNITIES**
5. Occupational Health & Safety
6. Community Engagement & Social License to Operate
7. Human Rights & Labor Rights
8. Human Rights
9. Diversity and Inclusion
10. Talent Attraction & Retention[2]

**CLIMATE**
11. Climate Change & GHG Emissions
12. Product Use Impacts
13. Energy And Waste Management

**TRANSPARENCY, RESILIENCE & IMPACT**
14. Business Ethics, Transparency & Accountability
15. Supply Chain Continuity
16. Responsible Procurement
17. Public Policy Engagement & Responsible Lobbying
18. Innovation
19. Corporate & Financials Governance
20. Cyber Security

1 Including Biodiversity & Ecosystem Impacts and Feedstock Traceability
2 Including Wages / Benefits & Local Employment

Summary

Growing and
Thriving Forests

Fighting
Climate Change

Empowering
our People

Corporate
Governance

Data and
Indices

Case 8:22-cv-02844-DKC     Document 52-35     Filed 06/02/23     Page 42 of 54

# DATA
## AND
# INDICES

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 43 of 54

Data    SASB Index    Summary Assurance Statement

# Data

## Scope 1 & 2 GHG Emissions

| | | 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|---|---|
| | | Number | Change | Number | Change from 2017 | Number | Change from 2018 |
| Total Capacity | MT | 2,895,000 | – | 2,915,000 | 0.7% | 3,445,000 | 18.2% |
| Total Production | MT | 2,594,688 | – | 2,629,020 | 1.3% | 2,842,679 | 8.1% |
| Scope 1 Emissions (Purchased Fuel) | tCO$_2$e | 19,147 | – | 21,652 | 12.9% | 31,032 | 39.3% |
| Scope 2 Emissions (Purchased Electricity) | tCO$_2$e | 202,228 | – | 198,382 | -1.9% | 214,962 | 8.4% |
| Total Scope 1 & 2 Emissions | tCO$_2$e | 221,826 | – | 220,527 | -0.6% | 245,994 | 11.5% |
| Biogenic Emissions (Emissions from Biomass Use in Operations, Counted as Zero and Reported Separately) | tCO$_2$e | 476,650 | – | 525,370 | 10.2% | 438,510 | -16.5% |
| Scope 1 Emission Intensity (Purchased Fuel) | kgCO$_2$e/MT | 8 | – | 8 | 11.4% | 11 | 28.8% |
| Scope 2 Emission Intensity (Purchased Electricity) | kgCO$_2$e/MT | 78 | – | 75 | -3.2% | 76 | 0.3% |
| Total Emissions Intensity | kgCO$_2$e/MT | 85 | – | 84 | -1.9% | 87 | 3.2% |
| Biogenic Emissions Intensity (Emissions from Biomass Use in Operations, Counted as Zero and Reported Separately) | kgCO$_2$e/MT | 184 | – | 200 | 8.8% | 154 | -22.8% |

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 44 of 54

# SASB Index

**Enviva recognizes the importance of sharing materially relevant environmental and social information with our stakeholders. The SASB Standard is aimed at doing just this, providing a standardized framework for reporting on materially relevant information. Enviva is proud to be an early adopter of this framework and we're excited to share our first SASB disclosure for reporting year 2019.**

The SASB Standard has guidance for 77 industry categories. Enviva is not well defined within a single industry category, as our business straddles the forest products and renewable energy sectors. Reviewing the industry categories, we have chosen to disclose to four relevant standards:

• Biofuels

• Pulp & Paper Products

• Forestry Management

• Industrial Machinery & Goods

We are pleased to note that the metrics required in these standards align significantly with Enviva's inaugural materiality assessment, conducted in 2019 with the support of BSR. However, there are certain metrics, such as disclosures around water use, that are not as material to our business and therefore, in the spirit of the standard, we do not disclose. We've noted those instances in the appropriate sections.

Additionally, some of the metrics in these standards are repetitive. Where standards are repetitive, we've chosen to disclose in the section that is most closely aligned with our business and noted in the other standards where you may reference the related information.

Lastly, this is our first SASB disclosure. While we have disclosed to the majority of required metrics, we were unable to report on every metric in our first year. We emphasize that where these metrics are indeed material to our business, we note the metrics on which we presently lack data in the index, and we commit to report on as many of these metrics as possible in subsequent reporting years in the spirit of continuous improvement.

If you have any questions or comments about this disclosure, please email sustainability@envivabiomass.com with your question. We thank you for reading our SASB disclosure and look forward to your feedback.

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 45 of 54

Data        SASB Index        Summary Assurance Statement

# SASB Index *continued*

## Biofuels

### Activity Metrics

| Activity Metric | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Biofuel production capacity | Enviva's annual total production capacity in metric tons (t) | 3,445,000 | RR-BI-000.A |
| | Annual production of renewable fuel in metric tons (t) | 2,842,679 | RR-BI-000.B |
| | Annual production of advanced biofuel in metric tons (t) | Enviva does not produce advanced biofuel | |
| | Annual production of biomass-based diesel in metric tons (t) | Enviva does not produce biomass-based diesel | |
| | Annual production of cellulosic biofuel in metric tons (t) | Enviva does not produce cellulosic biofuel | |
| Amount of feedstock consumed in production | The feedstock purchased adjusted for changes in inventory throughout the reporting period in metric tons (t) | 5,947,935 | RR-BI-000.C |

### Accounting Metrics

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Air Quality | Annual total NOx emissions in metric tons (t) | Enviva recognizes air quality is a material issue for our business, which is validated in our materiality assessment. Enviva reports these values to regulatory agencies for all of our facilities throughout the year. In our first report, we were not able to validate our enterprise data in time for this disclosure. In the future, we will work to ensure these data are included in our disclosure. | RR-BI-000.A |
| | Annual total SOx emissions in metric tons (t) | | |
| | Annual total VOCs emissions in metric tons (t) | | |
| | Annual total PM10 emissions in metric tons (t) | | |
| | Annual total HAPs emissions in metric tons (t) | | |
| | Number of incidents of non-compliance associated with air quality permit, standards, and regulations | | RR-BI-120a.2 |
| Water Management in Manufacturing | Total water withdrawn (1,000 m³) | Wood pellet production does not have significant water inputs. The only water used in our operations are small amounts used in air emission controls and for facilities. At this time, we do not have data for this disclosure, but we can confirm that water is not a high priority material topic for Enviva through our materiality matrix. Enviva's commitment to water in our operations is outlined in our Responsible Sourcing Policy, where we commit to protect water quality through State Best Management Practices. | RR-BI-140a.1 |
| | Total water consumed (1,000 m³) | | |
| | Percentage of each above in regions with High or Extremely High Baseline Water Stress (%) | | |
| | Description of water management risks and discussion of strategies and practices to mitigate those risks | | RR-BI-140a.2 |
| | Number of incidents of non-compliance associated with water quality permit, standards, and regulations | | RR-BI-140a.3 |

| Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices |

Case 8:22-cv-02844-DKC   Document 62-35   Filed 06/02/23   Page 46 of 54

Data · SASB Index · Summary Assurance Statement

# SASB Index *continued*

## Biofuels continued

### Accounting Metrics continued

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Lifecycle Emissions Balance** | Lifecycle greenhouse gas (GHG) emissions, by biofuel type grams of $CO_2$-e per megajoule (MJ) | 36.1 | RR-BI-410a.1 |
| | *Solid wood biomass is not a fuel category under the U.S. EPA Renewable Fuel Standard and therefore does not have a lifecycle methodology under that framework. The European Union does, however, have a methodology under their Renewable Energy Directive, which is used to quantify the lifecycle emissions balance of our product for our European customers and their regulators. An analysis by the group Boundless Impact uses this methodology with other considerations from the scientific literature and found the reported figure for our operations, which we choose to report as indicative of our product. A full description of their methodology can be referenced in their paper, titled "Measuring the Environmental Impact of Wood Pellet Electricity: A Case Study of Enviva". | | |
| **Sourcing & Environmental Impacts of Feedstock Production** | Discussion of strategy to manage risks associated with environmental impacts of feedstock production. | All of our supply regions undergo risk assessments for our SBP certification. A description of these risks can be referenced in the SBP Supply Base Reports for each of our mills. We describe our policies and programs to mitigate risks in our Responsible Sourcing Policy, which you may also find on our website. | RR-BI-430a.1 |
| | Percentage of biofuel production third-party certified to an environmental sustainability standard (%). | The biomass produced by Enviva is certified by forestry standards in the supply chain, the percent of procurement certified is reported in 37 – 41 in the Pulp & Paper Products Standard. | RR-BI-430a.2 |


Read more:
SBP Supply Base Reports


Read more:
We describe our policies and programs to mitigate risks in our Responsible Sourcing Policy


Read more:
Measuring the Environmental Impact of Wood Pellet Electricity: A Case Study of Enviva

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 47 of 54

# SASB Index *continued*

## Biofuels continued

### Accounting Metrics continued

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Management of the Legal & Regulatory Environment** | Amount of subsidies received through government programs in USD | 0 | |
| | *Solid wood biomass does not presently qualify for federal subsidies under the Renewable Portfolio Standard or other relevant U.S. EPA or DOE energy programs. | | |
| | Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | | RR-BI-530a.2 |
| | Enviva's SEC form 10-K for year 2019 provides a comprehensive description of our management of legal and regulatory requirements for our businesses. Here is one such disclosure from the section titled "Environmental Matters": Our operations are subject to stringent and comprehensive federal, state and local laws and regulations governing matters including protection of the environment and natural resources, occupational Health & Safety and the release or discharge of materials into the environment, including air emissions and wastewater discharges. These laws and regulations may (1) require acquisition, compliance with and maintenance of certain permits or other approvals to conduct regulated activities, (2) impose technology requirements or standards on our operations, (3) restrict the amounts and types of substances that may be discharged or emitted into the environment, (4) limit or prohibit construction or timbering activities in sensitive areas such as wetlands or areas inhabited by endangered or threatened species, (5) govern worker Health & Safety aspects of operations, (6) require measures to investigate, mitigate or remediate releases of hazardous or other substances from our operations and (7) impose substantial liabilities, including possible fines and penalties, for unpermitted emissions or discharges from our operations. Failure to comply with these laws and regulations may result in the assessment of administrative, civil and criminal penalties, the imposition of investigatory and remedial obligations, and the issuance of orders enjoining some or all of our operations in affected areas. Moreover, the global trend in environmental regulation is towards increasingly broad and stringent requirements for activities that may affect the environment. Any changes in environmental laws and regulations or reinterpretation of enforcement policies that result in more stringent and costly requirements could have a material adverse effect on our operations and financial position. Although we monitor environmental requirements closely and budget for the expected costs, actual future expenditures may be different from the amounts we currently anticipate spending. Moreover, certain environmental laws impose strict joint and several liability for costs to clean up and restore sites where pollutants have been disposed or otherwise spilled or released. We cannot assure that we will not incur significant costs and liabilities for remediation or damage to property, natural resources or persons as a result of spills or releases from our operations or those of a third party. Although we believe that our competitors face similar environmental requirements, market factors may prevent us from passing on any increased costs to our customers. Additionally, although we believe that continued compliance with existing requirements will not materially adversely affect us, there is no assurance that the current levels of regulation will continue in the future. Moreover, the global trend in environmental regulation is towards increasingly broad and stringent requirements for activities that may affect the environment. Any changes in environmental laws and regulations or reinterpretation of enforcement policies that result in more stringent and costly requirements could have a material adverse effect on our operations and financial position. Although we monitor environmental requirements closely and budget for the expected costs, actual future expenditures may be different from the amounts we currently anticipate spending. Moreover, certain environmental laws impose strict joint and several liability for costs to clean up and restore sites where pollutants have been disposed or otherwise spilled or released. We cannot assure that we will not incur significant costs and liabilities for remediation or damage to property, natural resources or persons as a result of spills or releases from our operations or those of a third party. Although we believe that our competitors face similar environmental requirements, market factors may prevent us from passing on any increased costs to our customers. Additionally, although we believe that continued compliance with existing requirements will not materially adversely affect us, there is no assurance that the current levels of regulation will continue in the future. | | |
| **Operational Safety, Emergency Preparedness & Response** | Process Safety Incidents Count (PSIC), Process Safety Total Incident Rate (PSTIR), and Process Safety Incident Severity Rate (PSISR) (Number, %) | These metrics are not relevant to solid biomass production as this is not a process covered under the American Chemistry Council Responsible Care program nor the Center for Chemical Process Safety. | RR-BI-540a.1 |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 48 of 54

Data    SASB Index    Summary Assurance Statement

# SASB Index *continued*

## Pulp & Paper Products

### Activity Metrics

| Activity Metric | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Pulp production | Total annual pulp production in air-dried metric tons (t) | Enviva does not have pulp and paper production | RR-PP-000.A |
| Paper production | Total annual paper production in air-dried metric tons (t) | | RR-PP-000.B |
| Total wood fiber sourced | Total wood fibers exclude those used for energy purpose, in metric tons (t) | 5,501,070 | RR-PP-000.C |

### Accounting Metrics

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Greenhouse Gas Emissions | Gross global Scope 1 emissions in metric tons (t) | 31,032 | RR-PP-110a.1 |
| | Discussion of long-term and short-term strategy or plan to manage Scope 1 emissions, emissions reduction targets, and an analysis of performance against those targets | | RR-PP-110a.2 |
| | Scope 1 emissions in our operations are expected to increase with operational expansion and growing interest to curtail air emissions with installation of air control technologies, which rely on fossil fuel combustion. However, we seek to reduce Scope 1 emissions as much as we can within our operations, now and in the future. | | |
| Air Quality | Air emissions of the following pollutants: (1) NOx (excluding $N_2O$), (2) $SO_2$, (3) volatile organic compounds (VOCs), (4) particulate matter (PM), and (5) hazardous air pollutants (HAPs) | Refer to Biofuel Standard, RR-BI-120a.1 above | RR-PP-120a.1 |
| Energy Management | Annual total energy consumed in GJ | 6,410,800 | |
| | % of electricity | 30% | |
| | % of biomass | 63% | |
| | % from other renewable energy | 0% | |
| | Total self-generated energy in GJ | 4,483,090 | |
| | | This value includes inputs for both biomass and fossil fuel onsite combustion in our operations. | |
| | Discussion of the due diligence practices for fiber that is not from certified forestlands or certified to other fiber sourcing standards and the policies to verify the forestry management and harvesting practices of suppliers. | | |
| | Use of biomass in our operation is the source of air emissions, which are subject to regulatory risks. Biomass sourcing also has associated supply risks. That said, our supply chain has significant reliability for supplying sustainably sourced biomass feedstock. This ensures that biomass we use in our operations qualifies as low-carbon and has security of supply. We've also installed air control technologies at our facilities to ensure our production complies with all Federal and state environmental requirements. | | |

Data          SASB Index          Summary
Assurance Statement

# SASB Index *continued*

## Pulp & Paper Products continued

### Accounting Metrics continued

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Water Management** | Total water withdrawn (1,000 m³) | Refer to Biofuel Standard, RR-BI-140a.1 above | RR-PP-140a.1 |
| | Total water consumed (1,000 m³) | | |
| | Percentage of each above in regions with High or Extremely High Baseline Water Stress (%) | | |
| | Description of water management risks and discussion of strategies and practices to mitigate those risks | | RR-PP-140a.2 |
| **Supply Chain Management** | Enviva is certified to FSC Chain of Custody (CoC) and Controlled Wood (CW) Standards and 100% of Enviva's feedstock meets both the FSC CoC and CW Standard requirements. Enviva also maintains Programme for the Endorsement of Forest Certifications (PEFC) and Sustainable Forestry Initiative (SFI) Chain of Custody certification, so 100% of Enviva's feedstocks also meet these two CoC Standards. In addition, Enviva maintains an SFI Fiber Sourcing Standard certification and 100% of its feedstock meets this standard requirement as well.<br><br>Enviva also maintains mill level certifications to the relevant Sustainable Biomass Program (SBP) Standards, which are 1, 2, 4 and 5. In 2019, 99% of Enviva's feedstock was considered to be SBP Compliant and the remaining 1% was SBP Controlled. | | |
| | % of fiber certified to FM standards | 16.6% | RR-PP-430a.1 |
| | % of fiber from ATFS | 8.3% | |
| | % of fiber from SFI | 7.4% | |
| | % of fiber from PEFC+FSC (these two systems are combined for reporting but are not linked to each other) | 0.9% | |
| | Discussion of the due diligence practices for fiber that is not from certified forestlands or certified to other fiber sourcing standards and the policies to verify the forestry management and harvesting practices of suppliers. | | |
| | Enviva is fully certified to the FSC, PEFC and SFI Chain of Custody standards as well as to SBP standards 1, 2, 4, and 5. These standards require certificate holders to conduct due diligence to ensure that non-certified wood is not sourced from controlled sources (FSC), controversial sources (PEFC and SFI) or areas that contain high biodiversity or are ecologically sensitive (SBP). Envivas practices include contractual requirements for its suppliers to abide by these requirements. | | |
| | Disclosure of the verification process of non-certified fiber | | |
| | Enviva conducts supply base evaluations on its catchment area in accordance with the requirement of each chain of custody standard. Envivas proprietary Track & Trace® program requires wood suppliers to provide GPS coordinates for all tracts they intend to use as supply tracts for Enviva. Enviva compares those coordinates to its supply base evaluations and the FSC US Controlled Wood National Risk Assessment to ensure they tract is appropriate for supply. Enviva also maintains an SFI Fiber sourcing certificate that requires the certificate holder to conduct field sampling for water quality BMPs. Enviva also uses these field inspections to sample the accuracy of supplier provided tract information. | | |
| | Discussion of the sources of wood fiber, and the potential risks associated with procuring fiber from these sources. | | |
| | In 2019, 16.6% of Enviva's wood supply came from certified forests either directly from the forest or as certified sawmill residuals. The balance is from small private landowners who do not hold forest management certification or from or non-certified sawmills. Enviva identifies at-risk tracts using its Track & Trace® program and supply base evaluations to assess every supply tract. If a tract is at-risk Enviva declines to purchase wood from the tract. Enviva uses a District of Origin process to identify and map non-certified sawmill sourcing areas. Enviva provides information to sawmills about HCVs in the sawmill sourcing area and requires the sawmill to sign a contract with the expectation to avoid controlled wood and controversial sources. | | |
| | Amount of recycled and recovered fiber procured | Enviva does not procure recycled or recovered fiber | RR-PP-430a.2 |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 50 of 54

# SASB Index *continued*

## Forestry Management

### Activity Metrics

| Activity Metric | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Area of forestland owned, leased, and/or managed by the entity** | Total acres of forestland under each category (ac) | Enviva does not own, lease, and/or manage any forestland | RR-FM-000.A |
| **Aggregate standing timber inventory** | Total standing timber inventory in cubic meters (m³) | | RR-FM-000.B |
| **Timber harvest volume** | Total timber harvested in cubic meters (m³) | | RR-FM-000.C |

### Accounting Metrics

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Ecosystem Services & Impacts** | Area of forestland certified to a third-party forest management standard, percentage certified to each standard (acres, and %) | Enviva does not own, lease, and/or manage any forestland | RR-FM-160a.1 |
| | Area of forestland with protected conservation status in acres | | RR-FM-160a.2 |
| | Area of forestland in endangered species habitat in acres | | RR-FM-160a.3 |
| | Description of approach to optimizing opportunities from ecosystem services provided by forestlands | | RR-FM-160a.4 |
| **Rights of Indigenous Peoples** | Area of forestlands in indigenous land in acres (ac) | Enviva does not own, lease, and/or manage any forestland | RR-FM-210a.1 |
| | Description of engagement processes and due diligence practices with respect to human rights, indigenous rights, and the local community | | RR-FM-210a.2 |
| | Enviva has a strong commitment to ethical business practices and is committed to treating people with dignity, respect, and equal opportunity. We expect the same commitment from our suppliers. All suppliers are required to comply with our expectations regarding human rights and labor, Health & Safety, and business conduct and ethics. Enviva holds our suppliers accountable to the International Labour Organization Declaration on Fundamental Principles and Rights at Work and the United Nations Declaration on the Rights of Indigenous Peoples. Enviva also respects the rights of Indigenous Peoples and communities to the ownership and control of their titled or customary lands, including their right to give or withhold their free, prior and informed consent (FPIC) to proposed developments on their lands. | | |

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 51 of 54

# SASB Index *continued*

## Accounting Metrics continued

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| **Climate Change Adaptation** | Description of strategy to manage opportunities for and risks to forest management and timber production presented by climate change | While Enviva does not own forestland, we do have programs that are adaptive to climate change in our sourcing region. Climate change impacts our sourcing area and can pose challenges and opportunities during inclement weather events. Increased wet weather events, exacerbated by climate change, cause sourcing disruptions and can make it difficult to source from low-lying forest tracts. To mitigate these risks, we have developed a stumpage program that allows us to strategically source from tracts with greater certainty during periods of volatile market conditions. This has mitigated risk of market volatility and provides us greater control over harvest outcomes. Furthermore, one opportunity during some climatic events is the significant availability of salvage wood, which may have few other markets. We work diligently to source as much salvage material as we can during hurricane and other severe weather events to ensure this material does not go to waste and that landowners have a market for this material. | RR-FM-450a.1 |

Data    SASB Index    Summary Assurance Statement

# SASB Index *continued*

## Industrial Machinery & Goods

### Activity Metrics

| Activity Metric | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Number of units produced by product category | Total production in metric tons (t) | Refer to Biofuel Standard, RR-BI-000.B above | RT-IG-000.A |
| Number of employees | Total number of employees | 1,039 | RT-IG-000.B |

### Accounting Metrics

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Energy Management | (1) Total energy consumed, (2) percentage grid electricity, (3) percentage renewable | Refer to Pulp & Paper Products Standard, RR-PP-130a.1 above | RT-IG-130a.1 |
| Employee Health & Safety | Annual total recordable incident rate (TRIR) | 1.10 | RT-IG-320a.1 |
| | Annual fatality rate | 0.10 | |
| | Annual near miss frequency rate (NMFR) | | |

Enviva strongly encourages its employees to report all incidents and near misses. Enviva's OEMS 7.1 Incident Investigation Standard defines a "near miss" as an event that could have resulted in an incident (actual impact) if not for luck or the mitigation of impact due to existing risk management measures. Near Misses that have the potential to result in high severity incidents are entered into Enviva's formal incident investigation management system to track root cause analysis and corrective actions to completion. Enviva goes to great lengths to avoid discouraging the reporting of near misses, which often occurs when near miss rates are tracked and compared between facilities. While this practice can lead to many "near misses" with low potential severity being reported, and therefore result in data that is not useful for identifying trends, Enviva values having an open and transparent culture where employees feel free to report things they view as hazards to their leaders, over any insights that may be gained through analyzing near miss data. Because of the reasons stated above, Enviva will not disclose this information at this time.

| Topic | Measurement | Inputs | SASB Code |
|---|---|---|---|
| Fuel Economy & Emissions in Use-phase | Sales-weighted fleet fuel efficiency for medium- and heavy-duty vehicles | Enviva does not own, lease, and/or manage any fleet or generator. We do own some non-road equipment in our facilities, but this machinery is not a significant part of our operations. Therefore we felt it was not important to disclose this information | RT-IG-410a.1 |
| | Sales-weighted fuel efficiency for non-road equipment | | RT-IG-410a.2 |
| | Sales-weighted fuel efficiency for stationary generators | | RT-IG-410a.3 |
| | Sales-weighted emissions of: (1) nitrogen oxides (NOx) and (2) particulate matter (PM) for: (a) marine diesel engines, (b) locomotive diesel engines, (c) on-road medium- and heavy-duty engines, and (d) other non-road diesel engines | | RT-IG-410a.4 |
| Materials Sourcing | Description of the management of risks associated with the use of critical materials | Enviva's critical materials are fiber, the management and certification of these materials are detailed in 32 – 44 in Pulp & Paper Products Standard | RT-IG-440a.1 |
| Remanufacturing Design & Services | Revenue from remanufactured products and remanufacturing services | Enviva does not remanufacture products and/or services | RT-IG-440b.1 |

Summary | Growing and Thriving Forests | Fighting Climate Change | Empowering our People | Corporate Governance | Data and Indices

Case 8:22-cv-02844-DKC    Document 62-35    Filed 06/02/23    Page 53 of 54

Data          SASB Index          Summary Assurance Statement

# Summary Assurance Statement



**INDEPENDENT LIMITED ASSURANCE STATEMENT**

**To:  The Stakeholders of Enviva Holdings, LP**

**Introduction and objectives of work**

Bureau Veritas UK Limited ('Bureau Veritas') has been engaged by Enviva Holdings, LP ('Enviva') to provide limited assurance of selected sustainability data for inclusion in "Sustainability Report 2020" ('the Report'). This Assurance Statement applies to the related information included within the scope of work described below.

**Scope of verification**

The scope of our work was limited to assurance over the accuracy of the sustainability data listed below and included in the Report. Subject to Limitations and Exclusions set out below, our verification includes all United States operations under Enviva's control for the reporting period covering January 1, 2019 to December 31, 2019 for the following indicators ('Selected Information'):

- Percentage of total fibre procured certified to third party forestry management standards, including FSC, SFI, PEFC and ATFS;
- Annual total recordable incident and fatality rates (employees only);
- Scope 1 and Scope 2 $CO_2e$ emissions and related energy inputs (including historical data from 2017 and 2018).

**Reporting Criteria**

The Selected Information has been prepared taking into consideration the following guidelines:

- Sustainability Accounting Standards Board (SASB) standards for Biofuel, Pulp & Paper, and Industrial Machinery & Goods, in so far as they are applicable to Enviva; and
- The Greenhouse Gas (GHG) Protocol Corporate Accounting Standard (revised edition) and GHG Protocol Scope 2 Guidance

**Limitations and Exclusions**

Excluded from the scope of our work is any verification of information relating to:

- energy and emissions from biomass reported separately as 'outside of scopes' in line with the GHG Protocol;
- percentage of total fibre procured to sourcing standards or requirements that do not come under forestry management standards;
- the appropriateness of the reporting criteria;
- any activities outside the defined reporting period subject to the exception expressly stated in the Scope of verification; and

Bureau Veritas UK Ltd          Telephone: 0845 600 1828          Bureau Veritas Registered Office
5th Floor                      www.bureauveritas.co.uk           Suite 206
66 Prescot Street                                                Fort Dunlop
London E1 8HG                  Registered in England 1758622     Fort Parkway
                                                                 Birmingham  B24 9FD



Read more:
Our full Assurance Statement online



Enviva Corporate Headquarters
7200 Wisconsin Avenue
Suite 1000
Bethesda, MD 20814 USA

+1 (301) 657-5560
**info@envivabiomass.com**

References in this Report to "we," "us," "our," or similar expressions refer to Enviva Partners, LP (the "Partnership" or "EVA"), including its subsidiaries and Enviva Holdings, LP, including its subsidiaries. References to "EVA's sponsor" refer to Enviva Holdings, LP, and, where applicable, its wholly owned subsidiaries Enviva MLP Holdco, LLC and Enviva Development Holdings, LLC. References to "EVA's general partner" refer to Enviva Partners GP, LLC, a wholly owned subsidiary of Enviva Holdings, LP. References to "our employees" refer to the employees of Enviva Management Company, LLC, a wholly owned subsidiary of Enviva Holdings, LP, and its affiliates who provide services to Enviva Partners, LP. Please read Cautionary Statement Regarding Forward-Looking Statements at www.envivabiomass.com/investor-relations/

A2703