**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DAVID FAGEN, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

    v.

ENVIVA INC., et al.,

        Defendants.

Civil Action No. 8:22-cv-02844-DKC

Hon. Deborah K. Chasanow

**DECLARATION OF ANDREW J. MORRIS IN SUPPORT OF UNDERWRITER**
**DEFENDANTS' MOTION TO DISMISS**

I, Andrew J. Morris, hereby declare and state as follows:

1.      I am a partner at Orrick, Herrington & Sutcliffe LLP, and I am an attorney licensed to practice in Maryland.  I am admitted to practice in the U.S. District Court for the District of Maryland.  I am counsel of record for Defendants Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., BMO Capital Markets Corp., HSBC Securities (USA) Inc., RBC Capital Markets, LLC, Truist Securities, Inc., Raymond James & Associates, Inc., Loop Capital Markets LLC, and USCA Securities LLC (collectively the "Underwriters" or "Underwriter Defendants") in the above-captioned matter.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Registration Statement filed by Enviva Inc. ("Enviva") on January 19, 2022.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Prospectus Supplement filed by Enviva Inc. on January 19, 2022.

1

4.    Attached hereto as Exhibit 3 is a true and correct copy of an Enviva Press Release, dated February 24, 2021, and incorporated by reference into Enviva's Prospectus Supplement through Enviva's Form 8-K filed on February 24, 2021.

5.    Attached hereto as Exhibit 4 is a true and correct copy of Enviva's 2020 10-K, dated February 25, 2021, and incorporated by reference into Enviva's Prospectus Supplement.

6.    Attached hereto as Exhibit 5 is a true and correct copy of an Enviva Presentation, dated March 1, 2021, and incorporated by reference into Enviva's Prospectus Supplement through Enviva's Form 8-K filed March 1, 2021.

7.    Attached hereto as Exhibit 6 is a true and correct copy of an Enviva Presentation, dated May 10, 2021, and incorporated by reference into Enviva's Prospectus Supplement through Enviva's Form 8-K filed May 10, 2021.

8.    Attached hereto as Exhibit 7 is a true and correct copy of an Enviva Press Release, dated April 28, 2021, and incorporated by reference into Enviva's Prospectus Supplement through Enviva's Form 8-K filed on April 28, 2021.

9.    Attached hereto as Exhibit 8 is a true and correct copy of an Enviva Press Release, dated July 28, 2021, and incorporated by reference into Enviva's Prospectus Supplement through Enviva's Form 8-K filed on July 28, 2021.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 2, 2023                              */s/ Andrew J. Morris*
                                                  Andrew J. Morris