**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DAVID FAGEN, Individually and on Behalf
of All Others Similarly Situated,

               Plaintiff,

     v.

ENVIVA INC., et al.,

               Defendants.

Civil Action No. 8:22-cv-02844-DKC

Hon. Deborah K. Chasanow

**INDEX OF EXHIBITS TO DECLARATION OF ANDREW J. MORRIS IN SUPPORT OF MEMORANDUM IN SUPPORT OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS**

| Exhibit No. | Description |
|---|---|
| 1 | Registration Statement (January 19, 2022) |
| 2 | Prospectus Supplement (January 19, 2022) |
| 3 | February 24, 2021 Press Release |
| 4 | Enviva Inc.'s 2020 Form 10-K (February 25, 2021) |
| 5 | Presentation (March 1, 2021) |
| 6 | Presentation (May 10, 2021) |
| 7 | April 28, 2021 Press Release |
| 8 | July 28, 2021 Press Release |