# EXHIBIT 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

---

Date of Report (date of earliest event reported): **March 1, 2021**

# Enviva Partners, LP

(Exact name of registrant as specified in its charter)

---

| **Delaware** | **001-37363** | **46-4097730** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**7200 Wisconsin Ave, Suite 1000**
**Bethesda, MD** — **20814**
(Address of principal executive offices) — (Zip Code)

Registrant's telephone number, including area code**: (301) 657-5660**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communication pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communication pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Units | EVA | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01.    Regulation FD Disclosure.**

On March 1, 2021, Enviva Partners, LP (the "Partnership") posted a revised investor presentation to the Investor Relations section of its website at www.envivabiomass.com. A copy of the presentation materials is being furnished as Exhibit 99.1 hereto and is incorporated herein by reference.

The information in Item 7.01 of this Current Report on Form 8-K and Exhibit 99.1 is being "furnished" and shall not be deemed to be "filed" by the Partnership for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 9.01.    Financial Statements and Exhibits.**

*Exhibits.*

| Exhibit Number | Description |
|---|---|
| 99.1 | Presentation Materials dated March 1, 2021. |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL. |

**SIGNATURES**

    Pursuant to the requirements of the Exchange Act, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ENVIVA PARTNERS, LP

By:    Enviva Partners GP, LLC, as its sole general partner

Date: March 1, 2021

By:    /s/ Jason E. Paral

Name:  Jason E. Paral
Title:   Vice President, Associate General Counsel and Secretary

3





**Enviva Partners, LP**
Business Overview

(NYSE: EVA)

Last Updated: March 1, 2021

## FORWARD-LOOKING AND CAUTIONARY STATEMENTS

### Forward-looking statements

This presentation contains "forward-looking statements" within the meaning of the securities laws. All statements, other than statements of historical fact, included in this presentation that address activities, events or developments that Enviva Partners, LP (NYSE: EVA) ("Enviva," the "Partnership," "we," or "us") expects, believes or anticipates will or may occur in the future are forward-looking statements. The words "believe," "expect," "may," "estimates," "will," "anticipate," "plan," "intend," "foresee," "should," "would," "could," or other similar expressions are intended to identify forward-looking statements, which are generally not historical in nature. However, the absence of these words does not mean that the statements are not forward-looking.

These statements are based on certain assumptions made by Enviva based on management's expectations and perception of historical trends, current conditions, anticipated future developments, and other factors believed to be appropriate. Although Enviva believes that these assumptions were reasonable when made, because assumptions are inherently subject to significant uncertainties and contingencies that are difficult or impossible to predict and are beyond its control, Enviva cannot give assurance that it will achieve or accomplish these expectations, beliefs, or intentions. A number of the assumptions on which these forward-looking statements are based are subject to risks and uncertainties, many of which are beyond the control of Enviva, and may cause actual results to differ materially from those implied or expressed by the forward-looking statements. These risks and uncertainties include the factors discussed or referenced in our filings with the Securities and Exchange Commission (the "SEC"), including the Annual Report on Form 10-K and the Quarterly Report on Form 10-Q most recently filed with the SEC, including those risks relating to financial performance and results, economic conditions and resulting capital restraints, availability of sufficient capital to execute Enviva's business plan, the ability of Enviva to complete acquisitions and realize the anticipated benefits of such acquisitions, impact of compliance with legislation and regulations, the continued impact of COVID-19, and other important factors that could cause actual results to differ materially from those projected. When considering the forward-looking statements, you should keep in mind the risk factors and other cautionary statements in such filings.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date on which such statement is made, and Enviva undertakes no obligation to correct or update any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by applicable law. All forward-looking statements attributable to Enviva are qualified in their entirety by this cautionary statement.

### Industry and market data

This presentation has been prepared by Enviva and includes market data and other statistical information from third-party sources, including independent industry publications, government publications or other published independent sources. Although Enviva believes these third-party sources are reliable as of their respective dates, Enviva has not independently verified the accuracy or completeness of this information. Some data is also based on Enviva's good faith estimates, which are derived from its review of internal sources as well as the third-party sources described above.


enviva

ENVIVA: HIGH GROWTH AND DURABLE LONG-TERM CASH FLOWS



## ~5.4 Million MTPY[1]

World's largest utility-grade wood pellet producer
Committed to "net-zero" by 2030[2]

## Fully Contracted

$14.6 Billion / 12.8 years at the Partnership[3]
$19.9 Billion / 14.0 years enterprise-wide[4]

## Distribution per Unit of $3.17[5]+

22 consecutive distribution increases[6]
13% CAGR[7] and 28% annualized total return[7] since IPO

## Conservative Financial Policy

50/50 equity/debt structure, 3.5 – 4.0x Leverage Ratio,
and 1.20x forward-looking annual distribution coverage[8]

## Robust Long-Term Demand

Driven by global commitment to phase out coal, limit the impact
of climate change, and achieve "net-zero" GHG emissions

## 3+ Million MTPY

Visible drop-down pipeline supported by well capitalized Sponsor



1) The Partnership's expected production capacity includes nameplate capacity of approximately 600,000 metric tons per year ("MTPY") for the wood pellet production plant in Greenwood, South Carolina (the "Greenwood plant") after completion of the expansion project.   2) On February 17, 2021, the Partnership and Enviva Holdings, LP (our "sponsor") announced our goal of achieving "net zero" greenhouse gas ("GHG") emissions in our operations by 2030.   3) As of February 1, 2021, excluding volumes under the contracts between long-term off-take customers and our sponsor.   4) As of February 1, 2021, including all volumes under the contracts between long-term off-take customers and the Partnership and our sponsor.   5) As of February 24, 2021, the Partnership expects to distribute at least $3.17 per common unit for fiscal year 2021, before considering the benefit of any acquisitions or drop-down transactions.   6) As announced on January 27, 2021, the board of directors of our general partner (the "Board") declared a distribution of $0.78 per common unit for the fourth quarter of 2020.   7) 2015 - 2020 Compound Average Growth Rate ("CAGR") utilizes $1.65 minimum quarterly distribution per unit for 2015 and $3.00 distribution per unit for 2020. The annualized total return for the Partnership's common units since the Partnership's IPO is per Bloomberg data, as of February 24, 2021.   8) The Partnership targets a 50/50 equity/debt capital structure for drop-downs, acquisitions, and major expansions, a total ratio of net debt to adjusted EBITDA (the "Leverage Ratio") of 3.5 - 4 times, and a distribution coverage ratio of 1.20 times, on a forward-looking annual basis. The Partnership's Leverage Ratio is calculated pursuant to the Partnership's credit agreement and may reflect the pro forma impact of drop-downs, acquisitions, and major expansions.

3

## EVA TOTAL RETURN[1]



Since IPO in 2015, EVA has outperformed the S&P 500 by 187% and the Alerian MLP Index by 340%

1)  As of February 24, 2021. Based on Bloomberg's total return data, which assumes reinvestment of distributions/dividends. Normalized for comparison purposes.
2)  MSCI USA IMI ESG Index is a capitalization-weighted index comprised of US-based companies that outperform sector peers on ESG evaluation metrics.

enviva

4

## ENVIVA: FIGHTING CLIMATE CHANGE, DISPLACING COAL,[1] GROWING MORE TREES[2]







**Through 2020, Wood Pellets Supplied by the Partnership and our Sponsor have Effectively Displaced 20 Million MT[6] of Coal**

**With Existing Contracts Running Through 2044, the Partnership and our Sponsor are on Track to Displace Another 88 Million MT of Coal**



1] Increasing the share of biomass on the global grid system is critical to the global energy transition. International Renewable Energy Agency's Global Energy Transformation: A Roadmap to 2050 (2018 Edition) report calls for the share of modern biomass for energy generation to increase from 0% in 2016 to 19% in 2050, and the share of coal for energy generation to decrease from 14% to 3% over the same period. 2) Landowners in the US South respond to strong markets for forest products by making investments in their forests and there is a clear positive relationship between rates of forest harvest and forest acreage, growth, and inventory. Based on FIA data for the US South covering the 70-year period since 1953, Forest2Market concluded that "increases demand for wood ... encouraged landowners to invest in productivity improvements that dramatically increased the amount of wood fiber, and therefore the amount of carbon, contained in the South's forest." Source: Forest2Market report, "Historical Perspective on the Relationship between Demand and Forest Productivity in the US South", July 2017; 3) Eurostat, Inland coal consumption in key European countries that Enviva serves; 4) Industrial wood pellet demand for Belgium, Denmark, Netherlands and United Kingdom. Hawkins Wright: The Outlook for Wood Pellets – Demand, Supply, Costs and Prices; 4th Quarter 2020; 5) USDA Forest Service, Forest Inventory and Analysis Program. Enviva's primary sourcing regions consist of the Chesapeake (NC, VA), Wilmington (NC, SC, GA), and Gulf (AL, FL, GA, MS) regions; 6) Metric Tons.

5

## SUBSTANTIAL GHG EMISSIONS REDUCTIONS AND LOWEST-COST, DROP-IN RENEWABLE FUEL

### Wood Pellets Provide the Low-Cost, Drop-In Replacement for Coal

| Wood Pellet vs. Coal Attributes | | |
|---|---|---|
| | Wood Pellets[1] | Southern PRB Coal[2] |
| Heat Content (BTU / lb) | 8,000 | 8,600 |
| Moisture | 4 – 10% | 26 – 30% |
| Ash | 0 – 2% | 4.6 – 5.7% |
| Sulfur | 0 – 0.15% | < 1.0% |

### Lifecycle GHG Emissions Reduction vs. Fossil Fuels[6]



### Total System Cost of Electricity in Germany (€ / MWh)[4]



### Levelized Cost of Electricity in Japan in 2020 (US$ / MWh)[5]





enviva

1] Enviva estimates.   2] Source: Union Pacific.   3) Hawkins Wright: The Outlook for Wood Pellets – Demand, Supply, Costs and Prices; 2nd Quarter 2020. North American industrial pellet demand forecasted to be 90,000 MTPY in 2024.   4) Aurora Energy Research – Biomass conversions & the system cost of renewables (November 2019).  Total System Cost of Electricity (TSOE) is the pro-rata/unit hour cost of building and operating a generating plant over an assumed financial life including intermittency, security of supply, balancing, grid expansion, and heat adjustment (applicable for CHP only).  Data is for Germany and may not be representative of all the markets in which we or our customers operate.  CHP is Combined Heat & Power.  Conversion costs are related to the electricity grid only.  New build CCGT could require gas grid expansions, the cost of which is not included here.   5) IHS Markit: Levelized Cost of Power Generation in Japan, May 8, 2017. Costs are presented in real terms as of 2020.  In contrast to TSOE, Levelized Cost of Electricity (LCOE) does not include the intermittency costs associated with wind and solar power.  LCOE for Dedicated Biomass assumes biomass wood-burning power plants with 112 MW of capacity and 40% efficiency.   6) Boundless Impact, Investing, "Life-cycle assessment of U.S. biomass supply and the role of biomass electricity for meeting UK emission objectives".   7) Combined Heat and Power.

6

# MARKET DRIVEN BY GLOBAL COMMITMENT TO FIGHT CLIMATE CHANGE

| Policymaker Commitment Across the Globe | | Sustainable Carbon Benefits Well-Recognized |
|---|---|---|



**JAPAN**

- METI[1] targets ~6-7.5 GWs[2] of biomass generation by 2030, equivalent to ~15-20 million MTPY of demand[3]; 20-year FIT[4] support with requirement to use biomass for another 20 years
- Strategic Energy Plan also assumes contribution of 20-22% from nuclear power by 2030, which faces strong opposition after the Fukushima nuclear disaster
- Prime Minister Yoshihide Suga pledged that the country would be "net-zero" by 2050; METI targets 50–60% of the nation's power supply to be renewable by 2050



**EU**

- RED II[5] calls for renewables to account for at least 32% of EU's gross consumption by 2030
- European Climate Law sets legally binding target of "net-zero" by 2050
- All 27 member states agreed to raising EU's 2030 GHG emission reduction target from 40% to 55%, as compared to 1990 levels



**GERMANY**

- Largest user of coal in the EU with more than 170 million metric tons consumed in 2019[6]
- Recently passed the Coal Exit Law[7] mandating complete phase-out of coal-fired power generation by 2038, shutting down or converting 43.9 GWs of coal capacity to alternative fuels
- Additionally, targets phase-out of 9.5 GWs of nuclear generation by 2022



**UK**

- Long-time leader in renewable energy targeting 15% of energy demand to come from bioenergy by 2050 and recently raised its commitment to cut GHG emissions to at least 68% by 2030, as compared to 1990 levels
- Strong commitment to bioenergy as a source of heat and power and support of Bioenergy with Carbon Capture and Storage (BECCS) as a key negative carbon emissions solution

**NETHER-LANDS**

- Legally binding goal to phase out of coal from power generation by 2030
- Long tradition of supporting renewable energy, including biomass, via the SDE, SDE+, and SDE++ programs



UN Intergovernmental Panel on Climate Change (IPCC): holds long standing view that biomass must play a key role under every single pathway to achieve the goal of limiting climate change to 1.5-degrees °C. *"In the long term, a sustainable forest management strategy aimed at maintaining or increasing forest carbon stocks, while producing an annual sustained yield of timber, fiber, or energy from the forest, will generate the largest sustained mitigation benefit."*

International Renewable Energy Agency (IRENA): reiterated IPCC's view on the critical role of biomass, but also called for a tripling of the amount of modern biomass used for energy production from 5 percent today to 16 percent by 2050, as it laid out its own proposed global pathway to a carbon-neutral and renewable future by 2050

Germany's Coal Exit Law: explicitly recognized the use of sustainable biomass as part of the transition to completely phase out coal from power generation

Netherlands Environmental Assessment Agency (PBL): concluded that the country will not be able to achieve its climate targets without substantially increasing biomass utilization and that a significant role for biomass is a "prerequisite" for a climate-neutral circular economy[8]

enviva 1) Ministry of Economy, Trade and Industry; 2) Gigawatts; 3) Estimated demand for biomass of 15 to 20 million MTPY is based on Enviva's estimates assuming power plant efficiencies similar to existing European customers. Actual biomass consumption at Japanese power plants may vary; 4) Feed-in-Tariff; 5) Renewable Energy Directive II; 6) Source: Enerdata: coal and lignite domestic consumption. Germany consumed 171 million tons of coal and lignite in 2019; 7) On July 3, 2020, Germany's Bundestag passed the Coal Exit Law 19/17/15; 8) PBL: "Analysis and Applications of Sustainable Biomass", May 8, 2020. Source of image: EUBIA/ORC "European State Forecasts Boost the Bioeconomy" 7

## STRATEGICALLY LOCATED PRODUCTION AND TERMINAL ASSETS





## UNPARALLELED GLOBAL SCALE PROVIDES DURABLE COMPETITIVE ADVANTAGES

**Enviva is the world's largest supplier of utility-grade wood pellets in a highly fragmented industry with numerous small, single-plant operators**

- A "build and copy" approach allows for highly efficient, large-scale production facilities and creates operating leverage
- Multi-plant profile and global scale translate into superior reliability and opportunities for optimization
- Access to robust fiber baskets allows for reliable raw material supply and a flat marginal cost curve for incremental production





# COMMITMENT TO "NET-ZERO" IN OUR OPERATIONS BY 2030



**Scope 1** — direct emissions from assets owned and controlled by Enviva

**Scope 2** — indirect emissions from heat, steam or electricity purchased by Enviva

**Scope 3** — indirect emissions in Enviva's upstream or downstream value chain

Our 2019 Emissions — 6% · 41% · 53%

### Transparency and Reporting

- Track and report annually on all emissions
- Commit to disclose climate-relevant data and risks through CDP (formerly the Carbon Disclosure Project) by the end of 2022

### For Scope 1 Emissions

- Immediately work to minimize the emissions from fossil fuels used directly in our operations
- Offset 100% of our residual emissions through investments in projects that result in real, additional, and third-party verified net-carbon reductions
- Focus on forest offsets in partnership with Finite Carbon and others

### For Scope 2 Emissions

- Source 100% of energy for our operations from renewable sources by 2030, with interim target of at least 50% by 2025
- Maximize use of on-site renewable energy generation at our facilities, as well as develop new off-site renewable energy resources physically located in our operating regions where possible

### For Scope 3 Emissions

- Proactively engage with partners and other key stakeholders to adopt clean-energy solutions, including trucking, rail, and shipping logistics
- Take steps to accelerate and advocate for the development of new solutions and to work with stakeholders to bring those solutions to market

**The Partnership and Our Sponsor Commit to the Goal and Plan to Become "Net-Zero" in Our Operations by 2030**



## ROBUST NATURAL RESOURCE GROWTH, STABLE COSTS, AND KEY BASIS DIFFERENTIAL





## ENVIVA'S ACTIVITIES SUSTAIN THRIVING, HEALTHY FORESTS



Sponsor's Track & Trace® Program, a first-of-its-kind system, is an important element of our responsible wood supply program and provides unprecedented transparency into our procurement activities

Between 2010, when Enviva opened its first U.S. plant, and 2019, forest inventory in our supply base increased by more than 400 million metric tons

Forest data analytics demonstrate increased harvests and healthy markets increase growth in forest acreage, timber inventory, and carbon stored in the landscape

"An industry that can reduce greenhouse gas emissions, increase forest growth, and create jobs sounds too good to be true. But that is the reality of the emerging wood pellet market in the Southern U.S."[1]
- Former USDA Chief Economist Robert Johansson



Our Wood Came from These Sources:[2]

- 34% Pine forests with hardwood understory[3]
- 28% Mixed pine & hardwood forests
- <1% Arboricultural residues
- 2% Bottomland hardwood forests
- 3% Other hardwood forests
- 17% Mill & industry residues[4]
- 15% Pine forests

Certifications with Annual Audits by Independent Certification Bodies:

   

FSC — The mark of responsible forestry
PEFC
SUSTAINABLE FORESTRY INITIATIVE
SBP Sustainable Biomass Program


enviva

1) USDA - http://ospa.usda.gov/221509/08/study-finds-increasing-wood-pellet-demand-boosts-forest-growth-reduces-greenhouse-gas-emissions-creates-jobs/ 2016.
2) The information in this panel is based on wood supplied to the Partnership and our sponsor's production points from July through December 2019.
3) This wood consists of unremoved or "understory" wood that was removed as part of a larger harvest; tops and limbs, brush and "trimmings" that were removed to make additional room for planted pines to grow.
4) We can identify the individual production facilities that provided these materials.

12

## LONG-TERM, TAKE-OR-PAY OFF-TAKE CONTRACTS DELIVER STABLE CASH FLOWS

| Typical Contract Provisions[1] | |
| --- | --- |
| Counterparty | Major utilities and investment grade-rated trading houses |
| Term | Up to 20 years |
| Take-or-Pay | Yes |
| Termination Make-Whole | Yes |

| Margin Protection[1] | |
| --- | --- |
| Price escalators | Yes |
| Fiber / diesel passthroughs | Yes, in some contracts |
| Shipping costs | Fixed with matching long-term shipping contracts |
| Bunker fuel passthrough | Yes |
| Changes in Law / Government Regulations | Provisions designed to protect against changes in law / government regulations |



Illustrative Passthroughs and Escalators[2]

**Production Capacity Matched with Robust Long-Term Contracts with High-Credit Counterparties**

1) Note: off-take contract terms are example of various provisions within our portfolio of contracts. No single contract in our portfolio contains every provision listed above;
2) Not representative of all contracts with regard to stumpage and diesel passthroughs


enviva

13

## INCREASINGLY DIVERSE CUSTOMER BASE FURTHER ENHANCES STABILITY









# THREE PILLARS OF GROWTH

| Organic Growth within the Partnership | Accretive Drop-Downs from Our Sponsor | Third-Party Acquisition Opportunities |
|---|---|---|

**Organic Growth within the Partnership**

- Pricing increases and escalators under existing contracted position
- Construction of 400,000 MTPY aggregate production capacity expansion completed at Northampton and Southampton plants
  - ~$130 million investment and ~$28-$32 million in expected incremental adjusted EBITDA annually[1,3]
- On track to expand Greenwood to 600,000 MTPY by the end of 2021
- Expansion projects underway at the Sampson, Hamlet, and Cottondale plants (the "Multi-Plant Expansions")
  - ~$50 million expected investment and ~$20 million in expected incremental run rate adjusted EBITDA annually[2,3]
- Anticipated annual organic growth driven by contract price escalations, cost reductions and productivity improvements

**Accretive Drop-Downs from Our Sponsor**

- Five drop-downs since IPO, including 2.3 million MTPY of production capacity and 3.0 million MTPY of terminaling capacity
- Construction of the fully contracted Lucedale plant and the Pascagoula terminal[4]
- Development and construction of the fully contracted Epes plant[4]
- Evaluation of additional sites for pellet production plants across the Southeastern United States to serve the balance of the $5.3 billion in current long-term contracted demand at our sponsor, which is complemented by material contract volumes under negotiation with utilities and power generators in current and evolving markets around the globe[4]

**Third-Party Acquisition Opportunities**

- Proven, successful and selective acquirer
- Acquisitions must compare favorably to sponsor development pipeline and drop-down economics
- Target opportunities must be core to the business and bring new customer set, strategic capability and / or geographic diversification
- The Partnership acquired the Cottondale plant in January 2015 and the Waycross plant in July 2020
- Our sponsor acquired the Greenwood plant in 2018. The Partnership acquired the Greenwood plant from our sponsor in 2020


enviva

[1] The estimated incremental adjusted EBITDA that can be expected from the expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity at the Northampton and Southampton production plants.
[2] The estimated incremental adjusted EBITDA that can be expected from the expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity and cost savings at our wood pellet production plants in Sampson, NC (the "Sampson plant"), Hamlet, NC (the "Hamlet plant"), and Cottondale, FL (the "Cottondale plant"), subject to receiving the necessary permits. The Partnership expects to complete the expansion projects by the end of 2022.
[3] For an explanation of why we are unable to reconcile the estimated adjusted EBITDA for the Mid-Atlantic Operations and the Multi-Plant Expansions to the most directly comparable GAAP financial measures, see Appendix.
[4] Although we expect to have the opportunity to acquire assets or completed development projects and associated contracts from our sponsor in the future, we cannot assure you that our sponsor will be successful in completing their development projects or that we will successfully negotiate an agreement with our sponsor to acquire such assets, projects, or associated contracts.

15

# 3+ MILLION MTPY FULLY FINANCED "BUILD AND COPY" SPONSOR DEVELOPMENT PIPELINE



**LUCEDALE PLANT, MS**
- "Build and copy" production plant under construction for completion mid-year 2021
- Robust fiber basket
- ~50 miles to Pascagoula terminal

**EPES PLANT, AL**
- "Build and copy" production plant
- Purchased the project site and commenced certain pre-construction activities
- Finished products to be delivered to the Pascagoula terminal by barge

**PASCAGOULA TERMINAL, MS**
- "Build and copy" deep-water marine terminal under construction for completion mid-year 2021
- Multi-modal access by rail, truck, and barge, 3 million MTPY throughput capacity
- Deep berth capable of supporting Panamax vessels

Plants in the Partnership ○      Terminals owned or leased by the Partnership ▲
Plants under construction / development ○      Terminals under construction ▲
Plant sites under control / assessment[1] ○

**$325 Million Green Term Loan and $300 Million Undrawn Equity Commitment[2] Lowered Cost of Development Capital**



1)  Assets under control / assessment are shown at approximate locations.
2)  In July 2020, our sponsor completed a series of transactions that recapitalized the company (the "Recapitalization"). As the result of the Recapitalization, our sponsor will be able to call incremental equity commitments totaling approximately $300 million to finance its substantial pipeline of future growth projects. Additional details are available as part of our sponsor's press release as of July 22, 2020.      16

## VISIBLE GROWTH





## KEEPING PROMISES

- **Accretive Acquisitions**
  - What we said: production plant drop-downs at 7-7.5x EBITDA multiple
  - What we did: Greenwood / Waycross Acquisitions combined at ~6.5x EBITDA multiple
- **Balanced Capital Structure**
  - What we said: 50 / 50 equity / debt split for drop-downs, acquisitions, and major expansions
  - What we did: $200 million equity / $150 million bond issuance for approximately $368 million combined acquisition costs for Greenwood and Waycross Acquisitions
- **Conservative Leverage**
  - What we said: target long-term leverage ratio of 3.5x – 4.0x
  - What we did: with the Acquisitions and associated financing activities, we expect long-term leverage ratio to be consistent with our target range
- **Distribution Growth**
  - What we said: continue to increase distribution per unit
  - What we did: 22 consecutive distribution increases since IPO[1], 13% CAGR based on $3.00/unit in 2020[2]
- **Conservative Coverage Ratio**
  - What we said: target 1.20x distribution coverage ratio, on a forward-looking, annual basis
  - What we did: 2020 distributable cash flow (net of IDRs) covered 2019 distributions at 1.29x

 enviva

1) As of January 27, 2021, the Board declared a distribution of $0.78 per common unit for the fourth quarter of 2020.
2) 2015-2020 CAGR utilizes $1.65 minimum quarterly distribution per unit for 2015 and $3.00 distribution per unit for 2020

## HIGH CALIBER LEADERSHIP





19





Night Shift at Enviva Pellets Northampton

Additional Information

## FAVORABLE CONTRACT STRUCTURE RESULTS IN DURABLE MARGINS



7
- Long-term contracts with diversified customer base
- Fixed-price (with escalators), take-or-pay off-take contracts

6
- Fixed-price, USD / ton denominated shipping contracts matched to length of off-take contracts
- Bunker fuel costs passed through to customers
- Shipping costs range from ~$20 / MT (Europe) to ~$35 / MT (Japan)

5
- Vertically integrated business model provides substantial operating leverage as business grows

4
- Fixed USD / ton transportation costs from plants to port terminals by truck / rail / barge

3
- "Build and copy" approach to allow for certainty of uptime and economy of scale
- Includes labor, consumables, repairs and maintenance, and energy costs
- Given fixed asset base, productivity improvements drive substantial margin expansion opportunities

2
- ~2:1 green ton to pellet ton conversion (green wood is, on average, composed of approximately 50% water, which varies seasonally. As such, on average, EVA acquires approximately two green tons to convert one pellet ton post the drying process)

1
- Majority of delivered price of fiber is comprised of labor, equipment and hauling costs
- Fiber ("stumpage") cost is ~10% of sales price, driven by strong fiber basket in the Southeast U.S.



1. Adj. Gross Margin per Metric Ton defined in Appendix

21

## NO MATERIAL IMPACT FROM COVID-19[1] PANDEMIC

- Number one priority is to ensure the health and well-being of our employees and the communities in which we operate

- Enhanced plans, procedures, and measures are in place to mitigate the risk of exposure and to make our work environment as safe as possible for continued operations

- We operate a portfolio of nine geographically dispersed wood pellet production plants

- Our business supplies essential fuel to our customers under long-term, take-or-pay off-take contracts that our customers use for baseload heat and power generation

- Most of our current deliveries are to Europe, where they fuel grid-critical baseload for dispatchable generation facilities that provide power and heat required by their local communities.  There are few substitutes or alternatives to the fuel we supply our customers

- In the U.S., government-issued guidance identifies biomass as one of the industries essential to the continued critical infrastructure viability, and this guidance has been followed by states where our plants and terminals are located, meaning our operations remain largely unaffected by the governmental actions taken in response to COVID-19

- Although EVA's operational and financial results have not been materially impacted by the COVID-19 pandemic, the full implications of the novel coronavirus are not yet known
    - Plants, ports, and supply chains both domestically and internationally continue to operate uninterrupted on 24x7 basis
    - Each of our customers is in compliance with their agreements with us, including payment terms

- If needed, we have contingency and business continuity plans in place that we believe would mitigate the impact of potential business disruptions

 1)   "COVID-19" refers to the outbreak of a novel strain of coronavirus

enviva

22

## 2021 GUIDANCE

| $ MILLIONS | Twelve Months Ending December 31, 2021[1] |
|---|---|
| ESTIMATED NET INCOME | $42.3 - 62.3 |
| ESTIMATED ADJUSTED EBITDA | 230.0 - 250.0 |
| INTEREST EXPENSE | 57.0 |
| MAINTENANCE CAPEX | 13.0 |
| ESTIMATED DISTRIBUTABLE CASH FLOW | $160.0 - 180.0 |

**The Partnership Expects to Distribute at Least $3.17 Per Common Unit for Full-Year 2021[1]**

**Targeted Distribution Coverage Ratio is at Least 1.20 Times, on a Forward-Looking Annual Basis[2]**



1) As of February 24, 2021, the Partnership expects full-year 2021 net income to be in the range of $42.3 million to $62.3 million, adjusted EBITDA to be in the range of $230.0 million to $250.0 million, and distributable cash flow to be in the range of $160.0 million to $180.0 million, prior to any distribution attributable to incentive distribution rights paid to our general partner. The Partnership expects to distribute at least $3.17 per common unit for full-year 2021, before considering the benefit of any acquisitions or drop-down transactions, and to target a distribution coverage ratio of 1.20 times on a forward-looking annual basis. The guidance amounts provided above do not include the impact of any additional acquisitions by the Partnership from our sponsor or third parties.

2) Additional details are available as part of our earnings release as of February 24, 2021.

23

## FINANCIAL RESULTS

| $ THOUSANDS, EXCEPT PER METRIC TON AND PER UNIT FIGURE | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| NET REVENUE | $ 277,310 | $ 200,540 | $ 875,079 | $ 684,393 |
| COST OF GOODS SOLD | 250,744 | 172,352 | 767,956 | 603,325 |
| GROSS MARGIN | 26,566 | 28,188 | 107,123 | 81,068 |
| AGM PER METRIC TON[1] | 54.02 | 52.83 | 47.29 | 42.54 |
| NET (LOSS) INCOME | (435) | 929 | 17,080 | (2,943) |
| ADJUSTED EBITDA[1] | 69,314 | 53,284 | 190,294 | 141,275 |
| DISTRIBUTABLE CASH FLOW[1,2] | 54,845 | 39,354 | 141,556 | 98,460 |
| DISTRIBUTION PER COMMON UNIT | $ 0.780 | $ 0.675 | $ 3.000 | $ 2.650 |

**22 Consecutive Distribution Increases Since the IPO[3]**



1) See Appendix for Adjusted EBITDA, Adjusted Gross Margin per Metric Ton and Distributable Cash Flow reconciliations;
2) Prior to any distributions paid to our general partner;
3) As of January 27, 2021, the Board declared a distribution of $0.78 per common unit for the fourth quarter of 2020.

24





Appendix

## NON-GAAP FINANCIAL MEASURES

This presentation contains certain financial measures that are not presented in accordance with accounting principles generally accepted in the United States ("GAAP"). Although they should not be considered alternatives to the GAAP presentation of the financial results of the Partnership, management views such non-GAAP measures as important to reflect the Partnership's actual performance during the periods presented.

### Non-GAAP Financial Measures

In addition to presenting our financial results in accordance with GAAP, we use adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA and distributable cash flow to measure our financial performance.

### Adjusted Gross Margin and Adjusted Gross Margin per Metric Ton

We define adjusted gross margin as gross margin excluding asset impairments and disposals, depreciation and amortization, changes in unrealized derivative instruments related to hedged items included in gross margin, non-cash unit compensation expenses, and acquisition and integration costs, adjusting for the effect of Commercial Services, and including MSA Fee Waivers. We define adjusted gross margin per metric ton as adjusted gross margin per metric ton of wood pellets sold. We believe adjusted gross margin and adjusted gross margin per metric ton are meaningful measures because they compare our revenue-generating activities to our operating costs for a view of profitability and performance on a total-dollar and a per-metric ton basis. Adjusted gross margin and adjusted gross margin per metric ton will primarily be affected by our ability to meet targeted production volumes and to control direct and indirect costs associated with procurement and delivery of wood fiber to our wood pellet production plants and our production and distribution of wood pellets.

### Adjusted EBITDA

We define adjusted EBITDA as net income excluding depreciation and amortization, interest expense, income tax expense (benefit), early retirement of debt obligations, non-cash unit compensation expense, asset impairments and disposals, changes in unrealized derivative instruments related to hedged items included in gross margin and other income and expense, and acquisition and integration costs, adjusting for the effect of Commercial Services, and including MSA Fee Waivers. Adjusted EBITDA is a supplemental measure used by our management and other users of our financial statements, such as investors, commercial banks and research analysts, to assess the financial performance of our assets without regard to financing methods or capital structure.


enviva

## NON-GAAP FINANCIAL MEASURES (CONT.)

### Distributable Cash Flow

We define distributable cash flow as adjusted EBITDA less maintenance capital expenditures, cash income tax expenses, and interest expense net of amortization of debt issuance costs, debt premium, original issue discounts, interest expense associated with the redemption of the $355.0 million of aggregate principal amount of 6.5% senior unsecured notes due 2021 (the "2021 Notes"), and the impact from incremental borrowings related to a fire that occurred in February 2018 at the Chesapeake terminal (the "Chesapeake Incident") and Hurricanes Florence and Michael (the "Hurricane Events"). We use distributable cash flow as a performance metric to compare our cash-generating performance from period to period and to compare the cash-generating performance for specific periods to the cash distributions (if any) that are expected to be paid to our unitholders. We do not rely on distributable cash flow as a liquidity measure.

### Limitations of Non-GAAP Financial Measures

Adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, and distributable cash flow are not financial measures presented in accordance with GAAP. We believe that the presentation of these non-GAAP financial measures provides useful information to investors in assessing our financial condition and results of operations. Our non-GAAP financial measures should not be considered as alternatives to the most directly comparable GAAP financial measures. Each of these non-GAAP financial measures has important limitations as an analytical tool because they exclude some, but not all, items that affect the most directly comparable GAAP financial measures. You should not consider adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, or distributable cash flow in isolation or as substitutes for analysis of our results as reported under GAAP. Our definitions of these non-GAAP financial measures may not be comparable to similarly titled measures of other companies, thereby diminishing their utility.



## NON-GAAP FINANCIAL MEASURES (CONT.)

This presentation contains an estimate of the incremental adjusted EBITDA our sponsor's wood pellet production plants and marine terminal currently under development, the Mid-Atlantic Expansions, and the Multi-Plant Expansions will generate on a run-rate basis.

Presentation of estimated net income and reconciliations of estimated incremental adjusted EBITDA for potential drop-downs of any wood pellet production plant or marine terminal from our sponsor to the closest GAAP financial measure, net income, are not provided because the estimate of net income to be generated by the potential drop-downs of such wood pellet production plants or marine terminal is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to the financing of such assets is not available at this time.

In addition, a presentation of estimated net income and a reconciliation of the estimated incremental adjusted EBITDA expected to be generated by the Mid-Atlantic Expansions and Multi-Plant Expansions to the closest GAAP financial measure, net income, are not provided because estimate of net income expected to be generated by the expansions is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to the financing of the expansions and depreciation are not available at this time.

Our estimates of net income and / or adjusted EBITDA for such assets and project are based on numerous assumptions that are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks and uncertainties that could cause actual results and amounts to differ materially from those estimates. For more information about such significant risks and uncertainties, please see the risk factors discussed or referenced in our filings with the Securities and Exchange Commission (the "SEC"), including the Annual Report on Form 10-K and the Quarterly Reports on Form 10-Q most recently filed with the SEC.



## NON-GAAP FINANCIAL MEASURES RECONCILIATION

The following table provides a reconciliation of distributable cash flow and adjusted EBITDA to net income (loss):

See Note 1 of our financial statements, Description of Business and Basis of Presentation, to our Annual Report on the 10-K and slide 26 through 27 for basis of presentation.

| RECONCILIATION OF NET INCOME (LOSS) TO ADJUSTED EBITDA AND DISTRIBUTABLE CASH FLOW | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| NET (LOSS) INCOME | $ (435) | $ 929 | $ 17,080 | $ (2,943) |
| ADD: | | | | |
| DEPRECIATION AND AMORTIZATION | 27,669 | 15,834 | 77,471 | 51,581 |
| INTEREST EXPENSE | 12,434 | 10,643 | 44,902 | 39,344 |
| EARLY RETIREMENT OF DEBT OBLIGATION | — | 9,042 | — | 9,042 |
| NON-CASH UNIT COMPENSATION EXPENSE | 6,195 | 1,575 | 12,798 | 5,410 |
| INCOME TAX EXPENSE | 344 | — | 69 | — |
| ASSET IMPAIRMENTS AND DISPOSALS | 3,742 | 2,541 | 6,978 | 3,103 |
| CHANGES IN UNREALIZED DERIVATIVE INSTRUMENTS | 8,386 | 5,940 | 4,328 | 4,588 |
| MSA FEE WAIVERS | 9,437 | 3,851 | 23,400 | 22,600 |
| ACQUISITION AND INTEGRATION COSTS AND OTHER | 1,542 | (1,210) | 7,407 | 4,411 |
| COMMERCIAL SERVICES | — | 4,139 | (4,139) | 4,139 |
| ADJUSTED EBITDA | $ 69,314 | $ 53,284 | $ 190,294 | $ 141,275 |
| LESS: | | | | |
| INTEREST EXPENSE, NET OF AMORTIZATION OF DEBT ISSUANCE COSTS, DEBT PREMIUM, ORIGINAL ISSUE DISCOUNT, INTEREST EXPENSE ON THE REDEMPTION OF THE 2021 NOTES IN 2019, AND IMPACT FROM INCREMENTAL BORROWINGS RELATED TO CHESAPEAKE INCIDENT AND HURRICANE EVENTS | 11,461 | 9,351 | 40,786 | 35,893 |
| MAINTENANCE CAPITAL EXPENDITURES | 3,008 | 4,579 | 7,952 | 6,922 |
| DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO ENVIVA PARTNERS, LP | $ 54,845 | $ 39,354 | $ 141,556 | $ 98,460 |
| LESS: DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO INCENTIVE DISTRIBUTION RIGHTS | 8,119 | 3,289 | 26,917 | 11,439 |
| DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO ENVIVA PARTNERS, LP LIMITED PARTNERS | $ 46,726 | $ 36,065 | $ 114,639 | $ 87,021 |
| CASH DISTRIBUTIONS DECLARED ATTRIBUTABLE TO ENVIVA PARTNERS, LP LIMITED PARTNERS | 31,218 | 22,683 | 115,318 | 88,761 |
| DISTRIBUTION COVERAGE RATIO | 1.50 | 1.59 | 0.99 | 0.98 |



29

# NON-GAAP FINANCIAL MEASURES RECONCILIATION (CONT.)

The following table provides a reconciliation of gross margin to adjusted gross margin per metric ton:

See Note 1 of our financial statements, Description of Business and Basis of Presentation, to our Annual Report on the 10-K and slide 26 through 27 for basis of presentation.

| RECONCILIATION OF GROSS MARGIN TO ADJUSTED GROSS MARGIN AND ADJUSTED GROSS MARGIN PER METRIC TON: (in thousands, except per metric ton) | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| **GROSS MARGIN** | $ 26,566 | $ 28,188 | $ 107,123 | $ 81,068 |
| ASSET IMPAIRMENTS AND DISPOSALS | 3,742 | 2,541 | 6,978 | 3,103 |
| NON-CASH UNIT COMPENSATION EXPENSE | 609 | — | 2,024 | — |
| DEPRECIATION AND AMORTIZATION | 27,252 | 15,409 | 76,115 | 50,521 |
| CHANGES IN UNREALIZED DERIVATIVE INSTRUMENTS | 8,386 | 5,940 | 4,328 | 4,588 |
| MSA FEE WAIVERS | 5,448 | — | 10,913 | 5,000 |
| ACQUISITION AND INTEGRATION COSTS AND OTHER | 759 | (1,216) | 1,510 | 3,211 |
| COMMERCIAL SERVICES | — | 4,139 | (4,139) | 4,139 |
| **ADJUSTED GROSS MARGIN** | $ 72,762 | $ 55,001 | $ 204,852 | $ 151,630 |
| METRIC TONS SOLD | 1,347 | 1,041 | 4,332 | 3,564 |
| **ADJUSTED GROSS MARGIN PER METRIC TON** | $ 54.02 | $ 52.83 | $ 47.29 | $ 42.54 |



## 2021 GUIDANCE

| $ MILLIONS | Twelve Months Ending December 31, 2021 | |
|---|---|---|
| **ESTIMATED NET INCOME** | $ | **42.3 - 62.3** |
| ADD: | | |
| DEPRECIATION AND AMORTIZATION | | 89.6 |
| INTEREST EXPENSE | | 58.7 |
| INCOME TAX EXPENSES | | 0.9 |
| NON-CASH UNIT COMPENSATION EXPENSE | | 11.0 |
| ASSET IMPAIRMENTS AND DISPOSALS | | 5.0 |
| MSA FEE WAIVERS[1] | | 19.0 |
| ACQUISITION AND INTEGRATION COSTS | | 1.5 |
| OTHER NON-CASH EXPENSES | | 2.0 |
| **ESTIMATED ADJUSTED EBITDA** | $ | **230.0 - 250.0** |
| LESS: | | |
| INTEREST EXPENSE NET OF AMORTIZATION OF DEBT ISSUANCE COSTS, DEBT PREMIUM, AND ORIGINAL ISSUE DISCOUNT | | 57.0 |
| MAINTENANCE CAPITAL EXPENDITURES | | 13.0 |
| **ESTIMATED DISTRIBUTABLE CASH FLOW** | $ | **160.0 - 180.0** |



1)  Includes expected $19.0 million of MSA Fee Waivers associated with the acquisition of the Greenwood plant

31

## 2021 AND 2024 GUIDANCE FOR THE GREENWOOD AND WAYCROSS ACQUISITIONS

The following table provides a reconciliation of the estimated adjusted EBITDA to the estimated net income associated with the Greenwood and Waycross Acquisitions for the twelve months ending December 31, 2021 and 2024 (in millions):

| $ MILLIONS | Twelve Months Ending December 31, 2021 | Twelve Months Ending December 31, 2024 |
|---|---|---|
| ESTIMATED NET INCOME | $    (17.7) - (13.7) | $    18.7 - 22.7 |
| ADD: | | |
| DEPRECIATION AND AMORTIZATION | 23.1 | 24.0 |
| INTEREST EXPENSE | 10.8 | 10.0 |
| INCOME TAX EXPENSE | 0.8 | 0.8 |
| NON-CASH UNIT COMPENSATION EXPENSE | 0.6 | 1.4 |
| ASSET IMPAIRMENTS AND DISPOSALS | 1.0 | 1.0 |
| INTEGRATION COSTS | 1.4 | -- |
| MSA FEE WAIVERS[1] | 19.0 | -- |
| ESTIMATED ADJUSTED EBITDA | $    39.0 - 43.0 | $    56.0 - 60.0 |



1) Includes expected $19.0 million of MSA Fee Waivers associated with the Greenwood Acquisition

32





Contact:
Wushuang Ma
+1 240-482-3856
ir@envivapartners.com