# EXHIBIT 6

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 8-K
**CURRENT REPORT**
Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (date of earliest event reported): **May 10, 2021**

# Enviva Partners, LP
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-37363** | **46-4097730** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **7272 Wisconsin Ave.**　**Suite 1800**　**Bethesda,**　**MD** | **20814** |
|---|---|
| (Address of principal executive offices) | (Zip code) |

**(301) 657-5560**
Registrant's telephone number, including area code:

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐　Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐　Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐　Pre-commencement communication pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐　Pre-commencement communication pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Units | EVA | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01.   Regulation FD Disclosure.**

On May 10, 2021, Enviva Partners, LP (the "Partnership") posted a revised investor presentation to the Investor Relations section of its website at www.envivabiomass.com. A copy of the presentation materials is being furnished as Exhibit 99.1 hereto and is incorporated herein by reference.

The information in Item 7.01 of this Current Report on Form 8-K and Exhibit 99.1 is being "furnished" and shall not be deemed to be "filed" by the Partnership for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 9.01.   Financial Statements and Exhibits.**

*Exhibits.*

| Exhibit Number | Description |
|---|---|
| 99.1 | Presentation Materials Dated May 10, 2021. |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL. |

2

**SIGNATURES**

Pursuant to the requirements of the Exchange Act, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ENVIVA PARTNERS, LP

By:  Enviva Partners GP, LLC, as its sole general partner

Date: May 10, 2021  By: /s/ Jason E. Paral
      Name: Jason E. Paral
      Title: Vice President, Associate General Counsel and Secretary

3

EXHIBIT 99.1





Enviva Partners, LP
Business Overview

(NYSE: EVA)

Last Updated: May 10, 2021

## FORWARD-LOOKING AND CAUTIONARY STATEMENTS



Forward-looking statements

This presentation contains "forward-looking statements" within the meaning of the securities laws. All statements, other than statements of historical fact, included in this presentation that address activities, events or developments that Enviva Partners, LP (NYSE:  EVA) ("Enviva," the "Partnership," "we," or "us") expects, believes or anticipates will or may occur in the future are forward-looking statements. The words "believe," "expect," "may," "estimates," "will," "anticipate," "plan," "intend," "foresee," "should," "would," "could," or other similar expressions are intended to identify forward-looking statements, which are generally not historical in nature. However, the absence of these words does not mean that the statements are not forward-looking.

These statements are based on certain assumptions made by Enviva based on management's expectations and perception of historical trends, current conditions, anticipated future developments, and other factors believed to be appropriate. Although Enviva believes that these assumptions were reasonable when made, because assumptions are inherently subject to significant uncertainties and contingencies that are difficult or impossible to predict and are beyond its control, Enviva cannot give assurance that it will achieve or accomplish these expectations, beliefs, or intentions. A number of the assumptions on which these forward-looking statements are based are subject to risks and uncertainties, many of which are beyond the control of Enviva, and may cause actual results to differ materially from those implied or expressed by the forward-looking statements. These risks and uncertainties include the factors discussed or referenced in our filings with the Securities and Exchange Commission (the "SEC"), including the Annual Report on Form 10-K and the Quarterly Report on Form 10-Q most recently filed with the SEC, including those risks relating to financial performance and results, economic conditions and resulting capital restraints, availability of sufficient capital to execute Enviva's business plan, the ability of Enviva to complete acquisitions and realize the anticipated benefits of such acquisitions, impact of compliance with legislation and regulations, the continued impact of COVID-19, and other important factors that could cause actual results to differ materially from those projected. When considering the forward-looking statements, you should keep in mind the risk factors and other cautionary statements in such filings.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date on which such statement is made, and Enviva undertakes no obligation to correct or update any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by applicable law. All forward-looking statements attributable to Enviva are qualified in their entirety by this cautionary statement.

Industry and market data

This presentation has been prepared by Enviva and includes market data and other statistical information from third-party sources, including independent industry publications, government publications or other published independent sources.  Although Enviva believes these third-party sources are reliable as of their respective dates, Enviva has not independently verified the accuracy or completeness of this information.  Some data is also based on Enviva's good faith estimates, which are derived from its review of internal sources as well as the third-party sources described above.

ENVIVA: HIGH GROWTH AND DURABLE LONG-TERM CASH FLOWS





## ~5.4 Million MTPY[1]

World's largest utility-grade wood pellet producer
Committed to net zero by 2030[2]

## Fully Contracted

$14.5 Billion / 12.8 years at the Partnership[3]
$20 Billion / 14.2 years enterprise-wide[4]

## Distribution per Unit of $3.17[5]+

23 consecutive distribution increases[6]
12% CAGR[7] and 26% annualized total return[7] since IPO

## Conservative Financial Policy

50/50 equity/debt structure, 3.5 – 4.0x Leverage Ratio,
and 1.20x forward-looking annual distribution coverage[8]

## Robust Long-Term Demand

Driven by global commitment to phase out coal, limit the impact
of climate change, and achieve net zero GHG emissions

## 3+ Million MTPY

Visible drop-down pipeline supported by well capitalized Sponsor

1) The Partnership's expected production capacity includes nameplate capacity of approximately 600,000 metric tons per year ("MTPY") for the wood pellet production plant in Greenwood, South Carolina (the "Greenwood plant") after completion of the expansion project, and excludes expansion projects underway at the Sampson, Hamlet, and Cottondale plants (the "Multi-Plant Expansions");   2) On February 17, 2021, the Partnership and Enviva Holdings, LP (our "sponsor") announced our goal of achieving net zero greenhouse gas ("GHG") emissions in our operations by 2030;   3) As of April 1, 2021, excluding volumes under the contracts between long-term off-take customers and our sponsor;   4) As of April 1, 2021, including all volumes under the contracts between long-term off-take customers and the Partnership and our sponsor;   5) As of April 28, 2021, the Partnership expects to distribute at least $3.17 per common unit for full-year 2021, before considering the benefit of any acquisitions or drop-down transactions;   6) As announced on April 28, 2021, the board of directors of our general partner (the "Board") declared a distribution of $0.785 per common unit for the first quarter of 2021;   7) 2015 - 2021 Compound Average Growth Rate ("CAGR") utilizes $1.65 minimum quarterly distribution per unit for 2015 and $3.17 distribution per unit for 2021. The annualized total return for the Partnership's common units since the Partnership's IPO is per Bloomberg data, as of April 30, 2021;   8) The Partnership targets a 50/50 equity/debt capital structure for drop-downs, acquisitions, and major expansions, a total ratio of net debt to adjusted EBITDA (the "Leverage Ratio") of 3.5 - 4 times, and a distribution coverage ratio of 1.20 times, on a forward-looking annual basis. The Partnership's Leverage Ratio is calculated pursuant to the Partnership's credit agreement and may reflect the pro forma impact of drop-downs, acquisitions, and major expansions

3

## EVA TOTAL RETURN[1]





1) As of April 30, 2021. Based on Bloomberg's total return data, which assumes reinvestment of distributions/dividends. Normalized for comparison purposes;
2) 2015 - 2021 CAGR utilizes $1.65 minimum quarterly distribution per unit for 2015 and $3.17 distribution per unit for 2021;
3) First distribution per unit represents the prorated amount of the Enviva Partners, LP minimum quarterly distribution of $0.4125 per unit, based on the 58 days during the period commencing (and including) May 4, 2015, the date on which the Enviva Partners, LP's initial public offering closed, and ending June 30, 2015, the last day of the second quarter. Actual declared quarterly cash distribution was $0.2630 per common and subordinated unit for the second quarter of 2015;
4) MSCI USA IMI ESG Index is a capitalization-weighted index comprised of US-based companies that outperform sector peers on ESG evaluation metrics

4

# ENVIVA: FIGHTING CLIMATE CHANGE, DISPLACING COAL,[1] GROWING MORE TREES[2]









Through Q1-2021, Wood Pellets Supplied by the Partnership and our Sponsor have Effectively Displaced 21 Million MT[6] of Coal

With Existing Contracts Running Through 2045, the Partnership and our Sponsor are on Track to Displace Another 90 Million MT of Coal

1) Increasing the share of biomass on the global grid system is critical to the global energy transition. International Renewable Energy Agency's "World Energy Transitions Outlook: 1.5°C Pathway (Preview)" report calls for the share of modern biomass for energy generation to increase from 3% in 2018 to 18% in 2050, and the share of coal for energy generation to decrease from 11% to 2% over the same period;   2) Landowners in the US South respond to strong markets for forest products by making investments in their forests and there is a clear positive relationship between rates of forest harvest and forest acreage, growth, and inventory. Based on FIA data for the US South covering the 70-year period since 1953, Forest2Market concluded that "Increased demand for wood … encouraged landowners to invest in productivity improvements that dramatically increased the amount of wood fiber, and therefore the amount of carbon, contained in the South's forests."  Source: Forest2Market report, "Historical Perspective on the Relationship between Demand and Forest Productivity in the US South", July 2017;   3) Eurostat. Inland coal consumption in key European countries that Enviva serves;   4) Industrial wood pellet demand for Belgium, Denmark, Netherlands and United Kingdom. Hawkins Wright: The Outlook for Wood Pellets – Demand, Supply, Costs and Prices; 4th quarter 2020;   5) USDA Forest Service, Forest Inventory and Analysis Program. Enviva's primary sourcing regions consist of the Chesapeake (NC, VA); Wilmington (NC, SC, GA); and Gulf (AL, FL, GA, MS) regions;   6) Metric Tons

# SUBSTANTIAL GHG EMISSIONS REDUCTIONS AND LOWEST-COST, DROP-IN RENEWABLE FUEL

## Wood Pellets Provide the Low-Cost, Drop-In Replacement for Coal

### Wood Pellet vs. Coal Attributes

|  | Wood Pellets[1] | Southern PRB Coal[2] |
|---|---|---|
| Heat Content (BTU/lb) | 8,000 | 8,600 |
| Moisture | 4 – 10% | 26 – 30% |
| Ash | 0 – 2% | 4.6 – 5.7% |
| Sulfur | 0 – 0.15% | < 1.0% |

### Lifecycle GHG Emissions Reduction vs. Fossil Fuels[5]



## Total System Cost of Electricity in Germany (€ / MWh)[3]



## Levelized Cost of Electricity in Japan in 2020 (US$ / MWh)[4]



1) Enviva estimates;   2) Source: Union Pacific;   3) Aurora Energy Research – Biomass conversions & the system cost of renewables (November 2016).  Total System Cost of Electricity (TSCE) is the per-megawatt hour cost of building and operating a generating plant over an assumed financial life including intermittency, security of supply, balancing, grid expansion, and heat adjustment (applicable for CHP only).  Data is for Germany and may not be representative of all the markets in which we or our customers operate.  CHP is Combined Heat & Power. Expansion costs are related to the electricity grid only.  New build CCGT could require gas grid expansions, the cost of which is not included here;   4) IHS Markit: Levelized Cost of Power Generation in Japan, May 8, 2017. Costs are presented in real terms, as of 2020. In contrast to TSCE, Levelized Cost of Electricity (LCOE) does not include the intermittency costs associated with wind and solar power. LCOE for Dedicated Biomass assumes biomass wood-burning power plants with 112 MW of capacity and 40% efficiency;   5) Boundless Impact Investing: "Life-cycle assessment of U.S. biomass supply and the role of biomass electricity for meeting UK emission objectives";   6) Combined Heat and Power

6

# GLOBAL COMMITMENT TO FIGHT CLIMATE CHANGE DRIVES MARKET GROWTH



| | |
|---|---|
|  **EU** | → EU Commission's taxonomy recognizes bioenergy used for power and heat as making a substantial contribution to climate mitigation, alongside solar and wind<br>→ All 27 EU member states agreed to raising EU's 2030 GHG emission reduction target from 40% to 55%[1], as compared to 1990 levels, and RED II[2] calls for renewables to account for at least 32% of EU's gross consumption by 2030<br>→ European Climate Law sets legally binding target of net zero by 2050[3]<br>→ The International Renewable Energy Agency specifies that biomass in energy generation needs to increase from 3% in 2018 to 18% in 2050 in order to reach net zero in 2050[4] |
|  **NETHERLANDS** | → Legally binding goal to phase out coal from power generation by 2030 and commitment to a 49% reduction in GHG emissions by 2030, surpassing existing EU target[5]<br>→ One of the first EU countries to announce plans to eliminate natural gas from its energy mix<br>→ Long tradition of supporting renewable energy, including biomass, which is its largest source of renewable energy, via the SDE, SDE+, and SDE++ programs |
|  **GERMANY** | → Largest user of coal in the EU with more than 170 million metric tons consumed in 2019[6]; recently passed the Coal Exit Law[7] mandating complete phase-out of coal-fired power generation by 2038, shutting down or converting 43.9 GWs of coal capacity to alternative fuels, and targets phase-out of 9.5 GWs[8] of nuclear generation by 2022<br>→ Regulations for long-term financial support for electricity and heat conversions from fossil fuels to biomass expected to be announced mid-year 2021 |
|  **UK** | → Long-time leader in renewable energy targeting 15% of energy supply to come from bioenergy by 2050 and recently raised its commitment to cut GHG emissions to at least 68% by 2030, as compared to 1990 levels[9]<br>→ Strong commitment to bioenergy as a source of heat and power and support of Bioenergy with Carbon Capture and Storage (BECCS) as a key negative carbon-emissions solution<br>→ New Industrial Decarbonization Strategy outlines framework for industries to switch from fossil fuels to low-carbon alternatives such as biomass |
|  **JAPAN** | → METI[10] targets ~6 - 7.5 GWs of biomass generation by 2030, equivalent to ~15 - 20 million MTPY of demand[11]; 20-year FiT[12] support with requirement to use biomass for another 20 years<br>→ METI is working to revise its Strategic Energy Plan by mid-2021, which is expected to increase the share of renewable power in the 2030 energy mix to 45%, from the 22% - 24% under the current plan[13]<br>→ Prime Minister Yoshihide Suga pledged that the country would be net zero by 2050; METI targets 50% - 60% of the nation's power supply to be renewable by 2050[14] |
|  **TAIWAN** | → Taiwan is currently one of the largest coal consumers in Asia, and the government is actively pursuing decarbonization of its energy supply chain<br>→ Our sponsor recently hired a development team to support business and policy progress, and to assist major utilities and power generators with evaluating and effecting profitable conversions of assets from coal-to-biomass-fired generation |
|  **US** | → President Biden committed to achieve a 50% - 52% reduction in GHG emissions by 2030[15]<br>→ New target contemplates expanding carbon capture in industrial processes for cleaner steel and cement and enhancing carbon sinks like our forests |

1) The European Commission sets out goals for Europe's economy and society to become climate-neutral by 2050 in the European Green Deal;   2) Renewable Energy Directive II;   3) The European Climate Law aims to write into law the goals set out in the European Green Deal;   4) International Renewable Energy Agency's "World Energy Transitions Outlook: 1.5°C Pathway (Preview)", March 2021;   5) The Government of the Netherlands commits to climate goals in the Climate Act (May 28, 2019);   6) Source: Enerdata: coal and lignite domestic consumption. Germany consumed 171 million tons of coal and lignite in 2019;   7) On July 3, 2020, Germany's Bundestag passed the Coal Exit Law 19/20730;   8) Gigawatts;   9) UK's Climate Change Act   10) Ministry of Economy, Trade and Industry; 11) Estimated demand for biomass of 15 to 20 million MTPY is based on Enviva's estimates assuming power plant efficiencies similar to existing European customers. Actual biomass consumption at Japanese power plants may vary;   12) Feed-in-Tariff;   13) Japan's Strategic Energy Plan outlines the direction of Japan's energy policy governed by the Basic Act on Energy Policy;   14) Japan's Green Growth Strategy;   15) Announced on April 22, 2021 as part of the Leaders Summit on Climate

7

# STRATEGICALLY LOCATED PRODUCTION[1] AND TERMINAL ASSETS





1) Volumes related to plants represent production capacity at each facility;

2) Includes increased production capacity pursuant to the ongoing expansion projects (the "Mid-Atlantic Expansions") at the wood pellet production plants in Northampton, North Carolina (the "Northampton plant") and Southampton, Virginia (the "Southampton plant"). The Partnership continues to expect each plant to reach its expanded nameplate production capacity of 750,000 MTPY and 760,000 MTPY, respectively, by the end of 2021;

3) The project to expand the Greenwood plant's production capacity to 600,000 MTPY is expected to be completed by year-end 2021

8

UNPARALLELED GLOBAL SCALE PROVIDES DURABLE COMPETITIVE ADVANTAGES

**Enviva is the world's largest supplier** of utility-grade wood pellets in a highly fragmented industry with numerous small, single-plant operators

- A "build and copy" approach allows for highly-efficient, large-scale production facilities and creates operating leverage
- Multi-plant profile and global scale translate into superior reliability and opportunities for optimization
- Access to robust fiber baskets allows for reliable raw material supply and a flat marginal cost curve for incremental production



| Production Capacity (Thousand MTPY) | # of Plants[1] | Region |
|---|---|---|
| Enviva | 12 | U.S. |
| Graanul Invest | 12 | Baltics/U.S. |
| Drax[3] | 17 | Canada/U.S. |
| An Viet Phat | 2 | Vietnam |
| FRAM | 4 | U.S. |
| Highland Pellets | 3 | U.S. |
| SY Energy | 3 | South Korea |
| Pacific BioEnergy | 3 | Canada |

*As the world's largest supplier of utility-grade wood pellets, Enviva is frequently the sole-source supplier for our customers*

■ Current Capacity    ■ Under Development/Construction or Financed by 2022    ■ Under Development/Construction or Financed post 2022[2]

1) Enviva's total production capacity and number of plants are based on nameplate capacities of our existing operating plants, the Greenwood plant after completion of the expansion project, a wood pellet production plant in Lucedale, Mississippi (the "Lucedale plant"), which is currently under construction by our sponsor, a wood pellet production plant in Epes, Alabama (the "Epes plant"), which is currently under development by our sponsor, the Multi-Plant Expansions, and embedded expansion options at the Lucedale and Epes plants. Also included in the number of plants is a site in Bond, Mississippi (the "Bond Plant"), which our sponsor controls and which is currently in the early stages of the development process. We expect to have the opportunity to acquire assets or completed development projects from our sponsor in the future. Production capacity and number of plants for other pellet producers are based on Hawkins Wright: The Outlook for Wood Pellets – Demand, Supply, Costs and Prices; first quarter 2021; 2) Includes the Bond Plant. We expect to have the opportunity to acquire assets or completed development projects from our sponsor in the future; 3) On April 13, 2021, Drax Group plc ("Drax") through its wholly-owned subsidiary, Drax Canadian Holdings Inc., acquired all of the issued and outstanding common shares of Pinnacle Renewable Energy Inc. ("Pinnacle")

# COMMITMENT TO NET ZERO IN OUR OPERATIONS BY 2030





| Scope 1 | direct emissions from assets owned and controlled by Enviva |
| Scope 2 | indirect emissions from heat, steam or electricity purchased by Enviva |
| Scope 3 | **indirect emissions in Enviva's** upstream or downstream value chain |

Our 2019 Emissions — 6% / 53% / 41%

**Transparency and Reporting**

- Track and report annually on all emissions
- Commit to disclose climate-relevant data and risks through CDP (formerly the Carbon Disclosure Project) by the end of 2022

**For Scope 1 Emissions**

- Immediately work to minimize the emissions from fossil fuels used directly in our operations
- Offset 100% of our residual emissions through investments in projects that result in real, additional, and third-party verified net-carbon reductions
- Focus on forest offsets in partnership with Finite Carbon and others

**For Scope 2 Emissions**

- Source 100% of energy for our operations from renewable sources by 2030, with interim target of at least 50% by 2025
- Maximize use of on-site renewable energy generation at our facilities, as well as develop new off-site renewable energy resources physically located in our operating regions where possible

**For Scope 3 Emissions**

- Proactively engage with partners and other key stakeholders to adopt clean-energy solutions, including trucking, rail, and shipping logistics
- Take steps to accelerate and advocate for the development of new solutions and to work with stakeholders to bring those solutions to market

The Partnership and Our Sponsor Commit to the Goal and Plan to Become Net Zero in Our Operations by 2030

10

KEY BASIS DIFFERENTIAL & STABLE COSTS DRIVEN BY ROBUST NATURAL RESOURCE GROWTH



Raw Material (Wood Chip) Price US$ / Dry Ton[1]

## Global Wood Fiber Supply Advantages Exist in the U.S. Southeast

- For every ton of wood harvested from the working forests of the U.S. Southeast, ~1.7 tons grow back each year[2]

- Only ~2.5% of the forest area is harvested each year in the U.S. Southeast, of which less than 3% is used to produce wood pellets[3]

- Over 100,000 private landowners in the U.S. Southeast, with only a few buyers (like Enviva) of low-grade fiber

- Long-term, stable cost given abundant supply and few buyers for low-grade fiber



1) All data except data for Brazil are from RISI World Timber Price Quarterly – Preliminary data for the fourth quarter of 2020 updated on January 25, 2021. The wood chip price for Latvia is based on CIF Sweden. Data for Brazil is from Forest2Market - the cost of delivered wood chips in Brazil is approximately US$41-$43 per green metric ton. The primary in-country market for these chips is the food production and crop industries, which use chips for heat and drying purposes. However, the average minimum FOB price in Brazil is around US$148 per dry metric ton due to the logistical and administrative costs related to exporting these chips;
2) FIA UDSA Forest Service Forest Inventory and Analysis Database;
3) Forest2Market: "Historical Perspective on the Relationship between Demand and Forest Productivity in the US South," 2017

11

## U.S SOUTHEAST | NEGATIVE DEPLETION RESOURCE DRIVES STABLE COSTS



### Fragmented, Natural Resource Supply Base



Hardwood Roundwood  Pine Roundwood  Open / Farmland

- 100,000+ private landowners
- Only a few buyers of low-grade fiber, which only cost-effectively travels ~75 miles
- ~1.3 million tons annual facility demand
- ~13.7 million tons net annual fiber excess[1]

### Net Fiber Growth After All Uses[2]



For Every Ton of Wood Harvested from the Working Forests of the U.S. Southeast, Approximately 1.7 Tons Grow Back Each Year[4]
Only ~2.5% of the Forest Area is Harvested Each Year in the U.S. Southeast, of Which Less Than 3% is Used to Produce Wood Pellets[5]

1) FIA Data (EVALIDator; 2019): In the last year where state forest inventory data is available, total wood fiber within the fiber sourcing area for the Partnership's Northampton plant grew by approximately 30.4 million tons and total harvest removals were approximately 16.7 million tons, resulting in 13.7 million tons of excess fiber;  2) FIA Data;  3) Timber Mart South – North Carolina Q1 2021;  4) Source: FIA UDSA Forest Service Forest Inventory and Analysis Database;  5) Source: Forest2Market: "Historical Perspective on the Relationship between Demand and Forest Productivity in the US South," 2017

12

## ENVIVA'S ACTIVITIES SUSTAIN THRIVING, HEALTHY FORESTS



Sponsor's Track & Trace® Program, a first-of-its-kind system, is an important element of our responsible wood supply program and provides unprecedented transparency into our procurement activities

Between 2010, when Enviva opened its first U.S. plant, and 2019, forest inventory in our supply base increased by more than 400 million metric tons

Forest data analytics demonstrate increased harvests and healthy markets increase growth in forest acreage, timber inventory, and carbon stored in the landscape



**Our Wood Came from These Sources:[2]**



- 25% Mixed pine & hardwood forests
- 35% Pine forests with hardwood understory[3]
- <1% Arboricultural residues
- 1% Bottomland hardwood forests
- 3% Other hardwood forests
- 17% Mill & industry residues[4]
- 19% Pine forests

**"An industry that can reduce greenhouse gas emissions, increase forest growth, and create jobs sounds too good to be true. But that is the reality of the emerging wood pellet market in the Southern U.S."[1]**
- Former USDA Chief Economist Robert Johansson

Certifications with Annual Audits by Independent Certification Bodies:



1) USDA - http://blogs.usda.gov/2015/06/08/study-finds-increasing-wood-pellet-demand-boosts-forest-growth-reduces-greenhouse-gas-emissions-creates-jobs/ 2015;
2) The information in this panel is based on wood supplied to the Partnership and our sponsor's production plants from July through December 2020;
3) This wood consists of undersized or "understory" wood that was removed as part of a larger harvest; tops and limbs; brush and "thinnings" that were removed to make additional room for planted pines to grow;
4) We can identify the individual production facilities that provided these materials

13

# LONG-TERM, TAKE-OR-PAY OFF-TAKE CONTRACTS DELIVER STABLE CASH FLOWS



| Typical Contract Provisions[1] | |
|---|---|
| Counterparty | Major utilities and investment grade-rated trading houses |
| Term | Up to 20 years |
| Take-or-Pay | Yes |
| Termination Make-Whole | Yes |

| Margin Protection[1] | |
|---|---|
| Price escalators | Yes |
| Fiber / diesel passthroughs | Yes, in some contracts |
| Shipping costs | Fixed with matching long-term shipping contracts |
| Bunker fuel passthrough | Yes |
| Changes in Law / Government Regulations | Provisions designed to protect against changes in law / government regulations |



Illustrative Passthroughs and Escalators[2]

Fixed, back-to-back shipping component with bunker fuel passthrough

Shipping

Bunker Fuel

Base Price

Price escalators protect against erosion of underlying cost position and provide opportunity for margin expansion

Can include stumpage, diesel or other adjustments

Other

**Production Capacity Matched with Robust Long-Term Contracts with High-Credit Counterparties**

1) Note: off-take contract terms are examples of various provisions within our portfolio of contracts. No single contract in our portfolio contains every provision listed above;
2) Not representative of all contracts with regard to stumpage and diesel passthroughs

14

# INCREASINGLY DIVERSE CUSTOMER BASE FURTHER ENHANCES STABILITY





2020 Off-Take Contract Mix[1]

~4.3 million MTPY



2025 Off-Take Contract Mix[3]

~7.1 million MTPY[3]



~50% from Japanese customers with largest customer representing ~15% of the contract mix by 2025[3]

$14.5 Billion / 12.8 years at the Partnership[2]

$20 Billion / 14.2 years enterprise-wide[3]

1) Represents the Partnership's sales in 2020;

2) As of April 1, 2021, excluding volumes under the contracts between long-term off-take customers and our sponsor;

3) As of April 1, 2021, including all volumes under the contracts between long-term off-take customers and the Partnership and our sponsor. Although the Partnership expects to have the opportunity to acquire these contracts from our sponsor, there can be no guarantee that we will acquire these, or any, contracts from our sponsor.

15

# THREE PILLARS OF GROWTH



## Organic Growth within the Partnership

- Pricing increases and escalators under existing contracted position
- Construction of 400,000 MTPY aggregate production capacity expansion completed at Northampton and Southampton plants
  - ~$130 million investment and ~$28-$32 million in expected incremental adjusted EBITDA annually[1,3]
- On track to expand Greenwood to 600,000 MTPY production capacity by year-end 2021
- Expansion projects underway at the Sampson, Hamlet, and Cottondale plants
  - ~$50 million expected investment and ~$20 million in expected incremental run rate adjusted EBITDA annually[2,3]
- Anticipated annual organic growth driven by contract price escalations, cost reductions and productivity improvements

## Accretive Drop-Downs from Our Sponsor[4]

- Five drop-downs since IPO, including 2.3 million MTPY of production capacity and 3.0 million MTPY of terminaling capacity
- Construction of the fully contracted Lucedale plant and the Pascagoula terminal
- Development of the fully contracted wood pellet production plant in Epes, Alabama
- Announced development of a site in Bond, Mississippi for a potential new plant
- Evaluation of additional sites for pellet production plants and deep-water marine export terminals across the U.S. Southeast to serve the balance of the $5.5 billion in current long-term contracted demand at our sponsor, which is complemented by material contract volumes under negotiation with utilities and power generators in current and evolving markets around the globe

## Third-Party Acquisition Opportunities

- Proven, successful, and selective acquirer
- Acquisitions must compare favorably to sponsor development pipeline and drop-down economics
- Target opportunities must be core to the business and bring new customer set, strategic capability and / or geographic diversification
- The Partnership acquired the Cottondale plant in January 2015 and the Waycross plant in July 2020
- Our sponsor acquired the Greenwood plant in 2018. The Partnership acquired the Greenwood plant from our sponsor in 2020

1) The estimated incremental adjusted EBITDA that can be expected from the expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity at the Northampton and Southampton production plants;
2) The estimated incremental adjusted EBITDA that can be expected from the expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity and cost savings at our wood pellet production plants in Sampson, NC (the "Sampson plant"), Hamlet, NC (the "Hamlet plant"), and Cottondale, FL (the "Cottondale plant"), subject to receiving the necessary permits. The Partnership expects to complete the expansion projects by the end of 2022;
3) For an explanation of why we are unable to reconcile the estimated adjusted EBITDA for the Mid-Atlantic Expansions and the Multi-Plant Expansions to the most directly comparable GAAP financial measures, see Appendix;
4) Although we expect to have the opportunity to acquire assets or completed development projects and associated contracts from our sponsor in the future, we cannot assure you that our sponsor will be successful in completing their development projects or that we will successfully negotiate an agreement with our sponsor to acquire such assets, projects, or associated contracts

# 3+ MILLION MTPY FULLY FINANCED "BUILD AND COPY" SPONSOR DEVELOPMENT PIPELINE



**LUCEDALE, MS**

- "Build and copy" production plant under construction for completion mid-year 2021[2]
- Located in robust fiber basket region
- ~50 miles to Port of Pascagoula

**EPES, AL**

- "Build and copy" production plant under development[2]
- Purchased the project site and commenced certain pre-construction activities
- Finished product to be delivered to Port of Pascagoula by barge

**BOND, MS**

- Continued development of a site in Bond, MS for a potential new plant[2]
- Expected to be designed to produce between 750k and more than 1 million MTPY
- Production to be delivered to Port of Pascagoula on a cost-efficient basis

Legend:
- Plants in the Partnership
- Plants under construction / development
- Plant sites under control
- Plant sites under assessment[1]
- Terminals owned or leased by the Partnership
- Terminals under construction

**PORT OF PASCAGOULA, MS**

- "Build and copy" deep-water marine terminal under construction for completion mid-year 2021[2]
- 3+ million MTPY nameplate throughput capacity
- Multi-modal access by rail, truck, and barge
- Deep berth capable of supporting Panamax vessels

**The Sponsor's Existing Contracts and Sales Pipeline Support Several Production Plants Around the Pascagoula Terminal**

1) Assets under assessment are shown at approximate locations;
2) Although we expect to have the opportunity to acquire assets or completed development projects and associated contracts from our sponsor in the future, we cannot give assurance that our sponsor will be successful in completing their development projects or that we will successfully negotiate an agreement with our sponsor to acquire such assets, projects, or associated contracts

enviva

17

# SPONSOR PROJECTS NEARING COMPLETION





**Development Stage**

Development

Final Investment Decision

Construction

Ramp Up

## LUCEDALE PLANT[1]

- Fully contracted, 750k MTPY nameplate production capacity plant located in Lucedale, Mississippi
- Designed and permitted for a future 300k MTPY expansion[2]
- Design based on Cottondale and Hamlet plants
- <50 miles to Port of Pascagoula, reachable via truck or rail
- ~$25 - $35+ million expected run-rate EBITDA contribution[3]
- Expected completion in the middle of 2021

## PORT OF PASCAGOULA TERMINAL[1]

- ~3 million MTPY nameplate throughput capacity export terminal
- Design based on Chesapeake and Wilmington terminals
- Multimodal access by truck, rail, and barge[4]
- ~$10 - $15+ million run-rate EBITDA[3] with throughput from Lucedale, Epes, and Amory plants
- Construction expected to be completed in the middle of this year, with the first shipment from the terminal expected later this year

**Production Capacity Matched to Robust Long-Term Contracts with High-Credit Counterparties**

1) Although we expect to have the opportunity to acquire assets or completed development projects and associated contracts from our sponsor in the future, we cannot give assurance that our sponsor will be successful in completing their development projects or that we will successfully negotiate an agreement with our sponsor to acquire such assets, projects, or associated contracts;

2) The Lucedale Plant is currently designed and permitted with an embedded expansion project that, if executed, would increase its production capacity from 750,000 MTPY to 1.1 million MTPY. Additional details are available as part of our earnings release as of April 28, 2021;

3) The estimated incremental adjusted EBITDA from a drop-down of a wood pellet production plant or a marine terminal represents the run-rate adjusted EBITDA that can be expected from such a facility, based on estimated production or terminaling capacity of such a facility upon achieving full run-rate and our sponsor's existing contracts that may be associated with such a facility;

4) When fully constructed, the Pascagoula terminal will be able to receive wood pellets by truck, rail, and barge. Additional details are available as part of our earnings release as of April 28, 2021

18

## MULTI-PLANT EXPANSIONS UPDATE



**2.5x** Expected Adjusted EBITDA[1] Project Investment Multiple



Multi-plant expansions commenced at 3 plants, **Hamlet**, **Sampson**, and **Cottondale.** Project completions are subject to receiving necessary permits.

### Highly-Accretive Growth Projects Underway

- Expected investment of **$50 million** to:
    1. De-bottleneck manufacturing processes
    2. Eliminate certain costs
    3. Increase production capacity
    4. Reduce GHG emissions

- Expected annual adjusted EBITDA contribution projected to be **$20 million**[1] upon completion and ramp-up of projects

- Projects expected to be completed by the end of 2022

- Projects forecasted to be financed with 50% equity and 50% debt

1) For an explanation of why we are unable to reconcile the estimated adjusted EBITDA for the Multi-Plant Expansions to the most directly comparable GAAP financial measures, see Appendix

VISIBLE GROWTH





1) This chart is for illustrative purposes and consists of estimates based on numerous assumptions made by us that are inherently uncertain and are subject to significant risks and uncertainties, which are difficult to predict and many of which are beyond our control. There can be no assurance that any of the estimates may prove to be correct. Actual results may differ materially;   2) As of April 28, 2021, the Partnership expects full-year 2021 net income to be in the range of $42.3 million to $62.3 million and adjusted EBITDA to be in the range of $230.0 million to $250.0 million. The guidance amounts do not include the impact of any additional acquisitions by the Partnership from our sponsor or third parties;   3) The estimated incremental adjusted EBITDA that can be expected from the Mid-Atlantic Expansions and the Multi-Plant Expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity and cost savings at these production plants. For an explanation of why we are unable to reconcile the estimated adjusted EBITDA for the Mid-Atlantic Expansions and the Multi-Plant Expansions to the most directly comparable GAAP financial measures, see Appendix;   4) The estimated range of incremental adjusted EBITDA for Greenwood and Waycross plants is $56-$60 million in 2024 after the completion of the Greenwood expansion and the delivery of full volumes under the 1.4 million MTPY of contracts assigned. Refer to Appendix for additional details;   5) The estimated incremental adjusted EBITDA from a drop-down of a wood pellet production plant or a marine terminal represents the run-rate adjusted EBITDA that can be expected from such a facility, based on estimated production or terminaling capacity of such a facility upon achieving full run-rate and our sponsor's existing contracts that may be associated with such a facility. Refer to Appendix for additional details. The sequence of the drop-down transactions is for illustrative purposes only and subject to change. Although we expect to have the opportunity to acquire assets or completed development projects, including the Lucedale plant, the Epes plant, and the Pascagoula terminal, from our sponsor in the future, we cannot assure you that our sponsor will be successful in completing their development projects or that we will successfully negotiate an agreement with our sponsor to acquire such assets or projects

# HIGH-CALIBER LEADERSHIP





21





*Night Shift at Enviva Pellets Northampton*

Additional Information

## CAPITALIZATION AND FINANCIAL PRIORITIES



*In $ millions*

| Capital Structure | As at March 31, 2021 |
|---|---|
| Cash and cash equivalents | 3 |
| Revolving credit facility | 166 |
| Senior notes | 750 |
| Other debt | 56 |
| **Net debt** | **969** |
| Common unitholders - public[1] | 1,278 |
| Common unitholders - sponsor[1] | 657 |
| **Total capitalization** | **2,903** |

### Notable Recent Financing Activities

- Amended revolving credit facility:
  - → Increased size by 50% to $525 million from $350 million
  - → Extended maturity to April 2026 from October 2023
  - → Reduced cost of borrowing by 25 basis points

### Financial Priorities

- Distribution Coverage Ratio: Targeting 1.2x on a forward-looking annual basis

- Leverage Ratio[2]: Targeting between 3.5x – 4.0x

- Growth Financing: Expecting to finance growth initiatives and acquisitions with 50% equity and 50% debt

- Distribution Growth: Committed to sustainably growing the distribution

1) Based on market value as of 3/31/2021;   (2) As calculated under the revolving credit facility agreement

23

## FAVORABLE CONTRACT STRUCTURE RESULTS IN DURABLE MARGINS





Illustrative ($ per metric ton)

**7**
- Long-term contracts with diversified customer base
- Fixed-price (with escalators), take-or-pay off-take contracts

**6**
- Fixed-price, USD / ton denominated shipping contracts matched to length of off-take contracts
- Bunker fuel costs passed through to customers
- Shipping costs range from ~$20 / MT (Europe) to ~$35 / MT (Japan)

**5**
- Vertically integrated business model provides substantial operating leverage as business grows

**4**
- Fixed USD / ton transportation costs from plants to port terminals by truck / rail / barge

**3**
- "Build and copy" approach to allow for certainty of uptime and economy of scale
- Includes labor, consumables, repairs and maintenance, and energy costs
- Given fixed asset base, productivity improvements drive substantial margin expansion opportunities

**2**
- ~2:1 green ton to pellet ton conversion (green wood is, on average, composed of approximately 50% water, which varies seasonally. As such, on average, EVA acquires approximately two green tons to convert one pellet ton post the drying process)

**1**
- Majority of delivered price of fiber is comprised of labor, equipment and hauling costs
- Fiber ("stumpage") cost is ~10% of sales price, driven by strong fiber basket in the Southeast U.S.

1)   Adj. Gross Margin per Metric Ton defined in Appendix

24

## NO MATERIAL IMPACT FROM COVID-19[1] PANDEMIC



- Number one priority is to ensure the health and well-being of our employees and the communities in which we operate

- Enhanced plans, procedures, and measures are in place to mitigate the risk of exposure and to make our work environment as safe as possible for continued operations

- We operate a portfolio of nine geographically dispersed wood pellet production plants

- Our business supplies essential fuel to our customers under long-term, take-or-pay off-take contracts that our customers use for baseload heat and power generation

- Most of our current deliveries are to Europe, where they fuel grid-critical baseload for dispatchable generation facilities that provide power and heat required by their local communities.  There are few substitutes or alternatives to the fuel we supply our customers

- In the U.S., government-issued guidance identifies biomass as one of the industries essential to the continued critical infrastructure viability, and this guidance has been followed by states where our plants and terminals are located, meaning our operations remain largely unaffected by the governmental actions taken in response to COVID-19

- Although EVA's operational and financial results have not been materially impacted by the COVID-19 pandemic, the full implications of the novel coronavirus are not yet known
  - Plants, ports, and supply chains both domestically and internationally continue to operate uninterrupted on 24x7 basis
  - Each of our customers is in compliance with their agreements with us, including payment terms

- If needed, we have contingency and business continuity plans in place that we believe would mitigate the impact of potential business disruptions

1) "COVID-19" refers to the outbreak of a novel strain of coronavirus

25

## 2021 GUIDANCE



| $ MILLIONS | Twelve Months Ending December 31, 2021[1] |
|---|---|
| ESTIMATED NET INCOME | $42.3 - 62.3 |
| ESTIMATED ADJUSTED EBITDA | 230.0 - 250.0 |
| INTEREST EXPENSE | 57.0 |
| MAINTENANCE CAPEX | 13.0 |
| ESTIMATED DISTRIBUTABLE CASH FLOW | $160.0 - 180.0 |

The Partnership Expects to Distribute at Least $3.17 Per Common Unit for Full-Year 2021[1]

Targeted Distribution Coverage Ratio is at Least 1.20 Times, on a Forward-Looking Annual Basis[2]

1) As of April 28, 2021, the Partnership reaffirmed its full-year 2021 net income to be in the range of $42.3 million to $62.3 million, adjusted EBITDA to be in the range of $230.0 million to $250.0 million, and distributable cash flow to be in the range of $160.0 million to $180.0 million, prior to any distributions attributable to incentive distribution rights. The Partnership expects to distribute at least $3.17 per common unit for full-year 2021, before considering the benefit of any acquisitions or drop-down transactions, and to target a distribution coverage ratio of 1.20 times on a forward-looking annual basis. The guidance amounts provided above do not include the impact of any additional acquisitions by the Partnership from our sponsor or third parties;

2) Additional details are available as part of our earnings release as of April 28, 2021

26

## FINANCIAL RESULTS



| $ THOUSANDS, EXCEPT PER METRIC TON AND PER UNIT FIGURE | Three Months Ended March 31, | |
|---|---|---|
| | 2021 | 2020 |
| NET REVENUE | $ 241,044 | $ 204,477 |
| COST OF GOODS SOLD | 218,735 | 177,170 |
| GROSS MARGIN | 22,309 | 27,307 |
| AGM PER METRIC TON[1] | 42.73 | 33.15 |
| NET (LOSS) INCOME | (1,465) | 7,633 |
| ADJUSTED EBITDA[1] | 46,348 | 29,180 |
| DISTRIBUTABLE CASH FLOW[1,2] | 30,421 | 18,628 |
| DISTRIBUTION PER COMMON UNIT | $ 0.785 | $ 0.680 |

**23 Consecutive Distribution Increases Since the IPO[3]**

1) See Appendix for Adjusted EBITDA, Adjusted Gross Margin per Metric Ton and Distributable Cash Flow reconciliations;
2) Prior to any distributions attributable to incentive distribution rights;
3) As of April 27, 2021, the Board declared a distribution of $0.785 per common unit for the first quarter of 2021





Appendix

## NON-GAAP FINANCIAL MEASURES



This presentation contains certain financial measures that are not presented in accordance with accounting principles generally accepted in the United States ("GAAP"). Although they should not be considered alternatives to the GAAP presentation of the financial results of the Partnership, management views such non-GAAP measures as important to reflect the Partnership's actual performance during the periods presented.

### Non-GAAP Financial Measures

In addition to presenting our financial results in accordance with GAAP, we use adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, and distributable cash flow to measure our financial performance.

### Adjusted Gross Margin and Adjusted Gross Margin per Metric Ton

We define adjusted gross margin as gross margin excluding loss on disposal of assets, depreciation and amortization, changes in unrealized derivative instruments related to hedged items included in gross margin, non-cash unit compensation expenses, and acquisition and integration costs and other, adjusting for the effect of Commercial Services, and including MSA Fee Waivers. We define adjusted gross margin per metric ton as adjusted gross margin per metric ton of wood pellets sold. We believe adjusted gross margin and adjusted gross margin per metric ton are meaningful measures because they compare our revenue-generating activities to our operating costs for a view of profitability and performance on a total-dollar and a per-metric ton basis. Adjusted gross margin and adjusted gross margin per metric ton will primarily be affected by our ability to meet targeted production volumes and to control direct and indirect costs associated with procurement and delivery of wood fiber to our wood pellet production plants and our production and distribution of wood pellets.

### Adjusted EBITDA

We define adjusted EBITDA as net income excluding depreciation and amortization, interest expense, income tax expense (benefit), early retirement of debt obligations, non-cash unit compensation expense, loss on disposal of assets, changes in unrealized derivative instruments related to hedged items included in gross margin and other income and expense, and acquisition and integration costs and other, adjusting for the effect of Commercial Services, and including MSA Fee Waivers. Adjusted EBITDA is a supplemental measure used by our management and other users of our financial statements, such as investors, commercial banks and research analysts, to assess the financial performance of our assets without regard to financing methods or capital structure.

## NON-GAAP FINANCIAL MEASURES (CONT.)



### Distributable Cash Flow

We define distributable cash flow as adjusted EBITDA less maintenance capital expenditures, cash income tax expenses, and interest expense net of amortization of debt issuance costs, debt premium, original issue discounts, and the impact from incremental borrowings related to the Chesapeake Incident and Hurricane Events. We use distributable cash flow as a performance metric to compare our cash-generating performance from period to period and to compare the cash-generating performance for specific periods to the cash distributions (if any) that are expected to be paid to our unitholders. We do not rely on distributable cash flow as a liquidity measure.

### Limitations of Non-GAAP Financial Measures

Adjusted net income, adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, and distributable cash flow are not financial measures presented in accordance with GAAP. We believe that the presentation of these non-GAAP financial measures provides useful information to investors in assessing our financial condition and results of operations. Our non-GAAP financial measures should not be considered as alternatives to the most directly comparable GAAP financial measures. Each of these non-GAAP financial measures has important limitations as an analytical tool because they exclude some, but not all, items that affect the most directly comparable GAAP financial measures. You should not consider adjusted net income, adjusted gross margin, adjusted gross margin per metric ton, adjusted EBITDA, or distributable cash flow in isolation or as substitutes for analysis of our results as reported under GAAP.

Our definitions of these non-GAAP financial measures may not be comparable to similarly titled measures of other companies, thereby diminishing their utility.

The estimated incremental adjusted EBITDA that can be expected from the Mid-Atlantic and Multi-Plant Expansions is based on an internal financial analysis of the anticipated benefit from the incremental production capacity and cost savings at the Northampton, Southampton, Sampson, Hamlet, and Cottondale plants and is based on numerous assumptions that are subject to significant risks and uncertainties. Those assumptions are inherently uncertain and subject to significant business, economic, financial, regulatory, and competitive risks and uncertainties that could cause actual results and amounts to differ materially from such estimate. A reconciliation of the estimated incremental adjusted EBITDA expected to be generated by the Mid-Atlantic and Multi-Plant Expansions to the closest GAAP financial measure, net income, is not provided because net income expected to be generated by the expansions is not available without unreasonable effort, in part because the amount of estimated incremental interest expense related to the financing of the expansions and depreciation is not available at this time.

30

## NON-GAAP FINANCIAL MEASURES RECONCILIATION



The following table provides a reconciliation of distributable cash flow and adjusted EBITDA to net income (loss):

See Note 1 of our financial statements, Description of Business and Basis of Presentation, to our Annual Report on the 10-K and slide 29 through 30 for basis of presentation.

| RECONCILIATION OF NET (LOSS) INCOME TO ADJUSTED EBITDA AND DISTRIBUTABLE CASH FLOW: | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **NET (LOSS) INCOME** | $ (1,465) | $ 7,633 |
| ADD: | | |
| DEPRECIATION AND AMORTIZATION | 20,881 | 13,950 |
| INTEREST EXPENSE | 12,632 | 10,394 |
| NON-CASH UNIT COMPENSATION EXPENSE | 2,656 | 2,158 |
| INCOME TAX BENEFIT | (17) | — |
| LOSS ON DISPOSAL OF ASSETS | 1,644 | 912 |
| CHANGES IN UNREALIZED DERIVATIVE INSTRUMENTS | 1,160 | (6,795) |
| MSA FEE WAIVERS | 8,723 | 3,185 |
| ACQUISITION AND INTEGRATION COSTS AND OTHER | 134 | — |
| COMMERCIAL SERVICES | — | (2,257) |
| **ADJUSTED EBITDA** | $ 46,348 | $ 29,180 |
| LESS: | | |
| INTEREST EXPENSE, NET OF AMORTIZATION OF DEBT ISSUANCE COSTS, DEBT PREMIUM, ORIGINAL ISSUE DISCOUNT, AND IMPACT FROM INCREMENTAL BORROWINGS RELATED TO CHESAPEAKE INCIDENT AND HURRICANE EVENTS | 12,023 | 9,418 |
| MAINTENANCE CAPITAL EXPENDITURES | 3,904 | 1,134 |
| **DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO ENVIVA PARTNERS, LP** | $ 30,421 | $ 18,628 |
| LESS: DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO INCENTIVE DISTRIBUTION RIGHTS | 8,322 | 3,457 |
| **DISTRIBUTABLE CASH FLOW ATTRIBUTABLE TO ENVIVA PARTNERS, LP LIMITED PARTNERS** | $ 22,099 | $ 15,171 |
| **CASH DISTRIBUTIONS DECLARED ATTRIBUTABLE TO ENVIVA PARTNERS, LP LIMITED PARTNERS** | 31,426 | 22,856 |
| **DISTRIBUTION COVERAGE RATIO** | 0.70 | 0.66 |

31

## NON-GAAP FINANCIAL MEASURES RECONCILIATION (CONT.)



The following table provides a reconciliation of gross margin to adjusted gross margin per metric ton:

See Note 1 of our financial statements, Description of Business and Basis of Presentation, to our Annual Report on the 10-K and slide 29 through 30 for basis of presentation.

| RECONCILIATION OF GROSS MARGIN TO ADJUSTED GROSS MARGIN AND ADJUSTED GROSS MARGIN PER METRIC TON: (In thousands, except per metric ton) | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **GROSS MARGIN** | $ 22,309 | $ 27,307 |
| LOSS ON DISPOSAL OF ASSETS | 1,644 | 912 |
| NON-CASH UNIT COMPENSATION EXPENSE | 472 | 471 |
| DEPRECIATION AND AMORTIZATION | 20,452 | 13,640 |
| CHANGES IN UNREALIZED DERIVATIVE INSTRUMENTS | 1,160 | (6,795) |
| MSA FEE WAIVERS | 3,059 | — |
| COMMERCIAL SERVICES | — | (2,257) |
| **ADJUSTED GROSS MARGIN** | $ 49,096 | $ 33,278 |
| METRIC TONS SOLD | 1,149 | 1,004 |
| **ADJUSTED GROSS MARGIN PER METRIC TON** | $ 42.73 | $ 33.15 |

32

Case 8:22-cv-02844-DKC Document 63-9 Filed 06/02/23 Page 37 of 40

## 2021 GUIDANCE



| $ MILLIONS | Twelve Months Ending December 31, 2021 | |
|---|---|---|
| **ESTIMATED NET INCOME** | $ | **42.3 - 62.3** |
| ADD: | | |
| DEPRECIATION AND AMORTIZATION | | 89.6 |
| INTEREST EXPENSE | | 58.7 |
| INCOME TAX EXPENSES | | 0.9 |
| NON-CASH UNIT COMPENSATION EXPENSE | | 11.0 |
| LOSS ON DISPOSAL OF ASSETS | | 3.8 |
| CHANGES IN UNREALIZED DERIVATIVE INSTRUMENTS | | 1.2 |
| MSA FEE WAIVERS[1] | | 21.0 |
| ACQUISITION AND INTEGRATION COSTS | | 1.5 |
| **ESTIMATED ADJUSTED EBITDA** | $ | **230.0 - 250.0** |
| LESS: | | |
| INTEREST EXPENSE NET OF AMORTIZATION OF DEBT ISSUANCE COSTS, DEBT PREMIUM, AND ORIGINAL ISSUE DISCOUNT | | 57.0 |
| MAINTENANCE CAPITAL EXPENDITURES | | 13.0 |
| **ESTIMATED DISTRIBUTABLE CASH FLOW** | $ | **160.0 - 180.0** |

1) Includes primarily expected $19.0 million of MSA Fee Waivers associated with the acquisition of Enviva Pellets Greenwood, LLC

33

## 2021 AND 2024 GUIDANCE FOR THE GREENWOOD AND WAYCROSS ACQUISITIONS



The following table provides a reconciliation of the estimated adjusted EBITDA to the estimated net income associated with the Greenwood and Waycross Acquisitions[2] for the twelve months ending December 31, 2021 and 2024 (in millions):

| $ MILLIONS | Twelve Months Ending December 31, 2021 | | Twelve Months Ending December 31, 2024 | |
|---|---|---|---|---|
| ESTIMATED NET INCOME | $ | (17.7) - (13.7) | $ | 18.7 - 22.7 |
| ADD: | | | | |
| DEPRECIATION AND AMORTIZATION | | 23.1 | | 24.0 |
| INTEREST EXPENSE | | 10.8 | | 10.0 |
| INCOME TAX EXPENSE | | 0.8 | | 0.8 |
| NON-CASH UNIT COMPENSATION EXPENSE | | 0.6 | | 1.4 |
| ASSET IMPAIRMENTS AND DISPOSALS | | 1.0 | | 1.0 |
| INTEGRATION COSTS | | 1.4 | | -- |
| MSA FEE WAIVERS[1] | | 19.0 | | -- |
| ESTIMATED ADJUSTED EBITDA | $ | 39.0 - 43.0 | $ | 56.0 - 60.0 |

1)   Includes expected $19.0 million of MSA Fee Waivers associated with the Partnership's acquisition (the "Greenwood Acquisition") of the Greenwood plant;
2)   The Greenwood Acquisition, which closed on July 1, 2020, and the Georgia Biomass Acquisition, which closed on July 31, 2020, are collectively referred to as "the Acquisitions"

34





**Contact:**
Kate Walsh
Vice President, Investor Relations
ir@envivapartners.com