**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DAVID FAGEN, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

    v.

ENVIVA INC., et al.,

        Defendants.

Civil Action No. 8:22-cv-02844-DKC

Hon. Deborah K. Chasanow

**[PROPOSED] ORDER**

Upon consideration of the Underwriter Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint ("Motion"), it is this ___ day of ___, 2023, by the U.S. District Court of the District of Maryland,

ORDERED that the Motion is hereby GRANTED.

_____
The Honorable Deborah K. Chasanow
U.S. District Court Judge

1