**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAVID FAGEN**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**ENVIVA INC.,** et al.<br><br>Defendants. | **Case No. 8:22-cv-02844-DKC** |

**SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that, on March 12, 2024, Enviva Inc. and certain affiliates (collectively, the "***Debtors***")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Eastern District of Virginia (the "***Bankruptcy Court***").  Defendant Enviva Inc.'s bankruptcy case is No. 24-10453 before U.S. Bankruptcy Judge Kenney.[2]

PLEASE TAKE FURTHER NOTICE that, under section 362(a) of the Bankruptcy Code, the Debtors' filing of the voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the

---

[1] The Debtors in the chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Enviva Aircraft Holdings Corp. (3879);  Enviva Development Finance Company, LLC (5445);  Enviva Energy Services, LLC (8414);  Enviva GP, LLC (3583);  Enviva Holdings GP; LLC (7930);  Enviva Holdings, LP (8506);  Enviva Inc. (7730);  Enviva Management Company, LLC (0857);  Enviva MLP International Holdings, LLC (0965);  Enviva Partners Finance Corp. (8925); Enviva Pellets Bond, LLC (7437);  Enviva Pellets Epes Finance Company, LLC (3359);  Enviva Pellets Epes Holdings, LLC (8672);  Enviva Pellets Epes, LLC (5521);  Enviva Pellets Greenwood, LLC (0482);  Enviva Pellets Lucedale, LLC (2059);  Enviva Pellets Waycross, LLC (3402);  Enviva Pellets, LLC (9073);  Enviva Port of Pascagoula; LLC (8852);  Enviva Shipping Holdings, LLC (4873);  Enviva, LP (5617).

[2] The Debtors have requested joint administration of the chapter 11 cases under *In re Enviva Inc.*, Case No. 24-10453.

commencement of the Debtors' chapter 11 cases or (ii) to recover a claim against the Debtors that arose before the commencement of the chapter 11 cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' chapter 11 cases; (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates; (d) any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the chapter 11 cases; and (e) the setoff of any debt owing to the Debtors that arose before the commencement of the chapter 11 cases against any claim against the Debtors.

PLEASE TAKE FURTHER NOTICE that continuation of the above-captioned case against any of the Debtors, including Enviva Inc., is automatically stayed under the Bankruptcy Code. The Debtors reserve all rights, including, without limitation, their right to seek relief from the Bankruptcy Court for any violation of the automatic stay related to the above-captioned case.[3]

---

[3] Nothing herein is a waiver or limitation of the Debtors' right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other rights against any party to the above-captioned case.

Dated: March 13, 2024                                   Respectfully submitted,


                                    */s/ Ronald J. Tenpas*
                                    Ronald J. Tenpas (#14448)
                                        State Bar No. 24002307
                                    Michael C. Holmes (admitted *pro hac vice*)
                                    Jeffrey S. Johnston (admitted *pro hac vice*)
                                    Robert Ritchie (admitted *pro hac vice*)
                                    Thomas P. Mitsch (admitted *pro hac vice*)
                                    VINSON & ELKINS L.L.P.
                                    2200 Pennsylvania Avenue NW
                                    Suite 500 West
                                    Washington, DC 20037
                                    Telephone: (202) 639-6500
                                    Telephone: (202) 639-6604
                                    rtenpas@velaw.com
                                    mholmes@velaw.com
                                    jjohnston@velaw.com
                                    rritchie@velaw.com
                                    tmitsch@velaw.com

                                    *Attorneys for the Enviva Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2024, true and correct copies of the foregoing were served on all counsel of record via the Court's ECF system.

                                    */s/ Ronald J Tenpas*
                                    Ronald J Tenpas