# Exhibit A

Excerpts of Docket Entry 9 in Enviva Bankruptcy Action, *In re Enviva Inc., et al.*, No. 24-10453 (BFK) (Bkr. E.D.Va.)

| Type of Coverage | Insurance Carrier | Policy No. | Expiration Date | Annual Premium (excluding taxes and fees) |
|---|---|---|---|---|
| Automobile Liability | Hartford Fire Insurance Co | 61 UEJWQ0290 | September 1, 2024 | $182,687.00 |
| Builders Risk - Epes | Zurich North America Allianz Global Risks US Insurance Co. XL Insurance America Inc Starr Surplus Lines Insurance Company R-T Specialty, LLC North American Capacity Ins Co | PBR 7061397 / USE00161823 / US00129447CA23A / SLSTCON11874523 / P087590/001 / EGP100116500 | November 17, 2024 | $1,171,359.00 |
| Charterers Legal Liability | Steamship Mutual | 141403/1 | April 15, 2024 | $47,970.00 |
| Crime | Zurich American Insurance Co | FID 7592892 01 | December 31, 2024 | $10,000.00 |
| Cyber | Indian Harbor Ins Company (XL) | MTP9036997 05 | September 1, 2024 | $110,000.00 |
| D&O - Excess - Run-Off | Twin City Fire Insurance Company | 61 DA 0413180-22 | January 30, 2030 | $420,000.00 |
| D&O - Excess - Run-Off | AXIS Insurance Company | P-001-000729243-02 | January 30, 2030 | $331,550.00 |
| D&O - Excess - Run-Off | Allianz Global Risks US Insurance Company | USF010198422 | January 30, 2030 | $261,925.00 |
| D&O - Excess - Run-Off | Endurance American Insurance Company | DOX30014659401 | January 30, 2030 | $221,030.00 |
| D&O - Excess - Run-Off | National Union Fire Insurance Company of Pittsburgh, PA | 02-146-05-57 | January 30, 2030 | $179,277.00 |
| D&O - Excess - Run-Off | Great Midwest Insurance Company | HPRO-CX-GM-0000393-00 | January 30, 2030 | $80,000.00 |
| D&O - Excess - Run-Off | Old Republic Insurance Company | ORPRO 12 104655 | January 30, 2030 | $70,000.00 |
| D&O - Excess - Run-Off | Allied World Assurance Company, Ltd. | 0314-1714 | January 30, 2030 | $110,000.00 |
| D&O - Excess - Run-Off | Palomar Excess and Surplus Insurance Company | CPPLXS-23-0051-00 | January 30, 2030 | $192,000.00 |
| D&O - Excess - Run-Off | Starstone Specialty Insurance Company | DNO00084270P-00 | January 30, 2030 | $660,000.00 |

4866-1496-9742

| Type of Coverage | Insurance Carrier | Policy No. | Expiration Date | Annual Premium (excluding taxes and fees) |
|---|---|---|---|---|
| D&O - Primary - Run-Off | XL Specialty Insurance Company | ELU187727-22 | January 30, 2030 | $700,000.00 |
| D&O - Run-Off | Zurich American Ins Co | MPL 0083802-06 | October 14, 2027 | $251,042.00 |
| D&O - Run-Off | XL Specialty Insurance Co | ELU169757-21 | December 31, 2027 | $410,000.00 |
| D&O - Run-Off | Twin City Fire Ins Co (Hartford) | 61DA028985321 | December 31, 2027 | $246,000.00 |
| D&O - Run-Off | AXIS Ins Co | P-001-000089547-02 | December 31, 2027 | $194,210.00 |
| D&O - Run-Off | Allianz Global Risk US Ins Co | USF00083821 | December 31, 2027 | $153,400.00 |
| D&O - Run-Off | Sompo | DOX30001246002 | December 31, 2027 | $129,540.00 |
| D&O - Run-Off | National Union Fire Insurance Company of Pittsburgh, PA | 01-589-31-28 | December 31, 2027 | $105,000.00 |
| D&O - Run-Off | ACE American Ins Co | DOX G26815940 007 | December 31, 2027 | $94,800.00 |
| D&O - Run-Off | ACE American Ins Co | DOX G25603424 005 | December 31, 2027 | $83,300.00 |
| Employment Practices Liability / Fiduciary | Endurance Assurance Corp | MAP30029960700 | December 31, 2024 | $90,000.00 |
| Excess Cyber - $5M xs $5M | Homeland Insurance Co of New York | 720000409-0002 | September 1, 2024 | $82,250.00 |
| Excess D&O 1 | Twin City Fire Ins Co (Hartford) | 61-DA 0413180-22 | December 31, 2024 | $480,000.00 |
| Excess D&O 2 | AXIS Ins Co | P-001-000729243-02 | December 31, 2024 | $379,429.00 |
| Excess D&O 3 | Allianz Global Risk US Ins Co | USF01018422 | December 31, 2024 | $300,190.00 |

4866-1496-9742

| Type of Coverage | Insurance Carrier | Policy No. | Expiration Date | Annual Premium (excluding taxes and fees) |
|---|---|---|---|---|
| Excess D&O A4 | Endurance American Ins Co. (Sompo) | DOX30014659401 | December 31, 2024 | $253,325.00 |
| Excess D&O A5 | National Union Fire Ins Co of Pitts, Pa. (AIG) | 21460557 | December 31, 2024 | $205,472.00 |
| Excess D&O A6 | ACE American Ins Co | DOX G71090395 002 | December 31, 2024 | $185,512.00 |
| Excess D&O IDL | ACE American Ins Co | DOX G71090437 002 | December 31, 2024 | $163,008.00 |
| Excess D&O IDL | Palomar | CPPLXS23005100 | December 31, 2024 | $160,000.00 |
| Excess D&O IDL | Starstone Specialty Insurance Company | DNO00084270P00 | December 31, 2024 | $550,000.00 |
| Excess Liability $15M xs $10M | XL Insurance America, Inc. | US00121187LI23A | September 1, 2024 | $84,660.00 |
| Excess Liability $25M xs $25M | Westchester Fire Insurance Co. | G71825760 004 | September 1, 2024 | $105,500.00 |
| Excess Marine Cargo | Various - Lloyd's London | MACAR2301327 | April 17, 2024 | $175,000.00 |
| Excess Marine Liability - $20M xs $5M | Endurance American Insurance Company Ascot Insurance Company Navigators Insurance Company | OMX10011201005 / MAXS2310001307-04 / HO23LIA15588301 | April 15, 2024 | $22,000.00 |
| Foreign | Hartford Fire Insurance Co | 61 CPE DQ8805 | September 1, 2024 | $2,500.00 |
| General Liability | Hartford Fire Insurance Co | 61 UEJWQ0289 | September 1, 2024 | $327,594.00 |
| Marine Cargo Transit | National Union Fire Ins Co of Pitts, PA (AIG) | 023550034 | April 18, 2024 | $3,398,500.00 |
| Marine Liability / Marine Terminal Operators Liability / Hull / P&I | National Union Fire Ins Co of Pits, PA (AIG) | 14627308 (Marine Liability) 023551550 (Hull/P&I) | April 15, 2024 | $46,725.00 |
| Non-Owned Aviation | Starr Indemnity & Liability Company | 1000220676-08 | September 1, 2024 | $8,800.00 |
| Pollution Legal Liability | Nautilus Ins Co | SSP2022821-12 | September 1, 2026 | $114,876.00 |
| Primary D&O | XL Specialty Insurance Co | ELU187727-22 | December 31, 2024 | $800,000.00 |

4866-1496-9742