IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID FAGEN, individually and on:
behalf of all others similarly
situated                          :

    v.                            :    Civil Action No. DKC 22-2844

                                  :

ENVIVA INC., et al.

                                  :

**ORDER**

The court has been notified that the Defendant Enviva Inc. has filed bankruptcy proceedings in which an automatic stay has been issued.  Accordingly, it is this 20th day of March, 2024, by the United States District Court for the District of Maryland,

ORDERED that this action be administratively closed as to Defendant Enviva Inc. without prejudice to the right of Plaintiff to move to reopen this action for good cause shown.

_____/s/_____

DEBORAH K. CHASANOW
United States District Judge