UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID FAGEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENVIVA INC., JOHN K. KEPPLER, and SHAI S. EVEN,<br><br>Defendants. | Civil Action No. DKC 22-2844<br><br>**CLASS ACTION**<br><br>Hon. Deborah K. Chasanow |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lead Plaintiff Dustin Fanucchi ("Lead Plaintiff"), together with Defendants Enviva Inc., John K. Keppler; Shai S. Even; Jennifer Jenkins; Don Calloway; Michael A. Johnson; and Jason E. Paral (the "Enviva Defendants") and Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., J.P. Morgan, Securities LLC, Barclays Capital Inc., BMO Capital Markets Corp., HSBC Securities (USA) Inc., RBC Capital Markets, LLC, Truist Securities, Inc., Raymond James & Associates, Inc., Loop Capital Markets LLC, and USCA Securities LLC (the "Underwriter Defendants" and, collectively with the Enviva Defendants, "Defendants"), by their undersigned counsel, stipulate and agree as follows:

WHEREAS, in its Order Granting Motion to Dismiss dated July 3, 2024, the Court dismissed Lead Plaintiff's Amended Complaint.

WHEREAS, Lead Plaintiff has determined not to seek further amendment;

WHEREAS, no Party asserts that any Party has violated Rule 11 of the Federal Rules of Civil Procedure or engaged in any other improper conduct; and

WHEREAS, no class has been certified or proposed to be certified for purposes of settlement,

*see* Fed. R. Civ. P. 23(e), and no Defendant has answered or moved for summary judgment,

THE PARTIES AGREE AND STIPULATE that this Action should be dismissed with prejudice,

with each party to bear their own attorneys' fees and costs.

STIPULATED AND AGREED this 25th day of July 2024:

/s/ Daniel S. Sommers
Daniel S. Sommers (D. Md. Bar No. 15822)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005
(202) 408-4600 (Telephone)
(202) 408-4699 (Fax)
dsommers@cohenmilstein.com

*Liaison Attorneys for Lead Plaintiff*

Joshua B. Silverman
Louis C. Ludwig
Genc Afri
**Pomerantz LLP**
10 South LaSalle Street, Ste. 3505
Chicago, Illinois 60603
(312) 377-1181 (Telephone)
(312) 229-8811 (Fax)
jbsilverman@pomlaw.com
lcludwig@pomlaw.com
gafri@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
**Pomerantz LLP**
600 3rd Ave.
New York, NY 10016
(212) 661-1100 (Telephone)
(212) 661-8665 (Fax)
jalieberman@pomlaw.com
ahood@pomlaw.com

*Lead Counsel*

*/s/ Ronald J Tenpas*
Ronald J Tenpas
**Vinson & Elkins LLP**
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6791
Facsimile: (202) 879-8981
rtenpas@velaw.com

Jeffrey S. Johnston
**Vinson & Elkins LLP**
Texas Tower
845 Texas Avenue
Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2198
Facsimile: (713) 615-5920
jjohnston@velaw.com

Thomas P. Mitsch
**Vinson & Elkins LLP**
Trammell Crow Center
2001 Ross Avenue
Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7843
Facsimile: (214) 999-7843
tmitsch@velaw.com

*Attorneys for the Enviva Defendants*

*/s/ Jennifer M. Keighley*
Jonathan Direnfeld (D. Md. Bar No. 28859)
**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
jdirenfeld@orrick.com

Darrell S. Cafasso
Jennifer M. Keighley
**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

Telephone: (212) 506-5000
Facsimile: (212) 506-5151
dcafasso@orrick.com
jkeighley@orrick.com

*Attorneys for the Underwriter Defendants*

SO ORDERED this _____ day of July, 2024

_____
Honorable Deborah K. Chasanow
United States District Judge
District of Maryland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic CM/ECF filing on this 25th day of July, 2024.

/s/ *Daniel S. Sommers*
Daniel S. Sommers (Maryland Bar No. 15822)